LAW OFFICES
SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
SEEMA VERMA
P. KRISTEN BENNETT
LORI A. BREWINGTON

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL

WILMINGTON OFFICE
BRANDYWINE GATEWAY PLAZA
1300 NORTH MARKET STREET
WILMINGTON, DELAWARE 19801
TELEPHONE 302-652-3676
FAX 302-652-8788

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
4602 HIGHWAY ONE
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

April 5, 2005


The Honorable Kent A. Jordan
United States District Judge
United States District Court
District of Delaware
844 North King Street
Lock Box 10
Wilmington DE 19801

RE:   Joseph Lawrence Curry v. Dover Police Department and Gregory
      Hopkins, C.A. No. 04-175-KAJ

Dear Judge Jordan:

I represent the Dover Police Department in this litigation. Please accept this letter as the interim status report required by paragraph 7 of the November 18, 2004, scheduling order entered in this case.

On September 8, 2004, co-counsel Daniel A. Griffith, Esquire, filed a motion to dismiss the plaintiff's complaint against the Dover Police Department for failure to state a claim upon which relief may be granted. Briefing on the motion was completed on January 7, 2005, with the filing of Defendant's reply brief.

The reference of the matter to the United States Magistrate did not resolve the case.

The nature of the matters is issue include the liability of each defendant and the nature and extent of plaintiff's injuries. Defendant Dover Police Department adheres to its position that plaintiff has failed to properly plead a viable claim against it. Defendant Gregory Hopkins denies plaintiff's allegation that he employed excessive force or violated any of plaintiff's constitutional, statutory, or common law rights. Both defendants deny that plaintiff suffered the injuries claimed.

April 5, 2005
Page 2


Discovery is progressing. The plaintiff's deposition will be noticed within the next few weeks. I expect that discovery will be completed by May 20, 2005, in accordance with the Court's scheduling order.

Very truly yours,

*William W. Pepper Sr.*
WILLIAM W. PEPPER SR.

WWP/kv
cc:  Clerk
     Daniel A. Griffith, Esquire
     Joseph Lawrence Curry