A REGIONAL DEFENSE LITIGATION LAW FIRM

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

A PROFESSIONAL CORPORATION   www.marshalldennehey.com

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

**Direct Dial: 302-552-4317**
**Email: dgriffith@mdwcg.com**

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
Newtown Square
Norristown
Philadelphia
Pittsburgh
Plymouth Meeting
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

April 6, 2005



Honorable Kent A. Jordan
**United State District Court**
844 King Street
Lock Box 10
Wilmington, DE  19801

    Re:    Joseph L. Curry v. Dover Police Department and Gregory Hopkins
           Our File No.: 19180-01660
           C.A. No.: 04-175-KAJ
           DOL: 01/13/04

Dear Judge Jordan:

    Please accept this correspondence as a supplement to yesterday's letter from co-defense counsel, William Pepper, Esquire and as an Interim Status Report consistent with the November 18, 2004 Scheduling Order. As Mr. Pepper represented, our Dispositive Motion remains pending and the reference of this matter to the United States Magistrate did not resolve this case.

    By way of an update with respect to discovery, we have provided Mr. Curry with our Rule 26 Disclosures (consisting of all of the records and reports concerning plaintiff's arrest and incarceration in our possession as well as all of plaintiff's medical records in our possession), prepared and forwarded responses to plaintiff's discovery and requests and scheduled the deposition of the plaintiff for May 5, 2005. Conversely, we have received neither Rule 26 Disclosures nor any other items of discovery from Mr. Curry. The Court may recall that Mr. Curry represented at the inception of this case that he was having some difficulty gathering the records concerning his treatment at the correctional center. Mr. Curry has also sought the appointment of an attorney to act on his behalf.

    We would be happy to address any of these issues with Your Honor at the upcoming April 13, 2005 status teleconference.

                                                                     Respectfully submitted,

                                                                     Daniel A. Griffith

DAG:jvm
cc:    William Pepper, Esquire
       Joseph Curry
       Jeff Frock, St. Paul Travelers
          Claim No. GP09311302-19B002
\15_A\LIAB\DAG\STAT\278713\JVM\19180\01660