IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, | : |
| | : C.A. No. 04-175-KAJ |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| DOVER POLICE DEPARTMENT, and | : |
| GREGORY HOPKINS, | : |
| | : |
| Defendants. | : |

## NOTICE OF DEPOSITION

TO:

William W. Pepper, Sr., Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE  19903

Mr. Joseph Lawrence Curry
Sbi 223-705 Pretrial C-1
1181 Paddock Road
Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Mr. Joseph Lawrence Curry in the above-captioned matter on Tuesday, May 10, 2005 a 10:00 a.m. in the Delaware Correctional Facility, 1181 Paddock Road, Smyrna, Delaware 19977.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

Date:  April 6, 2005

BY:  /s/ Daniel A. Griffith
DANIEL A. GRIFFITH, ESQUIRE (No. 4209)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4317
**Attorney for Defendants**

cc:  Reporting Services Associates

\15_A\LIAB\DAG\LLPG\278720\JVM\19180\01660

## CERTIFICATE OF SERVICE

I, **J. SCOTT SHANNON**, hereby certify that on this __7th__ day of __**April**__, 2005, caused two (2) copies of the foregoing **Notice of Deposition of Plaintiff** be served on counsel for the parties at the following address:

William W. Pepper, Sr., Esquire
**Schmittinger & Rodriguez, P.A.**
414 S. State Street
P.O. Box 497
Dover, DE 19903
  *Via Electronic Service*

Mr. Joseph Lawrence Curry
Sbi 223-705 Pretrial C-1
1181 Paddock Road
Smyrna, DE 19977
  *Via First Class Mail*

          MARSHALL, DENNEHEY, WARNER,
          COLEMAN & GOGGIN


BY: __/s/ J. Scott Shannon__
      J. SCOTT SHANNON, ESQUIRE (No. 3434)
      1220 North Market Street, 5th Floor
      P.O. Box 8888
      Wilmington, DE 19899-8888
      (302) 552-4329
      Email: sshannon@mdwcg.com