IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY,   )<br>              )<br>        Plaintiff,   )<br>              )<br>v.            )<br>              )<br>GREGORY HOPKINS,     )<br>              )<br>        Defendant .  ) | Civil Action No. 04-175-KAJ |

## ORDER

At Wilmington this **7th** day of **April, 2005**,

IT IS ORDERED that the status teleconference presently scheduled for April 13, 2005 at 8:30 a.m., is hereby rescheduled for **May 12, 2005 at 4:30 p.m.** with the undersigned. **Counsel for Defendant shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE