IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH LAWRENCE CURRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-175-KAJ |
| | ) | |
| GREGORY HOPKINS, | ) | |
| | ) | |
| Defendant . | ) | |

### ORDER

At Wilmington this **11th** day of **April, 2005**,

IT IS ORDERED that the status teleconference presently scheduled for May 12, 2005 at 4:30 p.m., is hereby rescheduled for **May 17, 2005 at 4:00 p.m.** with the undersigned. **Counsel for Defendant shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE