RE: Joseph L. Curry V. Dover Police Dept
AND Gregory Hopkins
CASE NO # 04-175-KAJ

FROM Joseph L. Curry 4-8-05

FILED
APR 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To: Honorable Kent A. Jordan
Dear, Judge Jordan

In Reference to a letter Dated april 6, 2005 That is interperted to Be a Status Report from Defense attorney Daniel A. Griffith I The plaintiff am Deephy opposed to Such Said Status Report which was Recieved 4-7-05

The information that has Been Given about what has Been provided to me as Remedy for Rule 26 Disclosures is false!

furthermore your Honor The upcoming april 13, 2005 Teleconference has Been Canceled To a later Date, for Reason Unknown. Therefor your Honor The May 5th 2005 Deposition Scheduled Should Not Be Valid Until The Teleconference is Completed. By Reason That there may Be a neutural Ground provided. I Also The pending motions from me The plaintiff and The Defense may Be Handled and Ruled apon if So Then matters Can Be Delt with fairly Sir. Thank you Joseph L. Curry

## Certificate of Service

I, Joseph L. Curry, hereby certify that I have served a true and correct cop(ies) of the attached: Letter of oposition to Status Report for Kent A Jordan upon the following parties/person (s):

TO: ATTORNEY
William W Pepper
414 S. State St
P.O Box 497 Dover
Delaware 19903

TO: ATTORNEY
Daniel A. Griffith
1220 N Market St,
Suite 500
Po Box 8888
Wilmington DE 19899

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 13th day of April, 2005

Joseph Curry

[Return address:]
seph L. CURRY
3-705   UNIT C-11-PRETRIAL
RE CORRECTIONAL CENTER
DOCK ROAD
, DELAWARE 19977

[Postmark:] WILMINGTON DE 198 PM 14 APR 2005

[Stamp:] U.S.M.S. X-RAY

RE: 04-175-KAJ

To: The Clerk of The Court
ATT: DR Peter T. Dalleo's
Office, United States District Court
844 N. King Street, Lockbox 18
Wilmington Delaware 19801-3570

19801435710