## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JOSEPH LAWRENCE CURRY,     :
                               :     C.A. No. 04-175-KAJ

       Plaintiff,     :

                       :

   v.                :

                       :

DOVER POLICE DEPARTMENT, and   :
GREGORY HOPKINS,          :

                       :

     Defendants.     :

### *NOTICE OF DEPOSITION*

TO:

Mr. Joseph Lawrence Curry         William W. Pepper, Sr., Esquire
Delaware Correctional Center        Schmittinger & Rodriguez, P.A.
SBI #223-705 Pretrial C-1           414 S. State Street
1181 Paddock Road                 P.O. Box 497
Smyrna, DE 19977                  Dover, DE  19903

     **PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of

Joseph L.  Curry, in the above-captioned matter on May 4, 2005 beginning at 10:00 a.m.  at Mr.

Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

                       **MARSHALL, DENNEHEY, WARNER,**
                       **COLEMAN & GOGGIN**

         **BY:**   */s/ J. Scott Shannon filing for Daniel A. Griffith*
                **DAN GRIFFITH, ESQUIRE**
                **ID No.: 4209**
                **1220 N. Market Street, 5th Floor**
                **P.O. Box 130**
                **Wilmington, DE  19899-0130**
                **(302) 552-4317**
                *Attorney for the City of Dover*

**Dated:  April 22, 2005**

\15_A\LIAB\AJB\SLPG\279443\AJB\19180\01660

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel A. Griffith, Esquire hereby certify that on the date indicated below two (2) true

and correct copies of Notice of Deposition were forwarded to the below named addressees:

William W. Pepper, Sr., Esquire
**Schmittinger & Rodriguez, P.A.**
414 S. State Street
P.O. Box 497
Dover, DE  19903
  *Via Electronic Service*

Mr. Joseph Lawrence Curry
Sbi 223-705 Pretrial C-1
1181 Paddock Road
Smyrna, DE 19977
  *Via First Class Mail*

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**


**BY:**    */s/ J. Scott Shannon filing for Daniel A. Griffith*
**DAN GRIFFITH, ESQUIRE**
**ID No.: 4209**
**1220 N. Market Street, 5th Floor**
**P.O. Box 130**
**Wilmington, DE  19899-0130**
**(302) 552-4317**
***Attorney for the City of Dover***


Dated:  4/22/05

\15_A\LIAB\AJB\SLPG\279443\AJB\19180\01660