

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

May 10, 2005

*BY CM/ECF & U.S. MAIL*

The Hon. Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325
Lockbox 10
Wilmington, DE 19801

        Re:    **Joseph Lawrence Curry v. Gregory Hopkins;**
                **C.A. No. 04-175-KAJ**

Dear Judge Jordan,

      Please allow this letter to reflect my recognition of Your Honor's Memorandum Order dated May 3, 2005 in the above captioned civil matter. In that Order, Your Honor solicited a response, as *amicus curiae,* by the State of Delaware. To that end, I am happy to assist the Court in obtaining additional information in relation to this matter.

      I am currently in the process of investigating Mr. Curry's allegations in order that I may prepare a proper response. I understand that Mr. Curry alleges that his ability to litigate is impaired by an alleged denial of access to legal materials. In an effort to address these allegations, I respectfully request that Your Honor direct the Clerk of Court to provide me with copies of any and all documents filed by Mr. Curry which allege denial of access to legal materials. I would also respectfully request that my name and e-mail address be added to the service list for CM/ECF filings in order that I may be notified of any relevant events or pleadings which may bear upon my client's response.

The Hon. Kent A. Jordan
May 10, 2005
Page 2

       I will remain available to assist the Court in relation to this matter.

                                                Respectfully submitted,

                                                /s/ Aaron R. Goldstein

                                                Aaron R. Goldstein
                                                Deputy Attorney General

CC:    William W. Pepper, Esquire (Via CM/ECF)
         Daniel A. Griffith, Esquire (Via CM/ECF)
         Joseph L. Curry (Via U.S. Mail)