IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-175-KAJ ) ) |
| GREGORY HOPKINS, | ) ) |
| Defendant. | ) |

## AFFIDAVIT OF MICHAEL LITTLE

I, Michael Little, having been duly sworn according to the law, do hereby depose and state the following:

1. I am employed by the State of Delaware, Department of Correction at the Delaware Correctional Center ("DCC") near Smyrna, Delaware as Legal Services Administrator. I have been employed by the Department of Correction for 15 years. My duties include the supervision of all law libraries at D.C.C. I have held this position since April 18, 2004.

2. In response to a request from the State of Delaware Department of Justice, I have obtained documentation relating to the frequency of pre-trial detainee Joseph Lawrence Curry's law library usage, the number of uses of the prison's notary, and the frequency and volume of copied pages of legal material provided to Mr. Curry by the Delaware Correctional Center.

3. Attached hereto as Exhibit A, is a printed log of Mr. Curry's Law Library Appointments. It is broken down by appointments attended, appointments missed, court appearances, and notary uses. It was generated by a review of the law library attendance

documentation. This log shows that during the period between February 20, 2004 through May 11, 2005, Mr. Curry has attended the Pre-trial Law Library 99 times, missed 5 appointments to use the Pre-trial Law Library, has appeared in court on two separate occasions, and has obtained the use of the prison notary 10 times. The use of law library facilities including the use of a notary are provided to inmates free of charge.

4. Attached hereto as Exhibit B is the Delaware Correctional Center's Main Law Library Photo-Copy Log. This log is generated by the copying office located at the Main Law Library and is created as part of the day to day business operations at the Delaware Correctional Center. The Photo-Copy Log indicates that Mr. Curry has been provided at least 788 pages of copied legal material from the time period February 13, 2004 through May 5, 2005. This number does not reflect the number of pages of copied case law materials which have been provided to Mr. Curry. This log also indicates that Mr. Curry sought and received the help of prisoner paralegals on 8 separate occasions. Mr. Curry is provided the above services free of charge.

5. Mr. Curry continues to have access to the above-listed legal resources.

6. I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

                                                                    Michael Little

SWORN TO AND SUBSCRIBED BEFORE ME THIS 12th DAY OF May, 2005.

                                                                    NOTARY