## Joseph Curry (SBI#00223705) Law Library Appointments

2/20/04
3/1/04,3/2/04,3/3/04,3/4/04,3/5/04,3/8/04,3/9/04,3/10/04,3/10/04,3/11/04,3/12/04,3/26/04
3/29/04,3/30/04
4/19/04,4/20/04,4/21/04,4/26/04,4/27/04,4/30/04
5/3/04,5/4/04,5/5/04,5/6/04,5/7/04
6/16/04,6/18/04,6/20/04,6/21/04,6/22/04,6/23/04,6/25/04,6/28/04
7/7/04,7/12/04,7/15/04,7/16/04,7/19/04,7/21/04,7/26/04,7/27/04,7/28/04,7/30/04
8/2/04,8/3/04,8/5/04,8/11/04,8/12/04,8/13/04,8/16/04,8/17/04,8/20/04,8/25/04
9/1/04,9/8/04,9/13/04,9/14/04,9/17/04,9/20/04,9/21/94,9/22/04,9/24/04,9/27/04,9/28/04,
9/29/04,9/30/04
10/28/04,10/29/04
11/05/04,11/08/04,11/10/04,11/12/04,11/19/04,11/24/04
12/13/04,12/22/04


1/4/05,1/6/05,1/7/05,1/11/05,1/12/05
2/7/05,2/14/05,2/17/05,2/18/05
3/6/05,3/13/05,3/20/05,3/27/05
4/5/05,4/14/05,4/14/05,4/15/05,4/27/05,4/28/05,4/29/05
5/4/05,5/11/04

NO SHOWS
2/19/04,3/15/04,3/17/04,8/4/04,11/15/04

IN COURT
3/18/04,9/15/04
NOTARIES= 10