# DCC MAIN LAW LIBRARY
# PHOTO-COPY LOG –2005

Page 1

| NAME | LOC | DESCRIPTION | | DATE REC | DATE SEN |
|---|---|---|---|---|---|
| Joseph Curry 223705 | P/T m-o | Response | 0 | 05/05/05 | 05/05/05 |
| Joseph Curry 223705 | P/T m-o | Legal Letters | 4 | 04/11/05 | 04/11/05 |
| Joseph Curry 223705 | P/T m-o | Case (CS=1) | 5 | 03/24/05 | 03/24/05 |
| Joseph Curry 223705 | P/T m-o | 2 Forms & Response | 0 | 03/11/05 | 03/11/05 |
| Joseph Curry 223705 | P/T m-o | Motion | 16 | 01/12/05 | 01/12/05 |
| Joseph Curry 223705 | P/T m-o | Motions | 15 | 12/30/04 | 12/30/04 |
| Joseph Curry 223705 | P/T m-o | Motion | 12 | 11/29/04 | 11/29/04 |
| Joseph Curry 223705 | P/T m-o | Motion | 6 | 11/19/04 | 11/19/04 |
| Joseph Curry 223705 | P/T m-o | Motion | 10 | 11/10/04 | 11/10/04 |
| Joseph Curry 223705 | P/T m-o | Motion | 105 | 10/26/04 | 10/26/04 |
| Joseph Curry 223705 | P/T m-o | Bill of Particulars | 48 | 10/15/04 | 10/15/04 |
| Joseph Curry 223705 | P/T m-o | Legal Documents | 18 | 10/12/04 | 10/12/04 |
| Joseph Curry 223705 | P/T m-o | Motion | 8 | 10/08/04 | 10/08/04 |
| Joseph Curry 223705 | P/T m-o | Motion | 25 | 10/04/04 | 10/04/04 |
| Joseph Curry 223705 | P/T m-o | Motion | 8 | 09/06/04 | 09/06/04 |



# DCC MAIN LAW LIBRARY
# PHOTO-COPY LOG –2005

Page 2

| NAME | LOC | DESCRIPTION | | DATE REC | DATE SEN |
|---|---|---|---|---|---|
| Joseph Curry 223705 | P/T m-o | Motion | 35 | 09/14/04 | 09/14/04 |
| Joseph Curry 223705 | P/T m-o | Docket | 7 | 08/25/04 | 08/25/04 |
| Joseph Curry 223705 | P/T m-o | Response | 0 | 08/10/04 | 08/10/04 |
| Joseph Curry 223705 | P/T m-o | Affidavit | 10 | 08/10/04 | 08/10/04 |
| Joseph Curry 223705 | P/T m-o | Addresses | 0 | 08/02/04 | 08/02/04 |
| Joseph Curry 223705 | P/T m-o | Motions | 4 | 07/29/04 | 07/29/04 |
| Joseph Curry 223705 | P/T m-o | Mailback | 0 | 07/16/04 | 07/16/04 |
| Joseph Curry 223705 | P/T m-o | Motion | 16 | 07/08/04 | 07/08/04 |
| Joseph Curry 223705 | P/T m-o | Legal Documents | 28 | 06/28/04 | 06/28/04 |
| Joseph Curry 223705 | P/T m-o | Mailback | 0 | 06/28/04 | 06/28/04 |
| Joseph Curry 223705 | P/T m-o | Form | 4 | 06/25/04 | 06/25/04 |
| Joseph Curry 223705 | P/T m-o | Form, Response & Motion copied | 8 | 06/21/04 | 06/21/04 |
| Joseph Curry 223705 | P/T m-o | Mailback | 0 | 06/18/04 | 06/18/04 |
| Joseph Curry 223705 | P/T m-o | Motion | 35 | 06/15/04 | 06/15/04 |
| Joseph Curry 223705 | P/T m-o | Res[ponse | 0 | 06/14/04 | 06/14/04 |



## DCC MAIN LAW LIBRARY
## PHOTO-COPY LOG –2005

Page 3

| NAME | LOC | DESCRIPTION | | DATE REC | DATE SEN |
|---|---|---|---|---|---|
| Joseph Curry 223705 | P/T m-o | Legal Letter | 30 | 06/10/04 | 06/10/04 |
| Joseph Curry 223705 | P/T m-o | Indictment Sheets | 32 | 06/10/04 | 06/10/04 |
| Joseph Curry 223705 | P/T m-o | Response | 0 | 06/01/04 | 06/01/04 |
| Joseph Curry 223705 | P/T m-o | 1 Form | 0 | 05/28/04 | 05/28/04 |
| Joseph Curry 223705 | P/T m-o | Motions & Letters | 91 | 05/28/04 | 05/28/04 |
| Joseph Curry 223705 | P/T m-o | 4 Forms | 0 | 05/26/04 | 05/26/04 |
| Joseph Curry 223705 | P/T m-o | Mail back & 2 Certificate of Services | 0 | 05/21/04 | 05/21/04 |
| Joseph Curry 223705 | P/T m-o | Legal Letter | 45 | 05/18/04 | 05/18/04 |
| Joseph Curry 223705 | P/T m-o | Addresses | 0 | 05/18/04 | 05/18/04 |
| Joseph Curry 223705 | P/T m-o | Civil Complaint | 12 | 05/17/04 | 05/17/04 |
| Joseph Curry 223705 | P/T m-o | Legal Letters | 19 | 05/07/04 | 05/07/04 |
| Joseph Curry 223705 | P/T m-o | Legal Letter | 24 | 05/06/04 | 05/06/04 |
| Joseph Curry 223705 | P/T m-o | Legal Letter & Case (CS=1) | 18 | 04/30/04 | 04/30/04 |
| Joseph Curry 223705 | P/T m-o | Form & Response | 0 | 04/30/04 | 04/30/04 |
| Joseph Curry 223705 | P/T m-o | Legal Letter | 10 | 04/27/04 | 04/27/04 |



# DCC MAIN LAW LIBRARY
## PHOTO-COPY LOG –2005

Page 4

| NAME | LOC | DESCRIPTION | | DATE REC | DATE SEN |
|---|---|---|---|---|---|
| Joseph Curry 223705 | P/T m-o | Motion | 5 | 04/27/04 | 04/27/04 |
| Joseph Curry 223705 | P/T m-o | Legal Letter | 10 | 04/27/04 | 04/27/04 |
| Joseph Curry 223705 | P/T m-o | 2 Forms & Response | 0 | 04/27/04 | 04/27/04 |
| Joseph Curry 223705 | P/T m-o | Response | 0 | 04/26/04 | 04/26/04 |
| Joseph Curry 223705 | P/T m-o | Motions | 20 | 04/22/04 | 04/22/04 |
| Joseph Curry 223705 | P/T m-o | Response | 0 | 04/19/04 | 04/19/04 |
| Joseph Curry 223705 | P/T m-o | Legal Letter | 5 | 04/15/04 | 04/15/04 |
| Joseph Curry 223705 | P/T m-o | Legal Documents | 15 | 04/07/04 | 04/07/04 |
| Joseph Curry 223705 | P/T m-o | Judge Assignments | 5 | 04/06/04 | 04/06/04 |
| Joseph Curry 223705 | P/T m-o | Response | 0 | 03/17/04 | 03/17/04 |
| Joseph Curry 223705 | P/T m-o | State Police Letter (2nd Copy) | 10 | 03/15/04 | 03/15/04 |
| Joseph Curry 223705 | P/T m-o | State Police Letter | 10 | 03/08/04 | 03/08/04 |
| Joseph Curry 223705 | INF m-o | Response | 0 | 02/13/04 | 02/13/04 |

