## XXI. LEGAL SERVICES

    A. The Delaware Correctional Center provides Law Library services to the inmate population.

    B. Legal materials not available in the Pre-Trial Law Library may be obtained from the Main Law Library by the Pre-Trial Housing Unit Paralegal.

    C. Photocopying services are available in the Law Library for legal copies only at the cost of 25 cents per page.

## INMATE HOUSING RULES FOR PRE-TRIAL UNIT

D. Law Library appointments are scheduled by the Paralegal.

E. Any assistance needed from an inmate paralegal must be in written form and sent to the Pre-Trial Law Library staff.

F. Inmates with a court-ordered filing date may receive additional time in the Law Library. Such appointments preempt other scheduled appointments for inmates without court ordered dates. A copy of the court order or a telephone call to the court by the Paralegal will be necessary to verify such information.