

| | | |
|---|---|---|
| **M. JANE BRADY**<br>**ATTORNEY GENERAL** | **STATE OF DELAWARE**<br>**DEPARTMENT OF JUSTICE** | |
| **NEW CASTLE COUNTY**<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE 19801<br>Criminal Division (302) 577-8500<br>Fax: (302) 577-2496<br>Civil Division (302) 577-8400<br>Fax: (302) 577-6630<br>TTY: (302) 577-5783 | **KENT COUNTY**<br>102 West Water Street<br>Dover, DE 19901<br>Criminal Division (302) 739-4211<br>Fax: (302) 739-6727<br>Civil Division (302) 739-7641<br>Fax: (302) 739-7652<br>TTY: (302) 739-1545 | **SUSSEX COUNTY**<br>114 E. Market Street<br>Georgetown, DE 19947<br>(302) 856-5352<br>Fax: (302) 856-5369<br>TTY: (302) 856-2500 |

**PLEASE REPLY TO:**

May 17, 2005

*BY CM/ECF & U.S. MAIL*

The Hon. Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325
Lockbox 10
Wilmington, DE 19801

      Re:    **Joseph Lawrence Curry v. Gregory Hopkins;**
                **C.A. No. 04-175-KAJ**

Dear Judge Jordan,

      Please find enclosed the original affidavit of Michael Little. Mr. Little is the Legal Services Administrator for the Delaware Correctional Center. This affidavit was submitted yesterday as Exhibit 1 to the Delaware Department of Correction's letter to the Court in the above-referenced civil matter.

      I remain available to assist the Court in any manner as may further be required.

                                         Respectfully submitted,

                                         /s/ Aaron R. Goldstein

                                         Aaron R. Goldstein
                                         Deputy Attorney General

Enclosure

CC:    William W. Pepper, Esquire (Via CM/ECF)
          Daniel A. Griffith, Esquire (Via CM/ECF)
          Joseph L. Curry (Via U.S. Mail)