In The United States District Court
for The District of Delaware

To: Peter T Dalleo Clerk of The Court

Re: Civil Action No. 04-175-KAJ

from Joseph L Curry SBI# 223-705
Delaware Correctional Center
1181 PADDOCK ROAD
Smyrna DE 19977

FILED
MAY 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TIER C-11 PRETRIAL

Dear Sir, will you please Record The Evidence; affidavit on Court Record and forward a copy to Mr Aaron Goldstein and The Honorable Judge Kent A JORDAN. I just Recieved a letter from The Deputy attorney General who is assisting in Civ fed Case 04-175-KAJ who needs This info and I would not expect The inclosed affidavit to come Back To me if I Sent it out for copies. please note I am aware That normal procedures Does not include your personal services

# In The United States District Court
# For The District of Delaware

| | |
|---|---|
| Joseph L. Cuppy<br>PLAINTIFF<br>V<br>Dover Police Department<br>AND Gregory Hopkins<br>DEFENDANTS | CIVIL ACTION NO. 04-175-KAJ<br><br>FILED<br>MAY 17 2005<br>U.S. DIST. COURT<br>DISTRICT OF DELAWARE |

## "AFFIDAVIT". CASE-DAMAGE-EVIDENCE

I Joseph Lawrence Cuppy being first dully sworn deposes and says that the foregoing statement is a true and correct observation of this contents inclosed. Furthermore the evidence and information sworn by the victims listed below witnesses true and exact testimony of my knowledge that has been denied access to the courts which case damage is the ending result that has violated constitutional rights; Actual Injury; Dismissed Claim. Lewis v Casey, 518 U.S. 343, 351 (1996) Cuppy V Dover PD- Case # 04-175-KAJ. 2004

Events that took place are as follows
From July of 2004 to today 5-11-05 the pretrial law library has been closed from weeks at a time that led to a month at a time. The main law library is off limits to pretrial inmates only trough the mail is permitted to comunicate which supplys extreme limited response that will not in any way adhere to remedy acess to the courts. When a lawfull question is asked that pertains to a case the response is I can not give advise. Telephone books have been eliminated and there is no source at all that permits any law books at all to be in possesion of any inmate whom is responsible to present his case. The 3rd page is evidence written by staff put on the door of law library. Below are witnesses that have been detained atleast from July 04 to today 5-11-05 that are victims of case damage. I present this evidence pursuent to civil action No. 04-175-KAJ

Joseph L. Curry    _Joseph L Curry_  223-705
B. Requinio martz  _Requinio martz_   16955
Richard Taylor     _Richard Taylor_  0075114
Larry Richardson   _Larry Richardson_ 527927
Jeron D. Brown     _Jeron Brown_ #162962
Wayne D. Downing   _Wayne Downing_ #289083

DATE: May 11, 2005
Public Notary
Osman Sammander

5/1/05

In The United States District Court
for The District of Delaware

Pg 2     AFFIDAVIT: CASe DAMAge

Leon Perkins   _Leon Perkins_ #313940

Reginald E. Bailey   _Reginald E. Bailey_ #095123

P93

4/9/05

# Attention !!!

I will be in the main Law Library from May 2nd Till June 6th. Pl. Tick Martin will be here only on Wednesdays for Pl. Appts. between Please forward all your Legal matters to the main Law library.

Thank you
Skamander

I/M Joseph L. Curry
SBI# 223-105 Unit: C-11-PreTriAL
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
Smyrna, Delaware 19977

WILMINGTON, DE 19850
MAY 16 2005
WILMINGTON

U.S.M.S.
X-RAY

Att: Mr. Peter T. Dalleo
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570