OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 23, 2005

TO: Joseph L. Curry
DCC
SBI# 223-705

RE: *Request for Copywork and Service; 04-175 KAJ*

Dear Mr. Curry:

A letter has been received by the Clerk's office on 5/18/05 from you requesting copywork and service of documents.

Please be advised that it is your responsibility to make copies and serve the documents upon defense counsel, not the courts responsibility.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

In The United States District Court
for The District of Delaware      (68)

To: Peter T Dalleo Clerk of The Court

Re: Civil Action No. 04-175-KAJ

from Joseph L Curry SBI# 223-705
Delaware Correctional Center
1181 Paddock Road
Smyrna DE 19977

FILED
MAY 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
TIER CH PRETRIAL
BD scanned

Dear Sir, will you please Record The Evidence; affidavit on Court Record and forward a copy to Mr Aaron Goldstein and The Honorable Judge Kent A Jordan. I just Recieved a letter from The Deputy attorney General who is assisting in Civ fed Case 04-175-KAJ who needs This info and I would not expect The inclosed affidavit to come Back To me if I Sent it out for Copies. please note I am aware That