# In The United States District Court For The District of Delaware

| | |
|---|---|
| Joseph Lawrence Curry<br>**Plaintiff**<br><br>V<br><br>Gregory Hopkins<br>**Defendant** | Civil Action No. 04-175-KAJ<br><br>FILED<br>MAY 31 2005<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |

## Motion: To Expedite Sanction Under Rule 37d

There is a complete failure by the Defendant and the Defendants Attorney to answer and produce discovery to the Plaintiff. Specifically the interrogatories that was submitted to the Defendants and the Courts on 10-25-04 The Docket Sheet for Civ Fed Case 04-175-KAJ shows that the interrogatories were propounded. I the Plaintiff has tried numerous times to recieve dockuments and things specifically interrogatories by asking at teleconference of 11-16-04 then in writting on 11-26-04 submitted request to recieve answers to the Defendants and copy to the Court. Then I asked again on May-05-05 when I fully participated giving deposition for the Defendants Attorney The answer from Mr Griffith was "Oh I'm sorry I thought I sent those I send them over night mail." "That did not happen". On 5-17-05 Honorable Kent A Jordan gave a direct clear order to the Defendants to answer all interrogatories and send them to the Plaintiff!! That did not happen. It now makes 7 months that I the Plaintiff did not recieve documents that were needed to research and prepair for trial I have exhausted all remedies before asking the Courts to respond and act on this issue!! I feel as though not only is there case damage for trial; but misconduct for intentional wrong doing hiding discovery. I Joseph L. Curry the Plaintiff respectfully moves the Court to act with no further delay under Rule 37d page 194 of the Civ Fed Rule of Procedure to sanction the Defendants with the Courts discretion. Award to the Plaintiff Mr Joseph L Curry

5-25-05

## Certificate of Service

I, __Joseph L. Curry__, hereby certify that I have served a true and correct cop(ies) of the attached: __Motion To Expedite Sanction Under Rule 37d__ upon the following parties/person(s):

TO: __Daniel A. Griffith__
__1220 N. Market St 5th Floor__
__Marshall, Dennehey, Warner__
__Coleman And Goggin__
__P.O. Box 8888 Wilmington,__
__DE 19899-8888__

TO: __"William W. Pepper"__
__Schmittinger and Rodriguez__
__P.A.]   414 S. State Street__
__P.O. Box 497 Dover__
__Delaware 19903__

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __26th__ day of __May__, 200__5__

_____

FROM: Joseph L. Cuppy
BI# 223-705  UNIT C-11 PRETRIAL
DELAWARE CORRECTIONAL CENTER
181 PADDOCK ROAD
SMYRNA, DELAWARE 19977





U.S.M.S.
X-RAY

Mr. Peter T. Dalleo
Office of The Clerk
United States District Court
844 N. King Street, LockBox 18
Wilmington, Delaware
19801-3570