To: Peter T. Dalleo
Clerk of The Court

From:
Joseph Lawrence Curry
SBI #223-705
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

FILED
MAY 31 2005
U.S. DISTRICT COURT

RE: Joseph L. Curry v. Gregory Hopkins
Civ Case No. 04-175-KAJ

Sir please act on this inclosed 37d Sanction Motion and forward it to Honorable Judge Kent a Jordan for processing.

Thankyou, Joseph L. Curry

*Joseph L. Curry signature*

please Expedite Services to enter Rulling



From: Joseph L. Curry
BI# 223-705   UNIT C-11 PRETRIAL
DELAWARE CORRECTIONAL CENTER
181 PADDOCK ROAD
MYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

Mr. Peter T. Daueo
Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570