IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-175-KAJ |
| | ) |
| GREGORY HOPKINS, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this **7th** day of **June, 2005**,

IT IS ORDERED that, on or before June 14, 2005, the defendant shall respond to the discovery requests referenced in plaintiff's submission to the Court filed May 31, 2005 (D.I. 71).

_____
UNITED STATES DISTRICT JUDGE