To: The Clerk of The Court

RE: Civ FeD CA. No. 04-175 KAJ

ATTENTION FoR: Honorable Judge Kent A JoRDAN

FILED
JUN - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I The plaintiff Joseph Lawrence Curry Respectfully Submitt The in Closed Letter To The Court To Be Dockumented and forwarded to Honorable Judge Kent A Jordan at The Earliest possible Time, Requesting a Response of Letter at The most Earliest Time as well.

Respectfully Submitted on 6-2-05
"Thank you"!!  Joseph L Curry







To: PeteR T. DALLeo
Office of The Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570

I/M Joseph L. Curry
SBI# 223-705   UNIT C-11-PReTRiAL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

