To: Honorable Judge Kent A. JORDAN
RE: CIV. FED CASE 04-175-KAJ CURRY V HOPKINS
"Discovered" Evidence: Response needed of KA

FRom: Joseph L. Curry
SBI #223-705
Delaware Correctional Center
1181 PADDOCK ROAD
SMYRNA, DE 19977

FILED
JUN - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

"Dear Honorable Mr JORDAN; Judge Jordan"

Sir, 1. The plaintiff Has Discovered Some facts. The facts Exactly are This, A plaintiff By The name of Reginald Jenkins filed a Law Suit against Dover police and Gregory Hopkins: On May 8, 2001 The plaintiff Mr Jenkins alleges his Civil Rights were Violated By Use of improper force, He Claims physical injury stemming from police officer actions and from The Use of a K-9. This information is Cited as (2002 WEST LAW 663912 (Del. Super.)
REGINALD JENKINS, PLAINTIFF V. DOVER POLICE COMMISSIONER AND PATROLMAN P.F.C. GREGORY HOPKINS. DEFENDANTS. CASE No. CIV.A. 01C-05-015

* NOTE 31 months Later The Same Exact Police Officer is Alleged To Have Done The Same Exact Crime and Specifically By Using a Police Dog on another Victim Joseph L. CURRY No. 04-175K

- Sir, further investigation To gather Discovery for Cases That involve Gregory Hopkins with police Brutality and improper Use of a K-9 is Restricted at This Time for me to Recieve That Citation List That exist. The Jenkins Case and all other Dover police Cases was Withheld from me To permit me from Doing a propper Discovery. And with That your Honor all interrogatories I presented and were Sent 7 months ago To Be answered and ordered To Be answered are Still Being withheld for CIV FED CASE 04-175-KAJ PReventing ANY PROPER DISCOVERY To Be Done By Me The plaintiff. Never The Less your Honor, I ask of you Sir To Review The facts of Hidden Discovery.

"PLEASE REVIEW AND NOTE"

* How Many Victims is There and most important How Many More will There Be if Mr Gregory Hopkins Does Not Recieve The Propper Treatment for whatever illness That Has Clearly Surfaced. My Main priority is To provide awareness So That The problem at Hand Be put To a Hault and The propper answer is applied and Carried out. Mainly for justice for all including a positive outcome for whom Once was a fine police officer and a Man who Served His Country! However Mr Hopkins is a ticking time Bomb That Has a Violent Rage That I Expierienced Sir please

- Internalize This information and allow 2 Elements To Be permitted as factual information That Can not Be ignored. With That I ask with Deep Respect of The Constitution and The position of a Honorable federal Judge To act upon The Sanction Motion That I have Submitted to The Court and Respond with action to The following 2 Elements.

ELEMENT #(1.) On May 27, 2005 The Defendants Reply To answering All Interrogatories is That They object to answer Vague ambiguous and incapable of meaningful Responses, and irrelevant to Case of Curry v Gregory Hopkins CA. No. 04-175-KAJ Which Completley ignores The order That was given on 5-17-85 from Honorable Judge Kent A. JoRD To Supply The plaintiff with answers and The full Discussion Clearly understood By all parties That The interrogatories are Relevent.

ELEMENT #(2.)(A) The Defenses written Response To plaintiff Interrogatories questions Show Rejected for irrelevent concerning → The Death of Reginald Hannah Beaten By 3 Dover POLICE OFFICERS IN March of 2001.(B) A Different lawsuit is filed against Dover Police Dept and Gregory Hopkin on May 8, 2001 By 2001 PLAINTIFF REGINALD-JENKINS.(C) Then on JANUARY 13, 2004 The Same officer Gregory Hopkins Strikes In "Highly Relevent"

Thank you
Joseph Curry

# Certificate of Service

I, Joseph L. Cuppy, hereby certify that I have served a true and correct cop(ies) of the attached: Letter To Honorable Kent A Jordan Discovered Evidence upon the following parties/person (s):

TO: Daniel A Griffith
1220 N. Market St. 5th floor
Marshall, Dennehey, Warner
Coleman and Goggin
P.O. Box 8888 Wilmington
Delaware 19899-8888

TO: William W Pepper
Schmittinger and Rodriguez
private attorney 414 S. State
Street P.o Box 497 Dover
Delaware 19903

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977, postage to be paid by the Dept. Of Corrections.

On this 2ND day of JUNE, 2005

_____ [signature: Joseph L. Cuppy]