IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| Joseph LAWRENCE CUPPY | |
| PLAINTIFF, | |
| V | CIVIL ACTION No. 04-175-KAJ |
| GREGORY HOPKINS | FILED |
| DEFENDANT | JUL - 5 2005 |

TO: The Clerk of The Court - Mr Peter T. Dalleo ESQ
RE: Sanctions Tort Letter To Honorable Kent A JORDAN
Honorable JUDGE Kent A JORDAN

Dear Sir; Mr Dalleo please Record The inclosed Documents and forward Them To Honorable judge Kent A Jordan and I ask That I Recieve a Reply Sir as Soon as possible Thankyou Sir!

Respectfully Submitted

Joseph L. CUPPY