FILED
JUL - 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear, Honorable Judge Kent A JORDAN

RE: "SANCTIONS TORT": ←See in Law Dictionary
CIV FED CASE 04-175-KAJ
FROM: Joseph L. Cuppy   PLAINTiFF   FoR CiV-FeD-CASE
- 04-175-KAJ PROSE

"Sir" It Has Been a Most Strident Journey To Recieve participation from The Defendant and his attourney Mr Daniel Griffith from Day one.
I Did not Anticipate for judgment Be just handed over To The plaintiff. However The strife of The Discovery process from The Defendant Gregory Hopkins and His attorney Daniel Griffith Turned out To Be Completley Out of Context of The Civil federal Rules and procedural Guidlines.

Sir I Respectfully ask That The misconduct comes To a Hault. Massive Remedial Enforcement have Been applied Voluntairily Requesting in Verbal and in writting on The Record.

After That 2 Direct Court orders have Been entered; Both on The Record Both ignored The Most Recent Court order is inclosed with This Dockument.

Your Honor, The Defendant and His attorney Has Clearly presented a Dilatory Defense for Civ fed CASE 04-175-KAJ which The Record Shows Continuous Obstruction in The Discovery process That Do not address any merits To justify why The Defense Has By choice of There own Discretion To Hinder The Discovery process.

Which is in Violation of The Rules ignoring Court Orders Clearly Shows misuse, True neglect That is in fact abuse of Discovery.

At This Time your Honor after I have Exhausted Every avenue with The Defendants and ET.AL : I Respectfully Request That a Sanctions tort is followed Through with fairness and justice To Be Served Swiftly To The fullest Degree with no further Delay served upon The Defendant and Defendant Attorney.

I ask That The abusive party pay a fine To The plaintiff in The amount of for which The Discretion of The court and The Honorable judge Kent A. JORDAN Seems fit for The Discovery Violations.

I Joseph L Curry having presented Evidence of Case Damage and Continuous Accelerating Obstructed Justice for CIV FED CASE 04-175-KAJ; further would like To State That a Sanction Tort Directed To The Defendant and his Attorney would Clearly Be in Uniform To uphold The Constitution. It would also Be The propper Remedy Of practice whom chosen not to adhere To federal Law But Street Law To make up There own Rules as They Seem fit To Bend Them in any way That Hinders Discovery Repetitiously Blocking justice To prevail.

Thankyou Your Honor please address This Matter and Reply Soon

Joseph L Curry

## Certificate of Service

I, <u>Joseph L. Curry</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Requested Sanctions Tort Leter To Honorable Kent A. Jordan</u> upon the following parties/person (s):

TO: <u>Daniel A Griffith</u>
<u>Marshall, Dennehey, Warner</u>
<u>Coleman, Goggin</u>
<u>P.O. Box 8888</u>
<u>Wilmington, De 19899</u>

TO: <u>The Clerk of The Court</u>
<u>Peter T. Dalleo</u>
<u>Office of The Clerk</u>
<u>US District Court - 844 N.</u>
<u>King Street LockBox 18</u>
<u>Wilmington, Delaware 19801-3570</u>

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this <u>1st</u> day of <u>July</u>, 200<u>5</u>

_[signature]_



I/M Joseph L. Lumpy
SBI# 223-705   UNIT C-11-PRETRIAL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
ATT: Mr. Peter T. Dalleo, Esq.
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-35