To: The Clerk Of The Court: Mr. Peter T. Dalleo

CIV-FED-CASE-04-175-KAJ

RE: Letter To Honorable Kent A JORDAN asking for The Sanctions Tort To Be Rulled appon also information for That SANCTION TORT OF 75.00

1:04-cv-00175

From: Joseph Lawrence Curry
Delaware Correctional Center
SBI #223-705
1181 Paddock Road
Smyrna, DE 19977

jp

FILED
AUG - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mr Dalleo Sir, please Record The info and letter That is inclosed. Also please forward said legal Dockuments To Honorable Judge Kent A Jordan at The most Convienent Time Sir for Ruling

Thankyou Sir

Joseph L Curry

7-29-05




I/M Joseph L. Curry
SBI# 223-765   UNIT A-Tier-Upper #2 - Building 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
Att: Mr. Peter T. Dalleo
United States District Court
844 N. King Street, LockBox 18
Wilmington, Delaware 19801-3570