In The United States District Court
for: The District Of Delaware

| | |
|---|---|
| Joseph L. Curry<br>PLAINTIFF<br>V.<br>GREGORY HOPKINS,<br>DEFENDANT | CIVIL-ACTION No. 04-175-KAJ<br><br>FILED<br>AUG - 4 2005<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE<br>ON RECORD |

ALSO SEE: LETTER #1

To: Honorable Judge Kent A. JORDAN = OF DISCOVERED EVIDENCE AND SANCTIONS TORT

Sir, In Reference To The Defendants Response To The "Sanctions Tort" which The Defendant has filed on July 15, 2005. The Sanctions Tort That I The plaintiff has filed on July 5, 2005 Gives Clear Merrit Showing The Defendants has Continued To Repetitiously Try To Confuse The Courts By Giving frivolous Responses on why They Continue To Violate Discovery procedures: Court orders and Specifice Teleconference instructions. To Clear This up The facts are This: Since 5-17-05 The Teleconference order To Recieve propper Responses from The Defendants and The Court order of June 7th for Defendant To Respond to Discovery Request, Still Remain 100% Non Compliant. Absolutley No Compliance at all!! only Repeated lies To Stall Responding To Discovery!! Sanctions are Highly Justified!

- for Example, Mr Griffith States That The Reginald Jenkins Case was Supplied To me. which is a Bold face lie. The pretrial law library furnished That case to me upon my Request for which I ascertained That info from Shepardised Caselaw of other Civil and Criminal law involving Gregory Hopkins Such as The Case of State v. Carlton Glass I.D No.0201036I-7. 2002 WL 31484807 CITE AS 2002 WL 31484807; where Mr Glass was attacked By Hopkins K-9 as well as many others of which are also Stated To Been Victoms of Excessive force By Mr Hopkins.

The Defendant and Mr Griffith Continues To Try and Defocus trying to Switch The focus of The issue of Handing over Discovery with all That has Been Said I ask That The Court is not led To The Trickery and purely Seek The Entire Record of Civ FED CASE 04-175-KAJ which will Show That time and Time again Mr Griffith is in Default Still Saying That The Interrogatories and Discovery That was ordered By judge Kent A. Jordan - Still ignored and Reply from Defendants