## Certificate of Service

I, **Joseph L. Curry**, hereby certify that I have served a true and correct cop(ies) of the attached: **Letter To Honorable Kent A. Jordan.** upon the following parties/person (s):

TO: **Daniel A. Griffith, Marshall, Dennehey, Warner, Coleman Goggin, 1220 N Market St., Suite 500 P.O Box 8888 Wilmington, DE 19899**

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **1ST** day of **August**, 2005

*Joseph L. Curry*




Joseph L. Curry
I/M SBI# 223-765  UNIT A-Tier-Upper #2 -Building 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
Att: Mr. Peter T. Dalleo
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570