In The United States District Court
for: The District of Delaware

Joseph L. Curry
PLAINTIFF
v.
Gregory Hopkins,
DEFENDANT

CIVIL-ACTION No. 04-175-KAJ

FILED
AUG 23 2005
U.S. DISTRICT COURT
DELAWARE

ATT: CLERK OF THE CLERK: Mr Peter T. Dalleo

RE: MOVEMENT NOTICE

Sir please Document and forward To Honorable Judge Kent A. Jordan The following information. I Joseph L. Curry The plaintiff in Civ/fed Case # 04-175-KAJ Respectfully would like To Submit This Document of awareness To all parties of Civ/fed Case-04-175-KAJ. Due To High Volume of Threats and Harassment To Drop This Lawsuit Directed from many over The past 18 months a Court Order from The Superior Court has Been adhered To By moving me [To "Sussex Correctional Institution" SBI#223-705 Building MSB-A Tier P.O. Box 500 Georgetown, Delaware 19947.] please address any matter involving Civ/fed Case 04-175 KAJ To me Here in Georgetown. Thank you Joseph L. Curry
8-19-05

# Certificate of Service

I, **Joseph L. Curry**, hereby certify that I have served a true and correct cop(ies) of the attached: **Notice of Movement** _____ upon the following parties/person (s):

TO: Daniel A. Griffith
Marshall, Dennehey, Warner
Coleman Goggin, 1220 N.
Market St., Suite 500
PO Box 8888 Wilmington
Delaware 19899

RE: issue Resolved
TO: Major Joe Dudlik
Internal Affairs
245 McKee RD
Dover Delaware
19901

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the ~~[redacted]~~ SBI 223-705 SUSSEX CORRECTIONAL INSTITUTION PO Box 500 GEORGETOWN DELAWARE 19947

On this **19th** day of **August**, 2005

_Joseph L. Curry_



I/M: Joseph L. Cupp   BLDG: MSB  MSB A-TieR
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947
SBI# 223-705

Attention To: Peter T. Dalleo
Office of The Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware  19801-3570