A REGIONAL DEFENSE LITIGATION LAW FIRM

## MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A PROFESSIONAL CORPORATION    www.marshalldennehey.com



**PENNSYLVANIA**
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

**NEW JERSEY**
Cherry Hill
Roseland

**DELAWARE**
Wilmington

**FLORIDA**
Fort Lauderdale
Jacksonville
Orlando
Tampa

**OHIO**
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4317**
**Email: dgriffith@mdwcg.com**

October 17, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

Re:    Joseph L. Curry v. Dover Police Department and Gregory Hopkins
       Our File No.: 19180-01660
       C.A. No.: 04-175-KAJ
       DOL: 01/13/04

Dear Judge Jordan:

Attached please find a proposed form of Pretrial Order in the above-referenced matter which is scheduled for Pretrial Conference on October 31, 2005 at 8:30 a.m. Given Mr. Curry's incarcerated status, we were able to convene a telephone conference with Mr. Curry on October 14, 2005 concerning our respective contributions to the final Pretrial Order. The attached incorporates both parties' submissions.

I understand from our October 14, 2005 teleconference that Mr. Curry will be seeking a postponement of the presently-scheduled November 28, 2005 trial during the October 31, 2005 Pretrial Conference. The defense takes no position with respect to the postponement of the trial.

Thank you for your attention to this matter.

Very truly yours,

*/s/ Daniel A. Griffith – DE ID 4209*

DANIEL A. GRIFFITH

DAG/lar

Enclosure

\15_A\LIAB\DAG\CORR\312289\LAS\19180\01660