IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOVER POLICE DEPARTMENT, and )<br>GREGORY HOPKINS, )<br>)<br>Defendants. ) | Civil Action No. 04-175-KAJ |

### AMENDED SCHEDULING ORDER

At Wilmington this 20th day of October, 2005,

IT IS ORDERED that the court's November 18, 2004 Scheduling Order (D.I. 47) is hereby amended as follows:

1. <u>Trial</u>. This matter is scheduled for a 2 day bench trial beginning at 9:00 a.m. on November 22, 2005. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 5 hours to present their case.

All other deadlines as set forth in the Court's November 18, 2004 Scheduling Order (D.I. 47) shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE