A REGIONAL DEFENSE LITIGATION LAW FIRM

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION       www.marshalldennehey.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4317**
**Email: dagriffith@mdwcg.com**



October 24, 2005

Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE  19801

    Re:    Joseph L. Curry v. Dover Police Department and Gregory Hopkins
            Our File No.: 19180-01660
            C.A. No.: 04-175-KAJ
            DOL: 01/13/04

Dear Judge Jordan:

    Consistent with the directive recently received from your office, I am enclosing a Proposed Form of Order necessary to secure the attendance of the plaintiff, Joseph Curry at the October 31, 2005 Pretrial Conference in the above-referenced matter.  I would appreciate Your Honor's execution of the Order and advise me concerning when the order may be picked up by our office for delivery to the Sussex County Correctional Institution.

    Thank you for your attention to this matter.

            Very truly yours,

            DANIEL A. GRIFFITH

DAG/lar

Enclosure

cc:    Jeff Frock, St. Paul Travelers
        Claim No. GP09311302-19B002