**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOSEPH LAWRENCE CURRY, | : | |
| | : | C.A. No. 04-175-KAJ |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DOVER POLICE DEPARTMENT, and GREGORY HOPKINS, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this _____ day of _____, 2005, in the interest of justice and upon consideration of the need to have Plaintiff, Joseph L. Curry, present for the pre-trial conference to be held, October 31, 2005, at 8:30 a.m., it is hereby **ORDERED** that Plaintiff be transported from Sussex County Correctional Institution to the United States District Court for the District of Delaware, in Wilmington, New Castle County, Delaware, in such fashion as is deemed appropriate by the Office of Corrections, for such time as is necessary for Plaintiff to be present for the pre-trial conference to be held October 31, 2005, at 8:30 a.m..

_____
HONORABLE KENT A. JORDAN, U.S.D.J.

\15_A\LIAB\JVWORK\LLPG\313695\JVWORK\19180\01660