To: Mr Peter T Dalleo

Re: Civ Fed Case: 04-175-KAJ

Dear Sir, Inclosed is information That is from a 7-13-05 Court Order for me Joseph L. Curry To Be placed at The Delaware psychiatric Center Due to a Surfored mental illness. please Review and forward to Honorable Kent A Jordan.

I Respectfully Submit This information and need a Reply for The Remedy

Thankyou,

*Joseph L Curry* (signature)

Joseph L. Curry
SBI # 223-705
Sussex Correctional
Institution
P.o Box 500
Georgetown, Delaware
19947
Building MSB-A-Tier
Cell #6

FILED
OCT 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M: Joseph L. Curry  BLDG: MSB-A-Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI# 223-705

RE: FED-CIV-CASE-04-175-JJF
Attention To: Peter T Dalleo

To: Office of The Clerk
United States District Court
844 N. King Street LockBox 18
Wilmington Delaware
19801-3570