# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Joseph Lawrence Curry,
PLAINTIFF,

V.

Dover Police Department, and
Gregory Hopkins,

DEFENDANTS

CIVIL ACTION No. 04-175-KAJ

FILED
OCT 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: Honorable Judge Kent A Jordan

I the Defendant Joseph L. Curry would like to shed some light on my current status so that information that I am about to provide can be handled in a professional matter. I am asking for Honorable Judge Kent A Jordan to address this matter:

On 7-13-05 Judge William L Witham court ordered me to the Delaware Psychiatric Center and after the stay for treatment at the DPC I was court ordered to return to his court room for review, with the doctors. This proceeding took place at the Superior Court of Kent County in Dover Delaware. The verdict was Title 11 Mentally Ill; however Your Honor the prison has not adhered to the court order and disregaurded Judge Withams decison in this matter. Furthermore I have wrote to the Superior Court still no response, Sir

The EXACT WORD'S FROM JUDGE WITHAM ON 7-13-05 WAS MR CURRY IS TO BE PLACED AT DPC IMMEADITELY THE GUARD SAID IT COULD BE THE NEXT DAY, THAT NEVER HAPPEN YOUR HONOR I AM UNDER TRAMENDOUS AMOUNT OF STRESS DUE TO MENTAL ILLNESS THAT HAS SURFACED WHICH NEED'S MEDICAL PROFESSIONAL HELP THAT THE SUPERIOR COURT JUDGE WITHAM HAS ALREADY ORDERED. THE PRISON THINKS ITS A JOKE AND REPLY'S ARE THAT ILL BE OK WHEN IN FACT I HAVENT SPOKE TO ANY ONE AT ALL BESIDES THE GUARD'S AND THE COUNSELOR WHO HAS NO IDEA WHERE I AM SUPPOSED TO BE! AND HE COULD CARE LESS, DUE TO THE FACT OF THE LAWSUIT THAT IS PENDING IN US DISTRICT COURT THE COUNSELOR'S COMMENT'S AFTER HE SPOKE WITH THE DEFENDANTS ATTORNEY MR DANIEL GRIFFITH, HE TOLD ME I WAS WASTING MY TIME I CAN NEVER WIN AGAINST THE POLICE AND THEN BECAME VERY ARAGANT.

<u>THE FACTS ARE THIS YOUR HONOR I HAVE BEEN HARRASSED AND MISTREATED SINCE I FILED THIS LAWSUIT!! AND NOW IM BEING REFUSSED PSYCHIATRIC TREATMENT AT THE STATE HOSPITAL THAT WAS ORDERED BY JUDGE WITHAM ON 7-13-05.</u> I WAS NEVER SENT!

I DONT FUNCTION WELL TRYING TO PREPAIR FOR TRIAL, MENTALLY I CANT ~~FOCAS~~ FOCUS TO DO ANY LEGAL WORK OR ANY WORK THAT REQUIRES ANY THOUGHT I CANT EVEN READ A BOOK. I "<u>DO NOT</u>" WANT TO DISMISS THIS CASE! BUT I WOULD LIKE TO HAVE A FAIR TRIAL AND BE MENTALLY STABLE.

I COMPLETLEY OBJECT TO THE PRETRIAL ORDER DANIEL GRIFFITH SUBMITTED TO THE COURT.

Joseph L. Curry

## CERTIFICATE OF SERVICE

I, Joseph L. Curry, hereby certify that two copies of the attached Information Concerning Delaware Psychiatric Center Order were served by

[X] first class mail    [ ] hand delivery on this 27th day of October, 2005 upon the following person(s):

① Daniel A. Griffith
Marshall, Dennehey, Warner
Coleman and Goggin
P.O. Box 8888
Wilmington, DE 19899-8888

② Office of The Clerk
United States District
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801-3570
Re: Civ Fed Case 04-175-KAJ

Dated: 10-27-05

Sussex Correctional Institution
Route 113, P.O. Box 500
Georgetown, DE 19947
SBI: 223-705   DOB: 7-6-70
MSB-Building-A-Tier

23

I/M: Joseph L. Cupp    BLDG: MSB-A-Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI# 223-705

RE: FED-CIV-CASE-04-175-KAJ
ATTENTION TO: PETER T DALLEO

To: Office of The Clerk
United States District Court
844 N. King Street LockBox.18
Wilmington Delaware
19801-3570