IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-175-KAJ |
| ) | |
| GREGORY HOPKINS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington this **1st** day of **November, 2005**,

For the reasons set forth by the Court during the pretrial conference on October 31, 2005,

IT IS ORDERED that this action is STAYED pending further action by the Court.

_____
UNITED STATES DISTRICT JUDGE