A REGIONAL DEFENSE LITIGATION LAW FIRM

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4317**
**Email: dagriffith@mdwcg.com**



November 4, 2005

**VIA E-FILE AND HAND DELIVERY**
Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE  19801

    Re:    Joseph L. Curry v. Dover Police Department and Gregory Hopkins
            Our File No.: 19180-01660
            C.A. No.: 04-175-KAJ
            DOL: 01/13/04

Dear Judge Jordan:

    In compliance with Your Honor's Order at the October 31, 2005 Pretrial Conference, attached is a Certification reflecting my efforts and the efforts of the Dover Police Department to determine whether any photographs exist of Mr. Curry concerning his January 13, 2004 arrest.  I have also, on this date, provided Mr. Curry with a copy of the Dover Police Department's Policies and Procedures concerning the use of force.

                Very truly yours,

                /s/ Daniel A. Griffith – DE ID 4209

                DANIEL A. GRIFFITH

DAG/lar

Enclosures

\15_A\LIAB\DAGRIFFITH\CORR\315521\LAREFNER\19180\01660