12-7-05

To: The Clerk of The Court, Mr. Peter T. Dalleo

FROM: Joseph L. Curry

RE: Civ Fed Case #04-175-KAJ

FILED

DEC 1 5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir, I Respectfully Submit a Letter of information That Briefs awareness of what I was ordered To produce at The october 31, 2005 pretrial Conference. please forward To Honorable Judge Kent A Jordan and note That I have forwarded what I was asked To The Best of My Knowledge To Be in full Compliance.

I have Sent To Mr. Daniel Griffith a Copy of The inclosed Dockument

Respectfully Submited

Joseph L Curry

12-7-05

PLEASE ALSO DOCKUMENT TEMPORARY CHANGE OF ADDRESS

I AM AT

DELAWARE PSYCHIATRIC CENTER
1901 NORTH DUPONT HWY
NEW CASTLE DELAWARE 19720