Change of Address Plaintiff Joseph L. Curry

Joseph L Curry - SBI# 223-65
Sussex Correctional Institution
P.O. Box 500, Georgetown, Delaware
19947
Medium - Bldg - C-Tier

*[signature]*



FILED
MAY - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned