In And for: The District Of Delaware
The United States District Court

Joseph L. Curry
PLAINTIFF

V

Dover Police Dept
K-9 Police Officer Gregory Hopkins
AND ET. AL
DEFENDANT

Civil Federal Case #04-175-KAJ

FILED
MAY - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

MOTION TO: Recommence Proceedings of Civ Fed #04-175 KAJ

I Joseph L. Curry Respectfully Submit This Motion To The Court AND ET.AL To Primary Awareness For Change of Address With Intent To Resume With Trial. I Second A Request To Call For Expert Testimony of Doctor Charolette Sealig For The Plaintiff AND Present To The Honorable Judge Evidence of Post Tramatic Stress Disorder Which Was A Element From Police Brutality AND Excessive Force For A Result To Chronic Treatment Needed For The Plaintiff which is Binding For This Federal Case 04-175-KAJ, Relevance is of High Regaurd in This matter. I Pro'se Litigant Mr Joseph L. Curry Respectfully Request The Court To Provide me With Only The Procedures of Cost AND Whom To Pay For The Subpeona To The Doctor For Trial. I Will Then Ask For Only Minimal Time To Draft The Subpeona Pursuant To The Fed Civ Rules AND Procedure with Time For I Asume The US Marsall's To Serve Documents.

## CERTIFICATE OF SERVICE

I, <u>Joseph L. Curry</u>, hereby certify that I have served a true and correct copy of the attached <u>Motion to Recommence / Subpoena Witness</u> upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Daniel A Griffith, Marshall Dennehey, Warner Coleman and Goggin | 1220 N Market ST, Suite 500 | Po Box 8888 Wilmington Delaware 19899 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This <u>2ND</u> day of <u>May</u>, <u>06</u>.

<u>Joseph L. Curry</u>

I/M: Joseph L. Cuff  BLDG: MEDium-C-TieR
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI# 223705

1986  U.S. POSTAGE  PB2230370
7973  $00.390  MAY 03 06
0894          19947

oFFice oF The CLeRk
UNiTed STATes DisTRicT CouRT
844 N. King STReeT, Lock BoX 18
WiLmingTon, DeLAWARe 19801-3576