In The United States District Court
for The District of Delaware

Joseph Lawrence Curry
    Plaintiff

V.

Dover Police Dept
And Et.Al
    Defendants

Civil Action No. 04-175-KAJ

FILED
JUN - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion for Teleconference

I Joseph L. Curry respectfully submit this motion to the court and Honorable Judge Kent A Jordan with a copy for the defendan[ts]. The full intentions of this motion is to bring all parties up to speed on developments of this Civil Fed Case 04-175-KAJ. The developments which need the direct attention to resolv[e] specific matters such as what has surfaced within the last several months and need the testimony of professional liscenced doctors submitted into evidence of Post Tramatic Stress Disorder, specifically pertaining directly to this Civ Fed Case 04-175-KAJ relevant and needs to be addressed since it is in fact new discovered evidence yet pertains to this case. For me to enlighten the Court, the Defendants, and Honorable Judge Kent A Jordan of this severe element, Post Tramatic Stress Disorde[r] A teleconference is the most efective tool that I see fit to discuss my intentions for a fruitfull trial which will allow full exposure to determine the truth of what is to be prevailed as justice in the United States Court. I respectfully submit this request [i]n motion form for teleconference.

Thank you

Joseph L. Curry

## CERTIFICATE OF SERVICE

I, Joseph L. Curry, hereby certify that I have served a true and correct copy of the attached Motion For Teleconference upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Daniel A. Griffith | 1220 N. Market St Suite 500 P.O. Box 8888 | Wilmington, DE 19899 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This 1ST day of June, 06.

Joseph L. Curry

I/M: Joseph Curry   BLDG: Medium
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI# [illegible]

U.S. POSTAGE $00.39
JUN 02 06
19947
PB 22 30370
1846 7933 8269

Office of The Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570