IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-175-KAJ |
| | ) |
| DOVER POLICE DEPARTMENT, and | ) |
| GREGORY HOPKINS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this **13th** day of **June, 2006**,

IT IS ORDERED that a status teleconference has been scheduled for **July 10, 2006 at 11:30 a.m.** with the undersigned. **Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE