FILED JUL 18 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

To: The Clerk of The Court
Mr. Peter T Dalleo

RE: Honorable Judge Kent A Jordan
Civ-Fed-Case # 04-175-KAJ

From: Plaintiff Joseph L Curry

Sir, on 6-13-06 The Court and Judge Kent A Jordan served a court order to The parties of Civ Fed Case 04-175-KAJ. The Court order Specifically stated that it is ordered That a Teleconference initiated by The Defendants shall Take place on 7-10-06 at 11:30 AM with Honorable Kent A Jordan and all parties including Me The plaintiff.

This Court order was not adhered to by not Happening at all. Furthermore The prison Did not allow me to call The Court and has Denied Me To Speak to any offical That has any authority to allow a teleconference to see why The Court order of Teleconference was not adhered to. Please Respond.

Joseph L Curry

I/M: Joseph L. Curry  BLDG: MeDium-D-TieR
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI# 233-705

To: The Clerk of the Court
of The United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570

U.S. POSTAGE PB 22300370
$00.390  JUL 17 06
19947