IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY,<br><br>    Plaintiff,<br><br>v.<br><br>DOVER POLICE DEPARTMENT, and<br>GREGORY HOPKINS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-175-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this **19th** day of **July, 2006,**

IT IS HEREBY ORDERED that a status teleconference previously scheduled for July 10, 2006 at 11:30 a.m. is hereby rescheduled to **August 18, 2006 at 10:30 a.m. Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE