**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

A REGIONAL DEFENSE LITIGATION LAW FIRM

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4317**
**Email: dagriffith@mdwcg.com**



July 19, 2006

**VIA EFILE AND HAND DELIVERED**
Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE  19801

    Re:    Joseph L. Curry v. Dover Police Department and Gregory Hopkins
           Our File No.: 19180-01660
           C.A. No.: 04-175-KAJ
           DOL: 01/13/04

Dear Judge Jordan:

    In response to today's letter from Mr. Curry concerning a status teleconference, I understand that the teleconference has been rescheduled to August 18, 2006 at 10:30 a.m.  I will initiate the call and make the appropriate arrangements with Mr. Curry's correctional institution.

    Very truly yours,

    */s/ Daniel A. Griffith – DE ID #4209*

    DANIEL A. GRIFFITH

DAG/lar

cc:    Joseph L. Curry – Via Regular Mail
       Jeff Frock, St. Paul Travelers
       Claim No. GP09311302-19B002

\15_A\LIAB\DAGRIFFITH\CORR\365124\LAREFNER\19180\01660