IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-175-KAJ |
| ) | |
| DOVER POLICE DEPARTMENT, and ) | |
| GREGORY HOPKINS, ) | |
| ) | |
| Defendants. ) | |

## SECOND AMENDED SCHEDULING ORDER

At Wilmington this 18th day of August, 2006,

IT IS HEREBY ORDERED that the court's November 18, 2004 Scheduling Order (D.I. 47) and the October 20, 2005 Amended Scheduling Order (D.I. 87), are amended as follows:

1.  Pretrial Conference. On January 22, 2007, the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at 4:30 p.m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before December 22, 2006.

2.  Motions in Limine. Motions in limine shall not be separately filed. All in limine requests and responses shall be set forth in the proposed pretrial order. Each party shall be limited to five in limine requests, unless otherwise permitted by the Court. The motion and response thereto shall contain the authorities relied upon, and no

single *in limine* request shall have more than five pages of argument associated with it. No separate briefing shall be submitted on *in limine* requests, unless otherwise permitted by the Court.

    3.    <u>Jury Instructions, Voir Dire, and Special Verdict Forms</u>.  Where a case is to be tried to a jury, pursuant to Local Rules 47 and 51 the parties should file proposed voir dire, instructions to the jury, and special verdicts and interrogatories three full business days before the final pretrial conference.  That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains a copy of these instructions and proposed voir dire and special verdicts and interrogatories.

    4.    <u>Trial</u>.  This matter is scheduled for a 2 day bench trial beginning at 9:00 a.m. on February 20, 2007.  For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 5 hours to present their case.

All other deadlines as set forth in the court's November 18, 2004 Scheduling Order (D.I. 47) and October 20, 2005 Amended Scheduling Order (D.I. 87) shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE