In The United States District Court
for The District of Delaware

Joseph Lawrence Curry
V.
PLAINTIFF

Dover Police Departments
K-9 Unit Officer
Gregory Hopkins
And Et.Al
Defendants

CIVIL FED CASE 04-175-KA

FILED
BD scanned
AUG 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SUBPEONA BRIEFING

D.P.C. Doctor Miss Charolete Sealig — SPECIALIST EXPERT SYCO THERO ANALA

ON MAY 19th OF 2004 I THE PLAINTIF HAS SATISFIED THE FILING PREREQUISITES OF 28 USC 19,15 A AND THE FEDERAL COURT HAS DETERMINED THAT CIVIL LAWSUIT 04175 KAJ IS NOT FRIVOLOUS WITHIN THE MEANING OF 28 USC 1915 A ( I Joseph L. Curry AS THE ACTIVE ATTORNEY AS PRO'se LITIGANT FOR THE PLAINTIF, HAS EXECUTED THE UNITED STATES MARSHALL'S OF THE DEPARTMENT OF JUSTICE TO SERVE SAID LAWSUIT; AUTHORITIZED BY THE FEDER COURT ON 6-4-04. ON 6-25-04 EXECUTED RETURN OF SERVICE BY DE ATTOR GENERAL AND ET.AL. THIS FEDERAL CASE IS IN THE PROPER JURISDICT AND ALLOW'S ME TO PRESENT THIS CASE PROPERLY THROUGH THE FEDERAL RULES AND PROCEDURE PROMPTLY PROFESSIONALLY TO THE FULLEST EXTENT OF THE LAW COMPENTENTLY. THE LAWSUIT OF 04-175-KAJ HAS INFACT BEEN THROUGH ALL OF THE PROCEDURES FROM 3-22-04 THRU TO TODAY 8-25-06 BY FULLEST AND MANY DIFFERENT PROCEDURE'S OF THE FEDERAL UNITED STATES DISTRICT COURT. I JOSEPH L. CURRY HAS MOTIONED THE COURT AND FEDERAL HONORABLE JUDGE KENT A JORDAN AS WELL AS RESPECTED DEFENDANTS ATTORNEY DANIEL A GRIFFITH FIRM AND ET.AL TO GRANT ME PERMISSION TO USE EXPERT TESTIMONY FROM ONE DOCTOR CHAROLETTE SEALIG AT SET TRIAL WHICH MAY BE SUBJECTED TO CHANGE HOWEVER NOW ACTIVLEY DOCKETED FOR TRIAL 2-20-07 AND 2-21-07 DUE TO NEWT DISCOVERED EVIDENCE OF PTSD DISCOVERED BETWEEN 12-2-05 AND 3-13-0 AT DPC BY TREATMENT FROM TREATMENT TEAM, PRIAMAIRILY ASSIGNE FORENSIC SYCO ANALASYST DOCTOR PhD MISS SEALIG. HOWEVER NOT TO BE SUBMITTED AS PRIOR OR NEW DISCOVERY ON RECORD AS OF TODAY; YES EXPERT TESTIMONY FOR THE PLAINTIFF/VICTIM GRANTED ON 8-18-06 CONFERENCE HELD WITH FEDERAL JUDGE KENT A JORDA AND ET.AL. I Joseph L. Curry EXERCISES AND EXECUTES SAID INVEST

Pg 2

OF TRIAL. This INVESTED POWER IS IN SUPPORT BY THE FEDERAL GUIDLINES OF THE UNITED STATES OF AMERICA. I Joseph L Curry State That The attached Subpeona is a true Certified federal Legal Dockument and further States I Respectfully Submitt This Dockument and Subpeona To federal Court Honorable Judge Kent A Jordan, Clerk of The Court, Defendants Council and all others for The true Inten for Justice to Serve all to prevail in The Best interest of all. May God Be Our witness of Genuine intent of truth and Justice.

A RESPONSE IS REQUESTED from Doctor Charolette Sealig To Mr Joseph L Curry and The Court in a timley manor.

A Reppone Given of The following matters Set forth

(A.) As to Doctor Sealig is in Reciept of federal U.S. District Court Subpeona along with This federal Case Dockument Drafted in Acord to Civ Fed CASE 04-175-KAJ for your Participation in This matter;?

(B) A Response To Mr Joseph L Curry as to if infact You Ma'am Doctor Sealig will

participate in a Conference with The plaintiff and or plaintiffs Councel to Conduct Briefing of Up comming Events. To Be at a Conference of your own free will, not to enforce any type of Court order However Still in a Professional Matter as Attorney pro Se and Doctor not as patjents, advisery Since infact I as all three Must Present This Case Directly Professionally Diligently and Thoroughly for which a federal Case These formalities are of The Criterion Consumed with Massive Responsabilities yet in a civil Case a Expert witness Must Have Communication with The Parties without ofcourse feeling in anyway forced as a Hostile witness. Your participation is a fruitfull Source only to tell The truth on The problem at hand or Shall I Say The Dispute That The judge will Determine and all information is needed not just a fraction. To allow justice to prevail.

The Conference Requested is Entirely upon Your Discretion I will list four of various ways to aproach this method However The Subpeona is Court ordered

- Your Discretion as to place, Time, and Date is Valid.

①  By The way of placing a Visit at The Sussex Correctional Institution

②  By The means of Teleconference

③  Video Court

④  Aranged Transporting To DPC Conference Room

⑤  whatever means This is most convienient to your Schedule is Valid and Recognised as participation in CIV-FED.CASE-04-175K

Joseph L. Curry

*Joseph L Curry*

8-25-06

In the United States District Court
for The District of Delaware

| | |
|---|---|
| Joseph Lawrence Curry<br>PLAINTIFF<br><br>V.<br><br>Dover Police Department's K-9<br>Unit Officer Gregory Hopkins | Civil - Action No. 04-175-KAJ |

"Affadavit"

~~[redacted]~~

I Joseph Lawrence Curry Being First Dully Sworn Deposes and Say's That The Foregoing Statement is a True and Correct Observation of The Entire Contents of The Attached Subpeona and Subpeona Briefing Federal Legal Dockuments.
 I Joseph L. Curry as Active Attorney for The Plaintiff Represent Pro'se Litigation of This Subpeona and Subpeona Briefing to The Fullest of My Ability and Solemly Swares That All Dockuments Are of its Entirety Whole Legal Binding Truth and I May Be Subjected to Perjury Resulting Punishment; Penalty If Dockuments Are in Any Way Tainted I Do Solemly Sware

Joseph L. Curry

8-25-06

X Joseph Curry
223-705
Civ-Fed



1876
7996
2051

U.S. POSTAGE
$00.6
FROM ZIP

I/M: Joseph L. Cuffy BLDG. Medium-C-Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI # 223-705



FEDERA



Office of The Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
19801-3570



U.S.M.S.