Joseph L. Curry, Plaintiff

v.

Dover PD Gregory Hopkins, Defendants

Civ-Fed-Case 04-175-KAJ

TO: Honorable Judge Kent A. Jordan

Good morning and afternoon to all parties of Federal Civil Case: 04-175-KAJ.

On 8-18-06 per Conference discussion of some issues was handled with concern in the Teleconference, meaning my concern of stating a position to where I the Plaintiff stands on Mr. Griffith's sudden Request for a Jury Trial has been deeply considered, and for the Record I will now respectfully submit my position today on 8-25-06, seven days after the 8-18-06 Conference for which I have adhered to the 2- week Order to allow disposition.

With all due respect to Mr. Griffith, my position is clearly to be presented as great opposition and ask that the request of jury trial be denied with prejudice.

Due to the fact after a three year mark is very near that such procedures of jury trial is in fact way out of context to any preparation. Scheduling Order is set for a 2 day Bench Trial for which was set with no dispute of Civ. Fed. Case: 04-175-KAJ in the entire case going on 3 years now is not the time to create a strategy for trickery and chaos motivating a dilatory defense. 'Poor strategic planning is not an excuse three years later.' I the Plaintiff would have absolutely no objections at all if we were at the initial disclosures preocedure which was the first scheduling Order number 1 of Nov. 18, 2004, but the facts are, for almost 3 years all parties indicated no signs of stress or uncomfortability of having this case tried by Honorable Judge Kent A. Jordan. The entire firm even when William W. Pepper was representing Dover Police Dept. the entire firm of Daniel A. Griffith, Marshall, Dennehey, Warner, Coleman and Goggin has never ever had any dispute to have Honorable Judge Kent A. Jordan weigh the evidence and facts of this case and try it. I the Plaintiff certainly has not ever questioned the judge's ability or honesty to allow justice to prevail!! I again state for the Record I oppose and deeply strive against the Defendants' Request to a Jury Trial.

Thank you,

Joseph L. Curry

8-25-06

CC: US District Court
   Daniel Griffith Attorney
   File
   Hyden Associates
   James Curry

2006 AUG 31 PM 2:54
CLERK US DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Joseph L. Curry, hereby certify that I have served a true and correct copy of the attached Letter of opposed Jury Trial upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Daniel A. Griffith | P.O. Box 8888 | Wilmington Delaware 19899 |
| United States District Court | 844 N. King St | Wilmington Delaware 19801 |
| James W Curry ESQ | 11 Matt's Meadow Rd | Danville PA 17821 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This 29th day of August, 2006



I/M: Joseph L. Curry   BLDG: Medium-C Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI# 223-705

1806 U.S. POSTAGE $00.390
PB 2230370
AUG 30 06
19947

U.S.M.S.
X-RAY

Office of The Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
19801