



# In The United States District Court for The District of Delaware

Joseph L Curry
PLAINTIFF

V.

Dover Police Dept K-9 UNIT
Gregory Hopkins
DEFENDANTS

Civil Action No. 04-175-KAJ

FILED
DEC 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RG

04cv175KAJ

## Return Of Directives Pursuent of 8-18-06 Court Order

PURSUENT To The COURT ORDER OF AUGUST 18 OF 2006, I Joseph L. CURRY RESPECTFULLY RETURNS A RESPONSE To The INSTRUCTIONS OF The COURT THAT STATES, The PARTIES SHALL FILE A JOINT PROPOSED FINAL PRETRIAL ORDER By The FORM OF FINAL PRETRIAL ORDER THAT ACCOMPANIES The SCHEDULING ORDER OF 8-18-06. DUE DATE OF SAID ORDER 12-22-06. The ACCOMPANIED COURT DOCUMENTATION ON The 8-18-06 COURT ORDER SPEAKS OF (ENTRY #2 MOTIONS IN LIMINE) (ENTRY 3 JURY INSTRUCTIONS VOIR-DIRE SPECIAL VERDICTS FORMS) (and ENTRY #4 TRIAL)

#2 PURSUENT TO The MOTIONS IN LIMINE IT IS MY UNDERSTANDING THAT TERM AND OR PROCEEDING OF FILING A MOTION IN LIMINE APPLIES IF THERE IS INFACT A DISPUTE CONCERNING ISSUES OF ADMISSIBLE EVIDENCE OR BELIEVED TO BE PREJUDICIAL MATTERS) MY POSITION FOR The RECORD IS (PRESUMING THAT ALL PARTIES ADHERE TO COHESSIVELEY TO The ORDERS PREVIOUSLY GIVEN BY HONORABLE JUDGE KENT A JORDANS OCTOBER 31ST 2005 PRETRIAL CONFERENCE IN THAT RESPECT I HAVE "NO" REASON ORGRIPE TO PROCEED WITH MOTIONS FILED IN LIMINEE. The TERM JOINTLY PROPOSED IN THIS MATTER HAS NOT BEEN: IS UNKNOWN AT THIS MOMENT DUE TO SILENT MOTION FROM The DEFENSE AT THIS TIME. I DID HOWEVER RECIEVE A BRIEF LETTER FROM The DEFENDANTS COUNSEL ON NOVEMBER 8TH SAYING THERE WAS DIFFICULTY OBTAINING DOCTOR SEALIGS RECORDS OF D.P.C. CONCERNING TREATMENT. I DISCLOSED A FULL REPORT REGARDING THAT MATTER TITLED (MOTION TO EXECUTE SUBPEONA) FOR WHICH I PRESENTED TO The US DISTRICT COURT, D.P.C. AND MR DANIEL A GRIFFITH, DEFENSE COUNCIL ON The SAME DAY 12-8-06 FILED SEPERETLY FOLLOWING PROCEDURE. ALL INFO IS DETAILED IN THAT MOTION I ASUME WILL BE PENDING BEFORE The COURT FOR DECISION. These TWO DOCUMENTS (MOTION TO EXECUTE SUBPEONA) AND RETURN OF DIRECTIVES PURSUENT TO 8-18-06 ORDER) BOTH GO HAND AND HAND AS IF IT IS A TWO PRONG MOTION: FOR REVIEW.

(3) JURY INSTRUCTIONS, VOIR DIRE, AND SPECIAL VERDICT FORMS
IT IS MY FULL UNDERSTANDING THAT THESE INSTRUCTIONS DO NOT APPLY DUE TO The INSTRUCTIONS OF RECIEVED ON 8-18-06 THAT WAS A 2 DAY BENCH TRIAL IS GOING TO BE SET. A BENCH TRIAL IS SET FOR 2-20-07 THEREFOR TO MY KNOWLEDGE A JURRY TRIAL WILL NOT TAKE PLACE.

CONTINUED ON PG #2

RETURN OF DIRECTIVES PURSUANT TO 8-18-06 COURT ORDER



CONTINUED-CIVIL CASE 04-175-KAJ

(4) Trial

2 Day Bench Trial 2-20-07 5 hours a piece for Both Sides To present There Case.
My position Clearly is To give presentation providing The Court with My Burden of proof to Be presented Thoroughly Compentently relevantly Sucessfully Showing paterns of Policy Brutality Excessive force as well as The Damages That Stemed from 1-13-04

I Joseph Lawrence Curry fully adhere To all Directives Given from 8-18-06 order

5. I am Driven To Be Under The Asumption That It is My Duty To Release all Exhibits for Inspection By The Court and The Defense Attorney Daniel Griffith.

I have 40 Exhibits That I Do Believe is Expected for inspection at The pretrial Conference on 1-22-07 That Does Not at This time include Doctor Sealigs Records. I will hand over Everything I have at The pretrial Conference to Be Entered in as Evidence providing That This is Exceptable as a Mutual agreement for all parties to agree apon for which I Do Request

CONTINUE on PG 3

Continued CIVIL PROCEDURE 04-175-KAS

I Be Brought up To Speed If There is Dispute of My filing to allow ample time for Me To pre-pare or fix what Needs To Be propper if Needed at all.

I Respectfully file This pretrial order to The Best of My Knowledge and adhere to The Directives of 8-18-06 Second Amended Scheduling order which is Due on 12-22-06.

It is of The Highest form of Respectfull Intent to Deliver all Court orders promptly Up To Standards of The Court.

I Joseph Lawrence Curry Gratefully with Honor adhere To My Duties of Civil federal Case 04-175-KAJ Responsibly pre prep on This Day 12-8-06

**CERTIFICATE OF SERVICE**

I, Joseph L. Curry, hereby certify that I have served a true and correct copy of the attached Return of Directives of 8-18-06 upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Office of The Clerk | 844 N King | Wilm Del 19801 |
| Daniel A. Griffith | Po Box 8888 | Wilm Del 19899 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This 8th day of December, 2006

Joseph L. Curry

I/M: Joseph Curry BLDG. Medium-C-Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI# 223-705

1046 U.S. POSTAGE PB2
7939 $00.630 DEC
0526

U.S.M.S. X-RAY

Office of The Clerk RE: 04-175-KAJ
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801-3570