In The United States District Court

For The District Of Delaware

Joseph L. Curry
        PLAINTIFF

CiVil Action No. 04-175 KAJ

V.

Dover Police Dept K-9 Unit

Gregory Hopkins
        DEFENDANTS

FILED

DEC 1 2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

# Motion To Execute Subpeona

I Joseph L. Curry Respectfully Submits This Motion To The United States District Court, Respectfully Requesting For The Record: That Full Action By The Court And OR Authorised Assistance For The Court Executes A Subpeona For Doctor Charolette Sealig To Give Testimony At Trial For Civil Fed Case 04-175-KAJ Honorable Judge Kent A Jordan To Be Presiding. Reference of Joseph L. Curry Plaintiff PTSD : Gregory Hopkins AND ET. AL.

I The Plaintif Request For SAID Action of Executed Subpeona By The Court On The Following Grounds.
As Active Attorney Pro'Se Litigant On 8-25-06 I Have In Fact Exhausted Remedies Trying Not To Involve The Federal Courts In Need Of Assistance By The Means Of Executing A Full Drafted Subpeona With Full Guidlines, Instruction Drafted On Legal Federal Documents Purchased From Law Library That Recieves Documents From The Federal Government, That Subpeona Sent To Doctor Charolette Sealig The US District Court And Daniela Griffith Intailed Specific Directions Requesting Return Of Reciept of Federal Subpeona By Doctor Charolette Sealig.
There Has Been Absolutley No Cooperation In Any Way At All There Still To Date 12-8-06 Is No Reply Of Any Method At All.

My Brief Limited Investigation Led Me To The Information I Will Brief The Court Honorable Judge Kent A Jordan And All Parties As Well As MR Daniel A Griffiths Request of Information Regaurding This Same Topic He Inquired About To Me On 11-8-06

## "NEWLY Discovered Information"

IT is My Understanding That The Delaware Psychiatric Center's Rule's, Procedures, Primairily The Hospitals Policy Itself

Continued To Pg #2

Pg#2  CONTINUED: Motion To Execute Subpeons

→ The Hospitals policy Itself is The Burden itself To Be The Slight technicality That Displays a Strict position for The Director Mrs Martha Boston to Swiftly Uphold and Enforce to all Employees.

## "Policy of Employment States":

Once Any patient is Discharged, No Contact is permitted nor Can Be intentionally Engaged from a Doctor to a patient once The patient is not Housed at The facility of D.P.C.
    If policy is Violated By Doctors or Staff Immediate protocall to Be terminated fully Relieved of Job function is Highly probable.

There are many more Stipulations That Block Retrieving information from D.P.C. State Hospital. It is My Responsability To Uphold My position in This federal Case 04-175-KAJ

## "SOLUTION" CLAUSE

To Respectfully Take into Consideration of DPC policy and all parties involved It is of full Recieved intelligence; To Avoid Violation of Said policy is By Activating a Clause of The Contract of Employee Agreement.

CONTINUED ON Pg#3

CONTINUED Pg #3 "Motion To Execute Subpeona"

That Clause is Being Subpeoned By a Active Judge from any Court of its Jurisdiction That holds its power up to Date.

Even Though I JOSEPH L. CURRY was fully Authorised By a federal Judge on 8-18-06 to Exercise my power as pro'se Litigant Actively Execute a Subpeona for Doctor Charolette Sealig and Did Execute Subpeona on 8-25-06 my Authority is not Recognised By policy

SOLUTION

(However, Once The Clause is Activated I may proceed at That time once The Subpeona is Executed Under Clause of Contract Through The United States federal Court.) Perhaps a Review of policy May Be Considered to Recognise pro'se litigants after Enlightment is Shed to Be open to Digest Human Rights To Exercise The United States Constitution. Consequences of not adhering To federal Law Can not Be Ignored or amended for Self Motivating policies.

Joseph L Curry

JOSEPH L. CURRY    12-8-06
PRO'SE LITIGANT

→ Motion The Court To Subpeona Doctor Charolette Sealig

C.C. Director Martha Boston DPC.     Mrs - Scotty COBB
       Active Social worker DPC
Doctor Charolette Sealig DPC    Daniel A Griffith ESQ

## CERTIFICATE OF SERVICE

I, Joseph L Curry, hereby certify that I have served a true and correct copy of the attached MOTION TO EXECUTE SUBPEONA upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|------|--------|----------------|
| DIRECTOR Martha Booton | JANE E mitchle BLDG | 1901 N DUPONT HWY |
| US DISTRICT COURT | 844 N KiNG STReeT | WiLM DeL 19801 |
| DANiel A GRiFFiTh | PO BOX 8888 | WiLM DeL 19899 |
| DOCTOR ChARELETe SeAliG – D.P.C. | JANe E mitchel BLDG | 1901 N DuPONT HWY |
| mrs SCOTT COBB – D.P.C. | JANe E mitchel BLDG | 1901 N DuPONT HWY |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This 8th day of December, 2006.

Joseph L Curry

IM: Joseph L. Curry  BLDG. Medium Ctr<er

SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

SBI # 223-65

Office Of The Clerk  RE: 04-175-KAJ

United States District Court
844 N. King Street, Lock Box 18
Wilmington Delaware
19801-3570

USMS



*
1506
7989
0528

US POSTAGE   PB 22:
$00.630
$00.630     DEC