IN THE UNITED STATES DISTRICT COURT

FOR THE THE DISTRICT OF DELEWARE

JOSEPH LAWRENCE CURRY

    PLAINTIFF

(V)

DOVER POLICE DEPT K-9 UNIT    FEDERAL CASE 04-175-MPT
GREGORY HOPKINS:

    DEFENDANTS



MOTION TO APPOINT COUNNCIL

I THE PLAINTIFF RESPECTFULLY SUBMITTS THIS MOTION FOR THE BEST INTEREST OF THE COURT, MYSELF HUMANITY:CONSTITUTIONALLY:DEPREMENT ---ALLY MENTAL HEALTH PREVENTION AND ALL PARTIES INVOLVED IN CIV FEDERAL CASE 04-175-KAJ --NOW PRECIEDED BY 04175 --MPT*****

I THE PLAINTIFF, BEING FIRST DULLY SWORN DEPOSES AND SAYS THE FOREGOING STATEMENTS IS ATRUE AND EXAACT OBSERVATION OF ITS ENTIRE CONTENTS TO THE VERRY BEST OF MY KNOWLEDGE I DO SOLEMLY SWARE!!!!!!

this case has been through many difficult procedures for which judge KAG HAS STATED MANY TIMES THAT AS LONG AS THIS CASE MOVES FORWARD COMPRNTENTLY THE PLAINTIFF SHALL PRESENT HIS CASE WITH NO APPOINTMENT OF COU NCIL (HOWEVER) IF THIS CASE BECOMES COMPLEX TO WHERE THE PLAINTIFF CAN NOT EXERCISE HIS RIGHTS PROPERLY:FULLY THEN ONLLY AT THAT TIME WILL THE CONCIDERATION FOR APPOINTMENT OF COUNCIL WILL BE ADDRESSED AT THAT TIME ..TELECONFERENCE OF 8 -18 06 DID INFACT STRESS THE NEED FOR APPOINTMENT OF COUNCEL FOR WHICH ASSISTANCE IS OF GREAT NEED TO MOVE THIS CASE TO TRIAL WITH NO FURTHER DELAY DUE TO THE COMPLEXITY OF NUMEROUS FACTORS SUBPEONAS DELEWARE STATE HOSPITALS DOCTORS POLICY RULES AND PROCEDURES REQUIREMENT OF LISCENCED ATTORNEY AT LAW. ALSO SINCE THE PLAINTIFF WAS THE PATIENT THE VIOLATION COMES IN TO PLAY... I THE PLAINTIFF SWARES UNDER OATH IAM AT AMENTAL STATE OF DISTRESS FOR WHICH MY INCOMPETANCE IS BEING TESTED DUE TO MANY FORMS OF ISSUES THAT ARE RELLEVENT TOTHIS CASE ::I THEPLAINTIFF PRAY FOR AND ASK THE COURT TO APPOINT COUNCIL FOR THE THE PLAINTIFF ONTHIS DAY 12 28- 06

## CERTIFICATE OF SERVICE

I, <u>Joseph L. Curry</u>, hereby certify that I have served a true and correct copy of the attached <u>Motion To Appoint Council</u> upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| IN REF TO-04-175-MPT. | | |
| CLERK OF THE COURT | 844 N King ST | Wilm Del-19801 |
| Daniel A Griffith | P.O. Box 8888 ~~1220 N Market~~ | Wilm-Del 19899 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This <u>28th</u> day of <u>December, 2006</u>

<u>Joseph L. Curry</u>

*/s/ Joseph L. Curry*



I/M: Joseph L. Curri  BLDG: Med D-Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI# 223-705

To: Clerk of the Court
In Ref. To: 04-175-MPT.
United States District Court
844 North King Street
Lock Box 18 Wilmington
Delaware 19801-3570