# In "The United States District Court For The District of Delaware"

| | |
|---|---|
| Joseph Lawrence Curry<br>PLAINTIFF<br><br>V.<br><br>Dover Police Dept. K-9 Unit<br>Gregory Hopkins<br>DEFENDANTS | Civil Action No.<br><br>04-175-(M.P.T.)<br><br>FILED<br>JAN - 3 2007<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE<br>BD scanned |

## "Status Report"

Pursuent to the order of 12-18-06 that says a Status Report is to be generated to provide Honorable Judge Mary Pat Thynge with the Status of US District Civil Court Case 04-175-KAJ for which is at this time 04-175 M.P.T., I The Plaintiff Pro'se Joseph L. Curry respectfully submits a reply to said Court order!, I The Plaintiff however is denied of resources that permit me to electronically file this Status Report. Never the Less Your Honor I will provide this Status Report promptly to the best of my conditions will allow for which papper and pen is all I can produce; This method with US Mail, Court Appearences, and Teleconferences was acepted for almost 3 yrs with The Court and Honorable KAJ. I do hope that this method will suffice to be recognised for Honorable (MPT). I did attempt to type which is limited

### "Status of Case"

1. The Status of Case is at the stages of pending motions and Replys of Previous Court Orders of KAJ Now Directed to 04-175-MPT

## OUTSTANDING MOTIONS

1 A ,PENDING MOTION TITLED ::RETURN OF DIRECTIVES PURSUENT OF 8-18-06 court order . motion filed n on 12-8 06    B:" pending motion titled MOTION TO EXECUTE SUBPEONA  also filed on 12-8-06   C... NEW MOTION FILED ON !@ 12-28 06  titled motion to appoint councel per o4-175-kaj----MPT

-----------------------------------------------------------------

### 2  STATUS OF DISCOVERY

the last pretrial conference that took place in the court room of KAJ federal court required all parties presence to discuss final discovery was on october 31st 2005 the issues of discovery was on discussion ofwhat was going to be entered ;; what was going to be ekceptable and what was not . THE FOLLOWING WAS!!!! A(VIDEO (B) MEDICAL RECORDS ER) (INFERMERY (C) PICTURES ) OF ALL INJURIES ) (D )DOVER POLICE D.E.P.T ENTIRE POLICY:"SIGNED CONTRACT OF EMPLOYMENT AS SWORN TO PROTECT AND SERVE UNDER SAID POLICY TOADHERE TO ALL RULES OF THE POLICY SWIFTLY TO ACT IN FULL COMPASITY OF EVERY REGULATION IN THE DOVER POLICE POLICY (E) PREVIOUS LAW SUITS LODGED AGAINST OFFICER GREGORY HOPKINS THAT ALLEDGES THE SAME VIOLATIONS OF POLICE BRUTALITY AND EXCESSIVE FORCE THAT IS ALSO DIRECTLY A LARGE DISTRUTIVE PATTERN STILL EXISTING IN CIV FED CASE 0-4 175 MPT SHOWN IN KAJ AS WELL (F) INTERROGATORIES )

(G) a dispute was settled by honorable judje kaj which was about the video tape being cut on and off and the defense trying to enter plaintiffs crimnal history honorable judge KAJ RULED THAT THE DEFENSE WILL HAVE THE RESPONSIBILITY TOEXPLAIN WHY THE SOUND IS SHUT OFFAND THE VIDEO IS CUT UP AT TRIAL . SECONDAIRLY IT IS RULED THE PLAINTIFES CRIMINAL HISTORY IS NOT RELEVENT THIS IS ACIVIL CASE NOT ACRIMINAL CASE MR CURRY HAS ALREADY BEEN TRIED IN ACRIMINAL PROCEDURE

(H) INTERNAL AFFAIRS REPORT OF PLAINTIFF AND DEFENDENT WORKED TOGETHER AT SAME JOB THE PLAINTIFF WAS HIS CO WORKER AND THE OFFICERS SUPERVISOR .
I ).. MANY EXHIBITS TO BE ENTERED INTO EVIDENCE PENDWING AT THIS TIME.
(J) THE ENDING OF THE LAST DISCUSSION OF DISCOVERY ON OCTOBER 31st 2005 led to acourt order of a stay of civ fed case o4 -175- kaj pending the out come of a delaware state hospital eval from declining mental health issues  ₵ (K) IT HAS BEEN LATER DISCOVERED BY HIGHLY TRAINED?! DOCTORS asecond element steming from police brutality excessive force is to be held responsible for the life long term illness of post tramatic --stress disorder psyco theropy is one method to allow parcial functioning acupuncture,,acoutheropy;and many more methods must be aplied for life... on 12-7-05 aletterof plaintiffs condition was recordedon to the USDISDRICT COURTS RECORD 04-175-KAJ

CONTINUED

04-175-MPT

THE PLAINTIFFS DISCHARGE FROM THE STATE HOSPITAL WAS ON 3-13 -06 .civ fed case o4175-kaj recommenced proceedings.. on 8-18-06 KAJ allowed expert testimony to beherd of one DOCTOR CHAROLETTE SEALIG at trial ..i the plain ---tiff was directed to subpeona on 8-25-06 and ET.AL and re entered subpeona on 12-8-06 to court and et.al all difficulties are noted in all motions that are pending thatwas previously stated in this dockument ..,,lettered aa a) B )C )PENDING MOTIONS MPT

#3    scheduling order of pretrial and trial dates on the 8-18-06 second amended scheduling order states the following dates 1-22-07 4;30 pm in chambers court order all parties to be present pretrial orders of 8-18 --06 due on 12-006 plaintiff propounded order on 12-8-06

ADR        #$

#4

ALTERNITIVE DISPUTE RESELUTION
TO MY KNOWLEDGE THE DEFENDANTS POSITIONS TOWARDS ANY MEANS OF ARBITION MEDIATION AND OR ANY MEANS OF RESOLUTION OF SETTLEMENT IS THE SAME POSITI
ION GIVEN TO HONORABLE JUDGE MARY PAT THYNGE ON
ADR    TELECONFERENCE OF 11-19=04

------------------------------------------------------------

this concludes my obligation of pr-pairing
status report for civ fed case 04-175-MPT
RESPECTFULLY SUBMITTED TOTHE VERRY BEST OF
MY KNOWLEDGE

*[signature]*

12-28-06

## CERTIFICATE OF SERVICE

I, **Joseph L. Curry**, hereby certify that I have served a true and correct copy of the attached **"Status Report"** upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| IN REF TO: 04-175-MPT | | |
| Clerk of The Court | 844 N. King | Wilm Del 19801 |
| Daniel A. Griffith | 1220 Market St. PO Box 6888 | Wilm Del 19899 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This **28th** day of **December, 2006**

Joseph L. Curry

[signature]

I/M: Joseph L. Curry  BLDG. Med-D-Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI# 223-705



To: The Clerk of The Court
Ref: 04-175-M.P.T.
United States District Court
844 North King Street
LockBox 18. Wilmington Delaware
19801-3570

```
1266 U.S. POSTAGE  PB 2230370
7939  $00.87  DEC 29 06
7286            19947
```