## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-175-*** (MPT) |
| | : |
| DOVER POLICE DEPARTMENT and GREGORY HOPKINS, | : |
| | : |
| Defendants. | : |

### ORDER

At Wilmington, Delaware, this **16th** day of **January, 2007.**

IT IS ORDERED that the status teleconference with Judge Thynge originally scheduled for Tuesday, January 16, 2007 at 2:00 p.m. has been rescheduled to **Thursday, February 22, 2007 at 3:30 p.m. Counsel for defendant shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE