IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-175-*** |
| | : |
| DOVER POLICE DEPARTMENT and GREGORY HOPKINS, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **22nd** day of **February, 2007.**

IT IS ORDERED that a status teleconference with Judge Thynge has been scheduled for **Thursday, March 8, 2007 at 9:45 a.m.  Daniel A. Griffith, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE