IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY,<br><br>        Plaintiff,<br><br>v.<br><br>DOVER POLICE DEPARTMENT and<br>GREGORY HOPKINS,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:   Civil Action No. 04-175-***<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington, this **7th** day of **March, 2007**.

A teleconference was held in this matter with plaintiff and counsel for defendant participating. As a result of that teleconference,

IT IS ORDERED that a status teleconference is scheduled for **September 11, 2007 at 9:30 a.m.** to be initiated by defense counsel.

                                /s/ Mary Pat Thynge
                                UNITED STATES MAGISTRATE JUDGE