To: The Clerk of The Court

Please provide me with 2 copies
2, Sets of copies please of
The Docket Sheet full Docket

for

| Joseph L. Curry PLAINTIFF | civ. FED CASE (JJF) 04-175-*** |
|---|---|
| v | |
| Dover Police Dept AND Gregory Hopkins DEFENDANTS | |

for me Joseph L. Curry

*Joseph L. Curry*
Sussex Correctional Institution
Bldg Merit West
P.O. Box 500
Georgetown Delaware
19947

Enclosed is $5.00

FILED
APR - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
Receipt #147101

I/M: Joseph L. Gary   BLDG: Merit West
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI# 223-705

Office Of The Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware
19801-3570