# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

April 26, 2007

Mr. Joseph Lawrence Curry
SBI #223-705
P.O. Box 500
Georgetown, DE 19947

Mr. Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899

      RE:    <u>Curry v. Gregory Hopkins</u>,
                C.A. No. 04-175-JJF

Dear Mr. Curry and Mr. Griffith:

      I have reviewed the docket in the above case and the transcript of the status conference held with Magistrate Judge Thynge on March 8, 2007. I anticipate scheduling a trial in the fall of 2007. In that regard, I have requested the Court's Federal Civil Panel to review the case and determine if an attorney is willing to accept an appointment to represent Mr. Curry. After a response from the Panel is received, I will address the Defendant's pending application for a jury trial.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:srs

cc:    Clerk, United States District Court