IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-175-JJF |
| | : |
| Officer Gregory Hopkins, | : |
| | : |
| Defendant. | : |

**ORDER REQUESTING REPRESENTATION FOR PLAINTIFF**

WHEREAS, on January 3, 2007, Plaintiff filed a Motion To Appoint Counsel (D.I. 115);

WHEREAS, the Court concludes that Plaintiff's case has some arguable merit in fact and law, that Plaintiff's ability to represent himself is substantially impaired by his incarceration and mental health concerns, that Plaintiff cannot afford counsel, and that the issues in this case are complex as the case approaches trial;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Plaintiff's Motion To Appoint Counsel (D.I. 115) is **GRANTED**;

2) The Clerk of Court shall present this Request for Representation to the Federal Civil Panel to determine if an attorney is available to represent Plaintiff;

3) The Standing Order of the Court regarding the establishment of the Federal Civil Panel and the provisions of said Order are incorporated herein by reference.

April 26, 2007

_____
UNITED STATES DISTRICT JUDGE