5-10-07

"In The United States District Court
for The District of Delaware"

| | |
|---|---|
| Joseph L. Curry<br>v.<br>Dover Police Dept<br>and K-9 Unit Gregory Hopkins | Civ-Fed Case 04-175-J.J.F. |

To: The Clerk of The Court
RE: Docket Sheet
From: Joseph L. Curry

Sir,
I The plaintiff Mr Curry Respectfully Request That a Docket Sheet is Sent to me I have inclosed The propper monies owed for said Request. "Thank you"!

Joseph L. Curry



I/M: Joseph L Curry  BLDG: MeRit  west
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI# 00370S

Office of The Clerk
United States District Court
844 N. Piney Street Lock Box 18
Wilmington, Delaware 19801-3570

U.S. POSTAGE PB 2230370
$00.390  MAY 08 07
19947

U.S.M. X-RAY