OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

May 9, 2007

TO:  Joseph Lawrence Curry
     SBI #223-705
     Sussex Correctional Institution
     P.O. Box 500
     Georgetown, DE 19947

   **RE:  *Request for Copywork;* 04-175(JJF)**

Dear Mr. Curry:

   A letter has been received by the Clerk's office from you requesting a copy of the docket sheet. Enclosed please find the receipt for copywork and the docket sheet.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                   Sincerely,

/ead                               PETER T. DALLEO
                                   CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
enc: Docket Sheet