IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  04-175 JJF |
| | ) |
| K-9 POLICE OFFICER GREGORY HOPKINS, | ) |
| | ) |
| Defendant. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Brian R. Lemon, Esquire, and Scott E. Swenson, Esquire, have agreed to represent plaintiff Joseph Lawrence Curry as counsel of record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

DATE: June 14, 2007

_____
United States District Judge