IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH LAWRENCE CURRY, )
        PLAINTIFF, )
)
v. ) CIVIL ACTION NO. 04-175-JJF
)
DOVER POLICE DEPARTMENT, AND )
K-9 OFFICER GREGORY HOPKINS )
)

TO: THE CLERK OF THE COURT

RE: DOCKET SHEET

FROM: JOSEPH LAWRENCE CURRY.



FILED
JUL 1 9 2007
U.S. DISTRICT COURT
DISTRICT ~ ~WARE

BD scanned

Receipt # 148243

Dear sir and/or MA"AM I respectfully request that a docket sheet with all entries up to the day this request is processed, be sent to me at the sussex correctional institution. inclosed is the propper amount to process said request.

THANK YOU FOR YOUR TIME.

JOSEPH LAWRENCE CURRY

*(signature)*

7-1-07

I/M: Joseph L. Curry   BLDG: Merit West
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI# 223-205

Office of The Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801