OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 19, 2007

TO:   Joseph L. Curry
      SBI# 223705
      SCI
      P.O. Box 500
      Georgetown, DE 19947

   **RE:   *Request for Docket Sheet;* 04-175(JJF)**

Dear Mr. Curry:

   A letter has been received by the Clerk's Office from you requesting a copy of the docket sheet. Enclosed please find your receipt and the docket sheet for the above-mentioned case.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                         Sincerely,

/ead                                     PETER T. DALLEO
                                         CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
enc: Docket Sheet