IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-175-JJF |
| Officer Gregory Hopkins, | : |
| Defendant. | : |

### ORDER

WHEREAS, on June 14, 2007, the Court issued an Order recognizing representation for Plaintiff acquired through the Federal Civil Panel as a result of the Court's April 26, 2007 grant of Plaintiff's request for appointment of counsel (D.I. 130);

WHEREAS, while still a *pro se* litigant, Plaintiff filed a Motion For Sanctions (D.I 79) and a Motion To Execute Subpoena (D.I. 112);

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion For Sanctions (D.I. 79) and Motion To Execute Subpoena (D.I. 112) are **DENIED** with leave to renew.

August 15, 2007

_____
UNITED STATES DISTRICT JUDGE