IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH LAWRENCE CURRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-175-JJF |
| | ) | |
| GREGORY HOPKINS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF MOTION:
PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER FOR LEAVE TO
CONDUCT CERTAIN DISCOVERY

Pursuant to the Procedure for Filing Non-Case-Dispositive Motions, Plaintiff hereby notices its Motion for Leave to Conduct Certain Discovery (D.I. 134), for September 21, 2007, at 10:00 a.m.

1

| Date: August 20, 2007 | Respectfully submitted,<br><br>**CONNOLLY BOVE LODGE & HUTZ LLP**<br><br>*/s/ Brian R. Lemon*<br>Brian R. Lemon (#4730)<br>Scott E. Swenson (#4766)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899-2207<br>Telephone: 302-888-6319<br>Facsimile: 302-658-5614<br>blemon@cblh.com |
|---|---|

## CERTIFICATE OF SERVICE

I, Brian R. Lemon, Esq., hereby certify that on August 20, 2007, copies of the foregoing NOTICE OF MOTION: PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER FOR LEAVE TO CONDUCT CERTAIN DISCOVERY were caused to be served upon the following:

### BY HAND DELIVERY AND FACSIMILE

    Daniel Griffith, Esquire
    Marshall, Dennehey, Warner, Coleman & Goggin
    1220 N. Market Street, 5th Floor
    P.O. Box 8888
    Wilmington, DE 19899

    /s/ Brian R. Lemon
    Brian R. Lemon (# 4730)