# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, : | |
| : | C.A. No. 04-175 (JJF) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| GREGORY HOPKINS, : | |
| : | |
| Defendant. : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance, John A. Macconi, Jr., Esquire, of the Firm of Marshall Dennehey Warner Coleman & Goggin, on behalf of Defendant, Gregory Hopkins in addition to the appearance previously entered by Daniel A. Griffith, Esquire, of the same Firm.

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

/s/ *Daniel A. Griffith*
Daniel A. Griffith, Esquire
(I.D. No. 4209)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
Tel.: 302.552.4317
Fax.: 302.651.7905
e-mail: dgriffith@mdwcg.com
*Counsel for Defendant*

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

/s/ *John A. Macconi, Jr.*
John A. Macconi, Jr., Esquire
(I.D. No. 4430)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 - 8888
Tel.: 302.552.4377
Fax.: 302.651.7905
e-mail: jamacconi@mdwcg.com
*Counsel for Defendant*

Dated: September 18, 2007

15/531685.v1