IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH LAWRENCE CURRY, | : | |
| | : | C.A. No. 04-175 (JJF) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GREGORY HOPKINS, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, John A. Macconi, Jr., Esquire, hereby certifies that on September 18, 2007, caused a true and correct copy of the attached Entry of Appearance on behalf of Defendant, Gregory Hopkins, to be served upon the following in the manner set forth below:

**CONNOLLY BOVE LODGE & HUTZ LLP**
Brian R. Lemon, Esquire
Scott E. Swenson, Esquire
The Nemours Building
1007 North Orange Street
PO Box 2207
Wilmington, DE  19899-2207
*Attorney for Plaintiff*

*via e-file and mail*

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

<u>/s/ *John A. Macconi, Jr.*</u>
John A. Macconi, Jr., Esquire
(DE ID No. 4430)
Daniel A. Griffith, Esquire
(DE ID No. 4209)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 - 8888
Tel.: 302.552.4300
Fax.: 302.651.7905
e-mail: jamacconi@mdwcg.com
e-mail: dgriffith@mdwcg.com
*Counsel for Defendant*

15/531692.v1