**EXHIBIT "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH LAWRENCE CURRY,          :
                                :
        Plaintiff,              :
                                :
    v.                          : Civil Action No. 04-175-JJF
                                :
Officer Gregory Hopkins,        :
                                :
        Defendant.              :

### ORDER REQUESTING REPRESENTATION FOR PLAINTIFF

WHEREAS, on January 3, 2007, Plaintiff filed a Motion To Appoint Counsel (D.I. 115);

WHEREAS, the Court concludes that Plaintiff's case has some arguable merit in fact and law, that Plaintiff's ability to represent himself is substantially impaired by his incarceration and mental health concerns, that Plaintiff cannot afford counsel, and that the issues in this case are complex as the case approaches trial;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1)   Plaintiff's Motion To Appoint Counsel (D.I. 115) is **GRANTED**;

2)   The Clerk of Court shall present this Request for Representation to the Federal Civil Panel to determine if an attorney is available to represent Plaintiff;

3)   The Standing Order of the Court regarding the establishment of the Federal Civil Panel and the provisions of said Order are incorporated herein by reference.

April 26, 2007                          _____
                                        UNITED STATES DISTRICT JUDGE

case materials. Because he has demonstrated adequate ability and access to resources in representing himself, requesting counsel for him would not be appropriate.

For the reasons set forth,

IT IS HEREBY ORDERED that Plaintiff's Motion for Request of Counsel[1] (D.I. 11) is DENIED.

_____
UNITED STATES DISTRICT JUDGE

September 14, 2005
Wilmington, Delaware

---

[1] Docket item 53, although docketed as a separate motion, is considered as related to the Motion (D.I. 11) and is disposed of with this decision.

4