**EXHIBIT "B"**

# ALCOHOL INFLUENCE INITIAL REPORT

| 1. ARREST NO. | 2. REPORT DATE | 3. DEPARTMENT | PAGE | 4. COMPLAINT NO. |
|---|---|---|---|---|
| 49021 | 1-13-04 | Dover P.D. | 1 OF 2 | 50-04-1042 |

| 5. NAME (LAST, FIRST, MIDDLE) | 6. D.O.B. | 7. RESID PHONE | 8. BUS PHONE |
|---|---|---|---|
| Curry, Joseph L. | 7-06-70 | unk | 410-620-338_ |

| 9. ADDRESS | 10. EMPLOYER/SCHOOL |
|---|---|
| 3460 Kenton Rd. Dover, De 19904 | Wilkinson Roofing |

| 11. LOCATION OF INCIDENT | 12. (ADDRESS) |
|---|---|
| Kenton Rd. N/O College Rd. | Hockessen, De |

| 13. OFFENSE OCCURRED | DAY | DATE | TIME | 14. ARREST OCCURRED | DAY | DATE | TIME |
|---|---|---|---|---|---|---|---|
| | Tu | 1-13-04 | 0140 | | We | 3-03-04 | 1400 |

| 15. DRIVING UNDER THE INFLUENCE (TITLE & SECTION #) | INVOLVEMENT | 16. BAC RESULT | 17. SECTOR | 18. TOWED BY: |
|---|---|---|---|---|
| T-21 /S-4177a | ☒ ALCOHOL ☐ DRUGS | .14 % | 870 | Biddle's Towing |

| 19. SUSP VEH STATE & REG # | 20. YEAR | MAKE | MODEL | BODY | COLOR(S) | 21. VEHICLE TOWED | 22. TOWED TO: |
|---|---|---|---|---|---|---|---|
| De 260812 | 1996 | Chevrolet | Cavalier | 4D | white | ☒ YES ☐ NO | Biddle's Towing |

## I. VEHICLE IN MOTION

**23. INITIAL OBSERVATIONS:** W-1 and W-2 attempted to stop the Def after he committed a strong arm robbery at Dover Downs. The Def fled N/B on Kenton Rd. traveling approximately 80-100 mph. W-1 and W-2 then stated the Def did not stop for the red light in Kenton. W-1 and W-2 further stated that the Def lost control of his vehicle by spinning out approximately 1 mile west of Kenton. W-1 and W-2 advised that the Def then rammed (struck) W-1's police vehicle at which time he (Def) put his car in reverse and drove backwards for approximately 3-4 miles. W-1 and W-2 then advised that when the Def reached Millington Rd. he put his vehicle in Drive and fled to Cheswold where he wreck

**24. OBSERVATION OF STOP:** Subject lost control of the vehicle and struck a parked car.

## II. PERSONAL CONTACT

**25. OBSERVATION OF DRIVER:** The Def was injured as a result of his apprehension.

**26. STATEMENTS MADE:**

**27.** ☐ ALPHABET: ☐ STATED CORRECTLY (☐ SLOW ☐ FAST) ☐ MISSED LETTER(S) ☐ TRANSPOSED LETTER(S) ☒ NOT GIVEN    COMMENTS:

**28.** ☐ COUNTING: ☒ NOT GIVEN    DESCRIBE / EXPLAIN:

**29. OTHER DESCRIBE:** There was 4 empty Coors Light bottles in the floor boards of the Def's vehicle.

**31. OTHER DESCRIBE:**

**30. OTHER DESCRIBE:** There were approximately 8 full Coors Light bottles in the trunk of the Def's vehicle.

**32. OBSERVATION OF EXIT:** Subject ran from the vehicle.

| 33. REPORTING OFFICER | NO. | DIV. | 34. STATUS | 35. SUPERVISOR APPROVING |
|---|---|---|---|---|
| Pfc. Sherwood | 78585 | P | ☒ ARREST/ADULT ☐ PEND/ACTIVE ☐ ARREST/JUV. | JL |

## III. PRE-ARREST SCREENING
### 36. HORIZONTAL GAZE NYSTAGMUS

NOTE: SUSPECT WEARING CONTACTS? ☐ YES ☐ NO  ☐ HARD ☐ SOFT

|  | LEFT | RIGHT |
|---|---|---|
| ★ EYE DOES NOT PURSUE SMOOTHLY | | |
| ★ DISTINCT NYSTAGMUS AT MAXIMUM DEVIATION | | |
| ★ NYSTAGMUS ONSET BEFORE 45 DEGREES | | |
| TOTAL CLUES | | |

OTHER: Not Given

37. LOCATION OF PERFORMANCE TEST: N/A

38. ☐ LIT ☐ UNLIT  SURFACE TYPE: N/A

39. EYES: ☒ WATERY ☒ BLOOD SHOT ☐ GLASSY ☐ NORMAL ☐ DILATED ☐ CONSTRICTED · COLOR OF EYES: ☐ BLUE ☐ GREEN ☐ HAZEL ☐ BROWN
COMMENTS:

40. CLOTHING: ☐ ORDERLY ☐ DISARRANGED ☒ SOILED ☒ TORN ☐ OTHER
DESCRIBE CLOTHING:

41. BREATH: ODOR OF ALCOHOLIC BEVERAGE: ☒ STRONG ☐ MODERATE ☐ FAINT ☐ NONE
EXPLAIN DISTANCE AND ENVIRONMENT — DISTANCE FROM SUSPECT 4 FEET ☒ INSIDE ☐ OUTSIDE  COMMENTS:

42. COLOR OF FACE: ☐ PALE ☒ FLUSHED ☐ NORMAL ☐ OTHER
COMPLEXION: Medium  COMMENTS:

ATTITUDE: ☐ EXCITED ☐ HILARIOUS ☐ TALKATIVE ☐ CAREFREE
☐ SLEEPY ☐ PROFANITY ☒ COMBATIVE ☐ INDIFFERENT
☒ INSULTING ☐ COCKY ☐ COOPERATIVE ☐ POLITE
COMMENTS:

43. UNUSUAL ACTIONS: ☐ HICCUPING ☐ BELCHING ☐ VOMITING
☐ FIGHTING ☐ CRYING ☐ LAUGHING ☒ NONE
COMMENTS:

44. SPEECH: ☐ NOT UNDERSTANDABLE ☐ MUMBLED ☐ SLURRED
☐ CONFUSED ☐ STUTTERED ☒ FAIR ☐ GOOD ☐ ACCENT / DESCRIBE:
COMMENTS:

## IV. WALK AND TURN
### 45. INSTRUCTIONS STAGE

CANNOT KEEP BALANCE [   ]
STARTS TOO SOON [   ]
INTERSECTION:
☐ SHADED  ☐ UNSHADED

NYSTAGMUS grid (0–8 × 0–6)

46. WALKING STAGE

|  | FIRST NINE STEPS | SECOND NINE STEPS |
|---|---|---|
| STOPS WALKING | | |
| MISSES HEEL - TOE | | |
| STEPS OFF LINE | | |
| RAISES ARMS | | |
| ACTUAL STEPS TAKEN | | |

FIRST NINE STEPS:

THE TURN (DESCRIBE):

SECOND NINE STEPS:

CANNOT DO TEST (EXPLAIN): Subject was injured from being apprehended by police K-9.
OTHER:

## V. ONE LEG STAND

| TOTAL CLUES | | 0 TO 10 SEC'S | 11 TO 20 SEC'S | 21 TO 30 SEC'S |
|---|---|---|---|---|
| | SWAYS | | | |
| | RAISES ARMS | | | |
| | HOPS | | | |
| | FOOT DOWN | | | |

47. ☐ DESCRIBE ☒ CANNOT DO TEST / EXPLAIN: Subject was injured from being apprehended by police K-9

48. KEYS: ☐ UNABLE ☐ FUMBLING ☐ SLOW ☐ COMPLETED ☒ NOT GIVEN
COMMENTS:

49. FINGER TO NOSE: ☐ RIGHT ☐ COMPLETELY MISSED ☐ HESITANT ☐ COMPLETED
☒ NOT GIVEN  ☐ LEFT ☐ COMPLETELY MISSED ☐ HESITANT ☐ COMPLETED
THUMB (1)  INDEX (2)  MIDDLE (3)  RING (4)  LITTLE (5)
COMMENTS:

50. PBT ☒ NOT GIVEN   ☐ PASS  ☐ FAIL

---

51. CHEMICAL TEST DATA

52. TEST TYPE: ☐ INTOXILIZER ☒ BLOOD ☐ URINE  53. SAMPLE / INSTRUMENT / TEST NUMBER: R-0752   54. RESULT: .14 %
55. UNUSUAL CIRCUMSTANCES: ☐ NONE ☐ SEE COMMENTS BELOW  56. OPERATOR'S SIGNATURE:
57. IMPLIED CONSENT USED: ☐ YES ☒ NO    58. DENTURES: ☐ YES ☒ NO    59. STANDARD OPERATING PROCEDURE USED: ☒ YES ☐ NO

60. OFFICERS COMMENTS:

61. NECESSARY WITNESSES: Pfc. Hopkins 400 S. Queen St Dover De 19904
Pfc. Taylor  400 S. Queen St. Dover De 19904

63. TIME VEHICLE OBSERVED: 0135
64. TIME OF APPREHENSION: 0150
65. 20 MIN. OBSERVATION STARTS: N/A
66. TIME TEST WAS GIVEN: 0220
67. TIME OF ARREST: 0150

62. ☐ NO WITNESSES ☐ WITNESS SHEET COMPLETED & T.O.T. COURT #_____ ON ___(DATE)___ / / ☐ SEE ATTACHED WITNESS SHEET

# ALCOHOL INFLUENCE INITIAL REPORT CONTINUATION SHEET

| Reporting Officer | Department | Page | Complaint No. |
|---|---|---|---|
| PFC. Sherwood 78585 | Dover P.D. | of | 50-04-1042 |

**68. INTERVIEW**  **69. TIME MIRANDA WARNING GIVEN** _____ HRS.

Check (✓) Mark
- ___ 1. YOU HAVE THE RIGHT TO REMAIN SILENT.
- ___ 2. ANYTHING YOU SAY CAN AND WILL BE USED AGAINST YOU IN A COURT OF LAW.
- ___ 3. YOU HAVE THE RIGHT TO TALK TO A LAWYER AND HAVE HIM PRESENT WITH YOU WHILE YOU ARE BEING QUESTIONED.
- ___ 4. IF YOU CANNOT AFFORD TO HIRE A LAWYER, ONE WILL BE APPOINTED TO REPRESENT YOU BEFORE ANY QUESTIONING IF YOU WISH ONE.
- ___ 5. IF YOU DECIDE TO ANSWER ANY QUESTIONS, WITH OR WITHOUT AN ATTORNEY PRESENT, YOU MAY STOP AT ANY TIME DURING THE QUESTIONING.

**WAIVER:** (AFTER THE WARNING AND IN ORDER TO SECURE A WAIVER, THE FOLLOWING QUESTIONS SHOULD BE ASKED AND AN AFFIRMATIVE REPLY SECURED TO EACH QUESTION.)

ANSWER
- ___ 1. DO YOU UNDERSTAND EACH OF THESE RIGHTS I HAVE EXPLAINED TO YOU? _____
- ___ 2. HAVING THESE RIGHTS IN MIND, DO YOU WISH TO TALK TO US NOW? _____

70. TIME INTERVIEW BEGAN _____
71. WHAT IS YOUR NAME? _____
72. AGE _____
73. DOB _____ 74. TELEPHONE NO. _____
75. ADDRESS _____ 76. ZIP _____
77. EDUCATION _____ 78. WHAT IS THE DATE? _____
79. WHAT TIME IS IT NOW? _____ ☐ ESTIMATED ☐ LOOKED AT CLOCK
80. WHERE WERE YOU COMING FROM? _____ GOING TO _____
81. WHAT TIME DID YOU LEAVE? _____ 82. HAVE YOU BEEN DRINKING ALCOHOLIC BEVERAGES ☐ YES ☐ NO
83. WHAT? _____ 84. HOW MUCH? _____ 85. WHERE? _____
86. ANYWHERE ELSE? _____ 87. ARE YOU UNDER THE INFLUENCE? ☐ YES ☐ NO
88. HAS THE ALCOHOL RELAXED YOU? ☐ YES ☐ NO  89. WHEN DID YOU START DRINKING? _____ 90. WHAT TIME DID YOU STOP? _____
91. ARE YOU ILL? ☐ YES ☐ NO  92. IF SO, WHAT'S WRONG? ☐ SEE #116 ☐ N/A  93. HAVE YOU BEEN TO A DOCTOR RECENTLY? ☐ YES ☐ NO
94. WHO? _____ ☐ N/A  95. WHEN? _____ ☐ N/A  96. WHAT FOR? _____ ☐ SEE #116 ☐ N/A
97. TAKING MEDICATION? ☐ YES ☐ NO  98. LAST DOSE? _____ ☐ N/A  99. HAVE YOU BEEN INJURED LATELY? ☐ YES ☐ NO
100. DO YOU HAVE PHYSICAL DEFECTS? ☐ YES: SEE #116 ☐ NO  101. ARE YOU A DIABETIC? ☐ YES ☐ NO  102. ARE YOU TAKING INSULIN? ☐ YES ☐ NO  103. WHEN DID YOU LAST SLEEP? _____ 104. HOW MUCH DID YOU HAVE? _____
105. HOW MANY DRINKS CAN YOU DRINK AND STILL DRIVE SAFELY? _____
106. SINCE YOU WERE STOPPED, HAVE YOU HAD ANYTHING TO EAT, DRINK, OR SMOKE? ☐ YES ☐ NO  IF YES, EXPLAIN (INCLUDE TIMES): _____

107. ADDITIONAL QUESTIONS: ☐ YES ☒ NO  / (IF YES, SEE CONTINUATION OF INTERVIEW FOR ADDITIONAL QUESTIONS.)

108. ACCIDENT:  ☐ N/A
109. WERE YOU IN AN ACCIDENT TODAY: _____ 110. WHO WAS DRIVING AT THE TIME OF THE ACCIDENT? _____
111. WHAT TIME? _____ 112. WERE YOU INJURED? _____
113. HAVE YOU TAKEN ANY MEDICATION SINCE? _____ 114. HAVE YOU HAD ANY ALCOHOLIC BEVERAGES TO DRINK SINCE? _____
115. ADDITIONAL QUESTIONS / ACCIDENT ☐ YES ☐ NO ☐ N/A  / (IF YES, SEE CONTINUATION OF INTERVIEW FOR ADDITIONAL QUESTIONS.)

116. CONTINUATION OF INTERVIEW / (CIRCLED NUMBERS IN THE ABOVE INTERVIEW INDICATE CONTINUATION OF ANSWERED QUESTIONS BELOW.)

_Refused_ (written diagonally across form)

117. TIME INTERVIEW ENDED _____

# ALCOHOL INFLUENCE INITIAL REPORT CONTINUATION SHEET

| Reporting Officer | Department | Page of | Complaint No. |
|---|---|---|---|
| | | | |

FORM #343-A (Revised 3-25-93)

Arrest Report No. **50-04-1042**

## DELAWARE STATE POLICE
## IMPLIED CONSENT AND PROBABLE CAUSE FORM

TO: MOTOR VEHICLE DIRECTOR
RE: **Curry, Joseph L.**   DOB **7-06-70**   SEX **M**
ADDRESS: **3460 Kenton Rd. Dover, De 19904**
RES. ADDRESS: _____
(If different from license address)

LICENSE TYPE: **Denied**   LIC.# **985670**   STATE: **De**   EXP. DATE **00/00**

STATE OF DELAWARE )
COUNTY OF **Kent** ) SS.

**Pfc. Brian Sherwood** being duly sworn, deposes and says:
That on **Tuesday**, **1-13-04**, **0135**, **1 Strimmel Dr. Cheswold, De**
        (day)       (date)      (time)   (location of arrest)

he arrested the above defendant on a charge of 4177 or a local ordinance substantially conforming thereto. The offense is alleged to have taken place on **Kenton Rd. N/O College Rd.**
                                  (location of offense)

[ ] IMPLIED CONSENT:
  1) That he had probable cause to believe that such defendant was in violation of Section 4177 or a local ordinance substantially conforming thereto.
  2) That he advised the defendant that his driving privilege would be revoked for refusal to submit to a chemical test.
  3) That the defendant refused to take the test and was arrested for 4177 or a local ordinance substantially conforming thereto, either before or after such refusal.

Type of test to which defendant refused to submit: _____

[X] PROBABLE CAUSE:
  1) That he had probable cause to believe that such defendant was in violation of Section 4177 or a local ordinance substantially conforming thereto.
  2) A chemical test was conducted.
  3) The defendant was arrested for 4177 or a local ordinance substantially conforming thereto, either before or after such test.

Time of Apprehension **0150** Hours   Time of Refusal **N/A** Hours

"I certify that the above is a true and accurate statement to the best of my knowledge and belief."

**Pfc. B. Sherwood**             **PFC**        **Dover P.D.**
Signature of Officer             Rank           Troop or Department
Approved **JL Litchfield**       **Sgt**        **Dover P.D.**
Signature of Traffic             Rank           ~~Troop~~ or Department
Lt. or Shift Cmdr.

FORM NO. 333 (Revised 1-21-85)

ARRESTING OFFICER WILL READ THE FOLLOWING TO THE DEFENDANT WHEN A CHEMICAL TEST IS SOUGHT UNDER SECTION 2740:

> I have probable cause to believe that you have violated Section 4177 of Title 21 or a local ordinance substantially conforming thereto, by driving, operating, or having actual physical control of a motor vehicle while under the influence of intoxicating beverages and/or drugs. I request that you submit to the taking of a sample of your breath for the purpose of making chemical tests to determine the content of alcohol in your blood.
>
> If you refuse to submit to the test, on behalf of the Secretary of Public Safety, I will serve you with notice of revocation that 15 days from this date your license and/or privilege to drive a motor vehicle within this State will be revoked for one year for first offense, 18 months for second offense, or two years for third or subsequent offense.

NOW, WILL YOU SUBMIT TO THE BREATH TEST? _____
_____
_____

1) What is your reason for refusing? _____
_____
_____
_____
_____

2) I, _____ have had the above paragraph read to me and I refuse to submit to the test.


_____
Driver's Signature


_____Pfc. D. Dunwood 78585_____
Officer's Signature

# DELAWARE STATE POLICE CRIME LABORATORY

## *BLOOD ALCOHOL REPORT AND CERTIFICATE OF ANALYSIS*

DELAWARE STATE POLICE CRIME LABORATORY
TOXICOLOGY SECTION
P.O. BOX 430
DOVER, DE 19903
PHONE: (302)739-5975
FAX: (302)739-4752

Subject:

**CURRY, JOSEPH**

The blood sample described below was received at the Delaware State Police Crime Laboratory in accordance with procedures established by the Delaware State Police Crime Laboratory to receive evidence of this type. The sample seal had not been broken or tampered with when received.

This sample was tested by the undersigned analyst who is certified by the Delaware State Police Crime Laboratory as qualified under the standards approved by the Delaware State Police Crime Laboratory to analyze blood samples to determine alcohol concentration. The analysis of this blood sample was properly and accurately performed under the Standard Operating Procedure for Blood Alcohol Analysis approved by the Delaware State Police Crime Laboratory.

**Complaint Number:** 50-04-1042 - *sherwood*

**Kit Number:** R-0752

**Kit Expiration Date:** 09/30/2004

**Sample Received:** Delaware State Police Crime Lab

**Date Received:** 01/20/2004

**Time Received:** 11:18 AM

**Date Analyzed:** 02/20/2004

It is hereby certified that the blood sample in the opinion of this analyst contains the alcohol concentration reported below.

## BLOOD ALCOHOL CONCENTRATION RESULTS:     0.14

All sample results are expressed as an amount of alcohol in a sample of a person's blood equivalent to the number of grams of alcohol per hundred milliliters of blood.

ANALYST: David Sockrider

Forensic Chemist
Delaware State Police
Crime Laboratory
DATE: 2/20/04

# STATE OF DELAWARE UNIFORM TRAFFIC COLLISION REPORT

Private Property

- [ ] REPORTABLE PROPERTY DAMAGE
- [x] NON-REPORTABLE
- [ ] LATE REPORT
- [ ] PERSONAL INJURY
- [ ] HAZ/MAT.
- [ ] FATALITY
- [ ] COMM. VEH.

**1. COMPLAINT NO.:** 50-04-1044
**2. TROOP/DEPARTMENT:** Dover P.D.
**3. MON.-DATE-YEAR:** 01/13/04
**4. DAY:** Tu
**5. TIME OCCURRED:** 0218
**6. NOTIFIED:** 0218
**7. ARRIVED:** 0218
**8. GRID NO.:** 1
**9. SECTOR:** 990
**12. LIGHT CONDITION:** 20
**13. WEATHER CONDITION:** 22
**14. SURFACE CONDITION:** 27

**10. NUMBER & NAME OF STREET OR HIGHWAY:** Driveway of 1 Strimmel Dr.
**11. NON-INTSECT:** 50 FEET, NE of: Main St.
**16. PRIM. CONTRIB. CIRCUM.:** 7 (Fail to Yield ROW)
**15. TRAFFIC CONTROL:** 6
**17. COLLISION INVOLVED:** 41
**18. ON RDWY:** 2
**19. EMERG. RESPON.:** 2
**20. IN:** NE ✓, OF: Cheswold
**21. CTY:** K
**22. CODE:** 50

### Vehicle 1
**24. NAME:** Curry, Joseph
**25. STREET ADDRESS:** 3460 Kenton Rd.
**26. CITY:** Dover
**27. STATE:** De
**28. ZIP:** 19904
**29. PHONE:** 678-0106
**30. DRIVERS LICENSE NO.:** 985670
**31. STATE:** De
**32. DOB:** 7-06-70
**33. AGE:** 33
**34. SEX:** M
**35. SOBRIETY:** 50
**36. TESTED:** 1
**37. TYPE:** 54
**RESULT:** unk %
**TEST NUMBER:** 0751
**38. VEHICLE YR.:** 1996
**39. VEHICLE MAKE:** Chevrolet
**40. MODEL:** Cavalier
**41. BODY STYLE:** 56
**42. REGISTRATION NO.:** 260812
**43. STATE:** De
**44. COLOR:** white
**45. DAMAGE:** $200.00
**46. TRAILERS:** 0
**47. OWNER:** Mast, Elsie E.
**48. STREET:** 3460 Kenton Rd., Dover De 19904
**49. INSURANCE COMPANY:** Nationwide #5207E020567
**NUMBER:** 3-04
**50. CHARGE/SECTION NO.:** 5
**51. ARREST NO.:** 5
**52. NO. 1 TOWED BY:** Biddle's Towing
**TO:** Biddle's Towing

### Vehicle 2
**24. NAME:** Legally Parked
**38. VEHICLE YR.:** 2003
**39. VEHICLE MAKE:** Toyota
**40. MODEL:** Corolla
**42. REGISTRATION NO.:** 214519
**43. STATE:** De
**44. COLOR:** Burgundy
**45. DAMAGE:** $500.00
**46. TRAILERS:** 0
**47. OWNER:** News, Charles
**48. STREET:** 1 Strimmel Dr., Cheswold De 19936
**50. CHARGE/SECTION NO.:** 3
**51. ARREST NO.:** 4
**52. NO. 2 TOWED BY:** Driven
**TO:** Destination

**CODE 16:** Reckless Driving

**W-1** Hopkins, Greg  400 S. Queen St. Dover De 19904  736-7114
**W-2** Taylor, Ralph  400 S. Queen St. Dover De 19904  736-7114

**55.** V-1 was making a right turn onto Strimmel Dr. S/B from Main St. E/B. V-2 was legally parked in the driveway of 1 Strimmel Dr., facing E/B. V-1 with its front bumper struck the left rear quarter panel of V-2, for PDI. W-1 and W-2 were traveling E/B on Main St. behind V-1, with their emergency equipment (lights/sirens) activated. W-1 and W-2 stated that V-1 was slowing down at which time it turned suddenly onto Strimmel Dr. W-1 and W-2 then stated that V-1 started skidding to a stop when it struck V-2. See criminal report.

**56. INVESTIGATING OFFICER:** Sherman



| | |
|---|---|
| ☒ 60. CONTINUATION | STATE OF DELAWARE |
| ☐ 80. SUPPLEMENT | UNIFORM TRAFFIC |
| INITIAL REPORT DATE 1-13-04 | COLLISION REPORT |
| OPERATOR #1 | CONTINUATION/SUPPLEMENT |
| OPERATOR #2 | |

Troop/Department: Dover P.D
Complaint Number: 50-04-1044

| CODE | 55. |
|---|---|
| 55 | 50-04-1042 for further details. |

50-04-1044

56. INVESTIGATING OFFICER: Sherwood
RANK: PFC
I.D. NUMBER: 78585
FORM 439 A REV. 10/87
PAGE 3 OF 3

# STATE OF DELAWARE
# UNIFORM TRAFFIC COLLISION REPORT
# INJURY INFORMATION

- [ ] 60. CONTINUATION
- [ ] 80. SUPPLEMENT

INITIAL REPORT DATE

OPERATOR #1

OPERATOR #2

TROOP/DEPARTMENT

1. COMPLAINT NUMBER
2. DSP HQ. NO. (LEAVE BLANK)

| | 61. NAME: LAST FIRST M.I. | 69. SEX | 70. AGE | 71. VEH # | 72. NO. IN VEH. | 73. SEAT NO. | 74. STATUS | 75. FIRST AID | 76. INJURY CLASS | 77. EJECT | 78-1. RE-STRNT. | 78-2. RESTR. PROPR. | 78-3. PASS. RESTR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-1 | | M F | | | | | | | | | | | |
| | 62. ADDRESS | | | | | | | | | | | | 68. T & R |
| | 63. PHONE  64. INJURIES | | | | | | | | | | | | T & A |
| | 65. EXAMINED BY DR.  66. REMOVED BY  67. REMOVED TO | | | | | | | | | | | | |

| | 61. NAME: LAST FIRST M.I. | 69. SEX | 70. AGE | 71. VEH # | 72. NO. IN VEH. | 73. SEAT NO. | 74. STATUS | 75. FIRST AID | 76. INJURY CLASS | 77. EJECT | 78-1. RE-STRNT. | 78-2. RESTR. PROPR. | 78-3. PASS RESTR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-2 | | M F | | | | | | | | | | | |
| | 62. ADDRESS | | | | | | | | | | | | 68. T & R |
| | 63. PHONE  64. INJURIES | | | | | | | | | | | | T & A |
| | 65. EXAMINED BY DR.  66. REMOVED BY  67. REMOVED TO | | | | | | | | | | | | |

| | 61. NAME: LAST FIRST M.I. | 69. SEX | 70. AGE | 71. VEH # | 72. NO. IN VEH. | 73. SEAT NO. | 74. STATUS | 75. FIRST AID | 76. INJURY CLASS | 77. EJECT | 78-1. RE-STRNT. | 78-2. RESTR. PROPR. | 78-3. PASS RESTR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-3 | | M F | | | | | | | | | | | |
| | 62. ADDRESS | | | | | | | | | | | | 68. T & R |
| | 63. PHONE  64. INJURIES | | | | | | | | | | | | T & A |
| | 65. EXAMINED BY DR.  66. REMOVED BY  67. REMOVED TO | | | | | | | | | | | | |

| | 61. NAME: LAST FIRST M.I. | 69. SEX | 70. AGE | 71. VEH # | 72. NO. IN VEH. | 73. SEAT NO. | 74. STATUS | 75. FIRST AID | 76. INJURY CLASS | 77. EJECT | 78-1. RE-STRNT. | 78-2. RESTR. PROPR. | 78-3. PASS RESTR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-4 | | M F | | | | | | | | | | | |
| | 62. ADDRESS | | | | | | | | | | | | 68. T & R |
| | 63. PHONE  64. INJURIES | | | | | | | | | | | | T & A |
| | 65. EXAMINED BY DR.  66. REMOVED BY  67. REMOVED TO | | | | | | | | | | | | |

| | 61. NAME: LAST FIRST M.I. | 69. SEX | 70. AGE | 71. VEH # | 72. NO. IN VEH. | 73. SEAT NO. | 74. STATUS | 75. FIRST AID | 76. INJURY CLASS | 77. EJECT | 78-1. RE-STRNT. | 78-2. RESTR. PROPR. | 78-3. PASS RESTR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-5 | | M F | | | | | | | | | | | |
| | 62. ADDRESS | | | | | | | | | | | | 68. T & R |
| | 63. PHONE  64. INJURIES | | | | | | | | | | | | T & A |
| | 65. EXAMINED BY DR.  66. REMOVED BY  67. REMOVED TO | | | | | | | | | | | | |

73. SEAT NO.

```
      1  2  3
CAR              1   M/C
      4  5  6
                 2
   9  7  8  9
  SW
  10 = EXT. OF VEHICLE
```

79. POSTED SPEED LIMIT

VEHICLE #1 _____
VEHICLE #2 _____
VEHICLE #3 _____
VEHICLE #4 _____

56-INVESTIGATING OFFICER                   RANK

**GENERAL**
1. YES
2. NO
3. UNKNOWN
4. N/A
5. PENDING
6. NONE
7. OTHER

74. STATUS
66. DRIVER
67. PASSENGER
68. PEDESTRIAN
69. PEDALCYCLIST

75. FIRST AID
70. POLICE
71. FIREMAN
72. AMBULANCE
73. REFUSED

76. INJURY CLASS
74. POSSIBLE INJURY
75. NON - INCAPACITATING
76. INCAPACITATING INJURY
77. FATAL INJURY

77. EJECTION
78. PARTIALLY EJECTED
79. TOTAL EJECTION
80. NO EJECTION

78. RESTRAINT
LAP BELT ONLY
82. FASTENED
83. NOT FASTENED
LAP & SHOULDER
84. LAP ONLY USED
85. NEITHER USED
86. SHOULDER ONLY
87. BOTH USED

78. RESTRAINT (CONT.)
**CHILD RESTRAINTS**
88. CHILD RESTR. USED
89. OTHER RESTR. USED
90. NONE USED
**MC HELMET**
91. NONE USED
92. USED
**PASSIVE RESTRAINTS**
93. AIR BAG DEPLOYED
94. AIR BAG INOPERABLE
95. AUTO RESTR. USED
96. AUTO RESTR. INOPER.

66. REMOVED
97. AMBULANCE
98. PARAMEDIC
99. HELICOPTER
100. PRIV. OWNED VEH.

I.D. NUMBER  57. SUPERVISOR'S APPROVAL DATE  58. REVIEWER

81. IF PEDESTRIAN INVOLVED PLACE CODE IN BLOCK
PED. #1 ____  PED. #2 ____
101. CROSSING AT INTERS.
102. CROSSING NOT AT INTER
103. WALKING WITH TRAFFIC
104. WALKING AGAINST TRAFF
105. STANDING
106. PUSH OR WORK ON VEH
107. OTHER WORKING
108. PLAYING
109. OTHER (DESCRIBE)

110. NOT IN RDW. ANY ACTI

59. PAGE ____ OF ____

| Page: 1 | Report Date: 01/13/2004 | Agency: Dover PD | | Complaint: 50-04-001042 |
|---|---|---|---|---|

| Reported Date and Time: TUE 01/13/2004 0127 | Initial Crime Report | Occurred: TUE 01/13/2004 0125 |
|---|---|---|

**Location:** 1131 N DUPONT HWY   Dover, DE 19901
DOVER DOWNS SLOTS PARKING LOT

**M.O. and Incident Overview:**
DEF SHOVED ELDERLY VIC TO THE GROUND REMOVED HER HAND BAG WITH FORCE, CONTAINING $140.00 U.S.C AND CONTENTS, THE DEF ENGAUGED IN A VEHICLE PURSUIT WITH PATROL OFFICERS, STRIKING ONE PATROL CAR INJURING OFFICER AND RESISTING ARREST WHEN FLEEING.

| Grid: 250-000 | Sector: | County: Kent | Domestic Related: ☐Yes ☒No | 4-F-14 Sent? ☐Yes ☒No | Gen Broadcast Sent? ☐Yes ☒No |
|---|---|---|---|---|---|

## Victim Information

| Victim Number: 001 | Name: DOVER PD |
|---|---|

| Type: Government | Sex: | Race: | Ethnic Origin: | Age: | D.O.B.: |
|---|---|---|---|---|---|

| Address: 400 S QUEEN ST Dover, DE 19901 | Resident Status: | Business Telephone: (302) 736-7111 | Employer/School: | Work Telephone: |
|---|---|---|---|---|

| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments: |
|---|---|---|---|

| Injuries: | Description of Injuries: |
|---|---|

| Victim Number: 002 | Name: |
|---|---|

| Type: Society/Public | Sex: | Race: | Ethnic Origin: | Age: | D.O.B.: |
|---|---|---|---|---|---|

| Address: | Resident Status: | Home Telephone: | Employer/School: | Work Telephone: |
|---|---|---|---|---|

| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments: |
|---|---|---|---|

| Injuries: | Description of Injuries: |
|---|---|

| Victim Number: 003 | Name: HOPKINS, GREG |
|---|---|

| Type: Law Enforcement Officer | Sex: Male | Race: White | Ethnic Origin: Unknown | Age: | D.O.B.: |
|---|---|---|---|---|---|

| Address: 400 S QUEEN ST Dover, DE 19901 | Resident Status: Full Time | Home Telephone: (302) 736-7111 | Employer/School: | Work Telephone: |
|---|---|---|---|---|

| Reporting Person? ☒Yes ☐No | Victim Injured? ☒Yes ☐No | Victim Deceased? ☐Yes ☒No | Officer Comments: |
|---|---|---|---|

| Injuries: Apparent Minor Injury | Description of Injuries: SWOLLEN RIGHT HAND, NUMB RIGHT ARM |
|---|---|

| Victim Number: 004 | Name: COX, MINNIE |
|---|---|

| Type: Individual | Sex: Female | Race: Black | Ethnic Origin: Unknown | Age: 72 | D.O.B.: 06/02/1931 |
|---|---|---|---|---|---|

| Address: 2504 LORRING DR DISTRICT HIEGHTS, MD 20747 | Resident Status: Non Resident | Home Telephone: (301) 735-8895 | Employer/School: | Work Telephone: |
|---|---|---|---|---|

| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments: |
|---|---|---|---|

| Injuries: | Description of Injuries: |
|---|---|

## Suspect/Defendant Information

| Sequence: 001 | Type: Defendant | SBI Number: 00223705 | Name: CURRY, JOSEPH L | Nick Name: |
|---|---|---|---|---|

| Sex: Male | Race: White | Ethnic Origin: Non-Hispanic | Age: 33 | D.O.B.: 07/06/1970 | Height: 6' 00" | Weight: 220 | Skin Tone: Medium | Eye Color: Brown |
|---|---|---|---|---|---|---|---|---|

| Hair Color: Brown | Hair Length: | Hair Style: | Facial Hair: | Voice Speech: | Teeth: | Build: | Glasses: |
|---|---|---|---|---|---|---|---|

| Disguise: | Disguise Color(s): | Resident Status: Non Resident | Unusual Characteristics: | Armed With: Unarmed |
|---|---|---|---|---|

| Address: 3460 KENTON RD DOVER, DE 19901 | Home Telephone: | Employer/School: WILKINSON ROOFING HOCKESSON, DE | Work Telephone: (410) 620-3383 |
|---|---|---|---|

| Arrest Number: 49021 | Arrest Type: Warrant | Suspect's Clothing Description: |
|---|---|---|

## Crimes and Associated Information

| Victim Number: 001 | Crime Seq: 005 | Statute: DE:11:0811:00A1:M: | Crime Description: Criminal Mischief Under $1000 Damage Property |
|---|---|---|---|

## Crimes and Associated Information

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Highway/Roadway/Alley | Adult Arrest 01/13/2004 | ☐ Alcohol ☐ Drugs ☐ Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐ Yes ☒ No - N/A | 2903 - Damage/Public Property |

Burglary Force Involved: ☐ Yes ☐ No

| Damaged Property | Property Category | Value |
|---|---|---|
| | Other Motor Vehicles | 250.00 |

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 002 | 004 | DE:11:1257:0000:M:A | Resisting Arrest |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Parking Lot/Garage | Adult Arrest 01/13/2004 | ☐ Alcohol ☐ Drugs ☐ Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐ Yes ☒ No - N/A | 4801 - Resisting Arrest |

Burglary Force Involved: ☐ Yes ☐ No

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 003 | 002 | DE:11:0612:00a3:F:D | Assault Second Degree Intentional Injury to a Law Enforcement Officer Fireman Correctional Officer Sheriff or Deputy Sheriff |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Parking Lot/Garage | Adult Arrest 01/13/2004 | ☐ Alcohol ☐ Drugs ☐ Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐ Yes ☒ No - N/A | 13214C - Aggravated Assault/Police Officer Other Dangerous Weapon |

| Burglary Force Involved | Weapon/Force Used | Police Assignment | Police Activity | Assault Factor |
|---|---|---|---|---|
| ☐ Yes ☐ No | Motor Vehicle/Used as Weapon | One-Man Vehicle/Uniformed Officer | Robberies in Progress or Pursuing Suspects | Assault on I |

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 003 | 003 | DE:11:0603:00a1:M:A | Reckless Endangering Second Degree |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Parking Lot/Garage | Prosecution Declined 01/13/2004 | ☐ Alcohol ☐ Drugs ☐ Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐ Yes ☒ No - N/A | 13164E - Intimidation/Reckless Endanger/Terroristic Threat/Harassment/Other Assaults/Non-Aggravated |

Burglary Force Involved: ☐ Yes ☐ No

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 004 | 001 | DE:11:0832:00a4:F:B | Robbery First Degree Commits a Crime Against a Person 62 Years or Older |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Parking Lot/Garage | Adult Arrest 01/13/2004 | ☐ Alcohol ☐ Drugs ☐ Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐ Yes ☒ No - N/A | 12103G - Forcible Purse Snatch Miscellaneous |

| Burglary Force Involved | Weapon/Force Used |
|---|---|
| ☐ Yes ☐ No | Personal Weapons Hands/Feet |

| Stolen Property | Property Category | Quantity | Unit Price | Stolen Value | Recovered Value | Recovery Date |
|---|---|---|---|---|---|---|
| | Money | | | 140.00 | .00 | |

Extended Description: LADIES BLUE HAND BAG CONTAINING $140.00 U.S.C.

## Associated Property Summary

| Total Stolen Property | Total Recovered Property | Total Seized Property | Total Damaged Property |
|---|---|---|---|
| $140.00 | $0.00 | $0.00 | $250.00 |

## Victim - Suspect/Defendant Relationships

| Victim | Suspect/Defendant - 001 | Victim Offender Relationship |
|---|---|---|
| Victim - 001 DOVER PD | CURRY, JOSEPH L | Relationship Undetermined |
| Victim - 002 Society/Public | CURRY, JOSEPH L | Victimless Crime |
| Victim - 003 HOPKINS, GREG | CURRY, JOSEPH L | Relationship Undetermined |
| Victim - 004 COX, MINNIE | CURRY, JOSEPH L | Relationship Undetermined |

## Witness Information

| Sequence | Type | Name | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| 001 | Witness | GOTT, JEFFERY | Male | White | | |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 400 S QUEEN ST Dover, DE 19901 | (302) 736-7111 | | |

| Sequence | Type | Name | Sex | Race | Age | D.O.B. |
|---|---|---|---|---|---|---|
| 002 | Witness | TAYLOR, RALPH | Male | Black | | |

| Reporting Officer | Supervisor Approval |
|---|---|
| | |

| Page: 3 | Report Date: 01/13/2004 | Agency: Dover PD | Witness Information | | | Complaint: 50-04-001042 |
|---|---|---|---|---|---|---|

| Sequence 002 Continued | | | | | | |
|---|---|---|---|---|---|---|
| Address: 400 S QUEEN ST Dover, DE 19901 | | Home Telephone: (302) 736-7111 | Employer/School | | | Work Telephone |
| Sequence 003 | Type: Witness | Name: ROMANOWSKI, MICHAEL | | Sex: Unknown | Race: Unknown | Age | D.O.B. |
| Address: 1131 N DUPONT HWY Dover, DE 19901 | | Home Telephone: (302) 674-4600 | Employer/School | | | Work Telephone |

## Investigative Narrative

Your affiant CPL CASE can truly state that:

1. That your affiant is a sworn Dover Police officer assigned to the C.I. unit as a detective.

2. That on the above date and time aff. responded to a report of an strong armed robbery.

3. That aff. contacted the victim Cox b-f who is 73 years old.

4. That Cox states as she was walking with her daughter to their vehicle which was in the Dover Downs Slots parking lot, when a small white car, with a sole white male operator, pulled up suddenly very close to them.

5. That the white male exited the vehicle, shoved Cox to the ground and with force pulled her blue hand bag containing $140.00 u.s.c. from her grasp, got back into the vehicle and fled.

6. That Williams, Ms. Cox daughter, observed the license plate on the vehicle to be DE#260812 and that the vehicle fled in a n/bound direction on U.S. 13.

7. That a description of the vehicle and suspect were relayed to Dover Patrol Officers and within minutes k-9 Officer Hopkins observed the suspect vehicle with the sole white male operator on College Rd.

8. That Officer Hopkins attempted to perform a traffic stop of the vehicle by engaging his emergency lights and siren, and the suspect refused to stop and a vehicle pursuit was initiated

9. That during the vehicle pursuit in the area of RT#42 and RT#300 n/west of the Dover City limits, the suspect vehicle was boxed in and Officer Hopkins came to a stop in front of the suspect vehicle.

10. That before officers could exit the patrol cars, the suspect revved his motor and rammed head on into Officer Hopkins patrol unit, striking the marked police car, damaging the front end and during the impact caused injury to Officer Hopkins which resulted in swelling in the right hand and numbness in the right arm of Officer Hopkins.

11. That the suspect was able to force his vehicle out and the vehicle pursuit continued.

| Reporting Officer | Supervisor Approval |
|---|---|

## Investigative Narrative - Continued

12. That the vehicle pursuit came to an end in the area of Cheswold when the suspect lost control of the vehicle he was operating.

13. That the suspect fled on foot from the vehicle with officer's giving foot chase and ordering the suspect to stop-police, but the suspect refused to comply.

14. That the Defendant Joseph Curry wm-07-06-1970 who was the operator and sole occupant of the vehicle was taken into custody at the end of the pursuit.

15. That Officers recovered from the interior of the white 1996 chevy cav. bearing DE#260812, two bank of America receipts and one Dover Downs gold club card all bearing the name Minnie Cox, the victim of the robbery that had just previously occurred in the Dover Downs parking lot.

---

### Statement of Victim 003 - GREG HOPKINS
SEE OFFICER'S SUPP. REPORT.

---

### Statement of Witness 001 - JEFFERY GOTT
SEE OFFICER'S SUPP. REPORT.

---

### Statement of Witness 002 - RALPH TAYLOR
SEE OFFICER'S SUPP. REPORT.

---

### Statement of Witness 003 - MICHAEL ROMANOWSKI
States he observed the def. riding around in the casino parking lot before the robbery.

---

| Reporting Officer | Supervisor Approval |
|---|---|
| CPL CASE - 13127 1 | WILLIAM L KENT OJDVWLK Date 02/03/2004 0952 |
| Detective Notified | Referred To |

| Solvability Factors | ☐ Witness | ☐ M.O. | ☐ Trace Stolen Property | ☐ Suspect Named | Status |
|---|---|---|---|---|---|
| | | | | | Closed |

## Supplemental Report - #1

| Original Occurrence Dates and Times: TUE 01/13/2004 0125 | Grid 250-000 | Sector |
|---|---|---|
| Original Location: 1131 N N DUPONT HWY    Dover, DE 19901 DOVER DOWNS SLOTS PARKING LOT | | |

### Original Victim Information

| Victim Number 001 | Name DOVER PD | | | | | |
|---|---|---|---|---|---|---|
| Type Government | Sex | Race | Ethnic Origin | | Age | D.O.B. |
| Address 400 S QUEEN ST Dover, DE 19901 | Resident Status | Business Telephone (302) 736-7111 | Employer/School | | | Work Telephone |
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments | | | |

### Original Suspect/Defendant Information

| Sequence 001 | Type Defendant | SBI Number 00223705 | Name CURRY, JOSEPH L | | | Nick Name | |
|---|---|---|---|---|---|---|---|
| Sex Male | Race White | Ethnic Origin Non-Hispanic | Age 33 | D.O.B. 07/06/1970 | Height 6' 00" | Weight 220 | Skin Tone Medium | Eye Color Brown |
| Hair Color Brown | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
| Address 3460 KENTON RD DOVER, DE 19901 | | | Home Telephone | Employer/School WILKINSON ROOFING HOCKESSON, DE | | | Work Telephone (410) 620-3383 |
| Arrest Number 49021 | Arrest Type Warrant | Suspect's Clothing Description | | | | | |

### Original Crime and Associated Information

| Victim Number 001 | Crime Seq 005 | Statute DE:11:0811:00A1:M: | Crime Description Criminal Mischief  Under $1000 Damage Property | |
|---|---|---|---|---|
| Location Type Highway/Roadway/Alley | | Status Adult Arrest 01/13/2004 | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias ☐Yes ☒No - N/A | | Crime Code 2903 - Damage/Public Property | | |
| Burglary Force Involved ☐Yes ☐No | | | | |

### Investigative Narrative

ON ABOVE DATE AND TIME WRITER WAS ON PATROL AND LOOKING FOR A WHITE CHEVY DE REG 260812 THAT WAS INVOLVED IN A ROBBERY AT DOVER DOWNS. WRITER OBSERVED THE VEHICLE TURNING WEST BOUND ONTO COLLEGE RD FROM MCKEE RD. WRITER CONFIRMED THE REGISTRATION ON THE VEH. WRITER ACTIVATED EMERGENCY LIGHTS AND THE VEHICLE THEN FLED ONTO KENTON RD NORTH BOUND. WRITER OBSERVED THAT THERE WAS A WHITE MALE OPERATOR WITH SHORT HAIR AND DID NOT APPEAR THAT THERE WAS ANYONE ELSE IN THE VEHICLE. THE PURSUIT WENT TO RT 42 WEST OF KENTON TO RT 300 THEN BACK ON RT 42 TO CHESWOLD. AFTER CROSSING THE RAILROAD TRACKS IN CHESWOLD EAST BOUND, THE VEHICLE APPEARED TO LOSE POWER. THE VEHICLE TURNED SHARPLY STRIKING A RED VEHICLE IN CHESWOLD. THE SUSPECT THEN FLED FROM THE CHEVY AND WAS APPREHENDED BY K-9 TONY AFTER BEING TOLD TO STOP. THE SUSPECT CURRY WAS THE ONLY ONE IN THE WHITE CHEVY DE REG 260812 . DURNING THE PURSUIT. DEF CURRY WAS TAKEN TO KGH AND TREATED FOR THE DOG BITE TO HIS BACK AND ARM.

| Reporting Officer PFC HOPKINS    - 37267 | | | Supervisor Approval JON LITTLEFIELD  OJDVJKL  Date 02/11/2004 0257 | |
|---|---|---|---|---|
| Solvability Factors | ☐Witness ☐Suspect Located | ☐M. O. ☐Suspect Described | ☐Trace Stolen Property ☐Suspect Identified | ☐Suspect Named ☐Suspect Vehicle Described | Status Closed |

| Page: 1 | Report Date: 02/27/2004 | Agency: Dover PD | | Complaint#: 50-04-001042 |

## Supplemental Report - #2

| Original Occurrence Dates and Times: TUE 01/13/2004 0125 | Grid 250-000 | Sector |
|---|---|---|
| Original Location: 1131 N N DUPONT HWY   Dover, DE 19901 DOVER DOWNS SLOTS PARKING LOT | | |

### Original Victim Information

| Victim Number 001 | Name DOVER PD | | | | | |
|---|---|---|---|---|---|---|
| Type Government | Sex | Race | Ethnic Origin | Age | D.O.B. | |
| Address 400 S QUEEN ST Dover, DE 19901 | Resident Status | Business Telephone (302) 736-7111 | Employer/School | | | Work Telephone |
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments | | | |

### Original Suspect/Defendant Information

| Sequence 001 | Type Defendant | SBI Number 00223705 | Name CURRY, JOSEPH L | | | Nick Name | |
|---|---|---|---|---|---|---|---|
| Sex Male | Race White | Ethnic Origin Non-Hispanic | Age 33 | D.O.B. 07/06/1970 | Height 6'00" | Weight 220 | Skin Tone Medium | Eye Color Brown |
| Hair Color Brown | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
| Address 3460 KENTON RD DOVER, DE 19901 | | Home Telephone | Employer/School WILKINSON ROOFING HOCKESSON, DE | | | Work Telephone (410) 620-3383 |
| Arrest Number 49021 | Arrest Type Warrant | Suspect's Clothing Description | | | | |

### Original Crime and Associated Information

| Victim Number 001 | Crime Seq 005 | Statute DE:11:0811:00A1:M: | Crime Description Criminal Mischief Under $1000 Damage Property | | |
|---|---|---|---|---|---|
| Location Type Highway/Roadway/Alley | Status Adult Arrest 01/13/2004 | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense | | |
| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 2903 - Damage/Public Property | | | | |
| Burglary Force Involved ☐Yes ☐No | | | | | |

### Investigative Narrative

On the above date and time writer along with all other shift members were on the look out for a small white vehicle bearing DE reg #260812, operated by a white male who had just robbed a elderly female at Dover Downs Slots. Writer was traveling w/b on College Rd approaching Dover-Kenton Rd when Officer Hopkins stated he was behind the suspect vehicle on College Rd approaching Dover-Kenton Rd. They were directly behind writer when Hopkins turned on his emergency lights. Writer also turned on the emergency lights at which time the operator swerved around my vehicle and fled north onto Dover-Kenton Rd. The susp reached speeds of 80 to 100 mph on Dover-Kenton Rd before turning west onto Rt #42. Again at a high rate of speed the susp fled thru the town of Kenton until his vehicle spun out of control approx one mile west of Kenton. The susp continued fleeing while in reverse on Rt #42 w/b at approx 40 mph until he reached Millington Rd. He then crossed a gas station parking lot, put his vehicle in driver and proceeded back thru the town of Kenton again at a very high rate of speed. The susp continued fleeing until he reached the town of Cheswold. Once there the susp turned into #1 Shimmel Drive and struck a maroon Toyota Corolla that was parked in the driveway. The susp then fled the vehicle on foot and was apprehended by the police k-9 officer Hopkins and writer. The defendant was read his miranda rights on tape while in route to the hospital afterwards he confessed to the crime.

| Reporting Officer PFC TAYLOR - 83465 | Supervisor Approval JACK I FORTNEY OJDVJIF Date 02/27/2004 0943 | | | |
|---|---|---|---|---|
| Solvability Factors | ☐Witness ☐Suspect Located | ☐M.O. ☐Suspect Described | ☐Trace Stolen Property ☐Suspect Identified | ☐Suspect Named ☐Suspect Vehicle Described | Status Closed |

| Page: | Report Date: 03/09/2004 | Agency: Dover PD | Complaint #: 50-04-001042 |
|---|---|---|---|

## Supplemental Report - #3

| Original Occurrence Dates and Times: TUE 01/13/2004 0125 | Grid 250-000 | Sector |
|---|---|---|

Original Location:
1131 N N DUPONT HWY   Dover, DE 19901
DOVER DOWNS SLOTS PARKING LOT

### Original Victim Information

| Victim Number | Name |
|---|---|
| 001 | DOVER PD |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Government | | | | | |

| Address | Resident Status | Business Telephone | Employer/School | Work Telephone |
|---|---|---|---|---|
| 400 S QUEEN ST Dover, DE 19901 | | (302) 736-7111 | | |

Reporting Person? ☐Yes ☒No   Victim Injured? ☐Yes ☒No   Victim Deceased? ☐Yes ☒No   Officer Comments

### Original Suspect/Defendant Information

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 001 | Defendant | 00223705 | CURRY, JOSEPH L | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | White | Non-Hispanic | 33 | 07/06/1970 | 6' 00" | 220 | Medium | Brown |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| Brown | | | | | | | |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 3460 KENTON RD DOVER, DE 19901 | | WILKINSON ROOFING HOCKESSON, DE | (410) 620-3383 |

| Arrest Number | Arrest Type | Suspect's Clothing Description |
|---|---|---|
| 49021 | Warrant | |

### Modified Suspect/Defendant Information

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 001 | Defendant | 00223705 | CURRY, JOSEPH L | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | White | Non-Hispanic | 33 | 07/06/1970 | 6' 00" | 220 | Medium | Brown |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| Brown | | | | | | | |

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Non Resident | | Unarmed |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 3460 KENTON RD DOVER, DE 19901 | | WILKINSON ROOFING HOCKESSON, DE | (410) 620-3383 |

| Arrest Number | Arrest Type | Suspect's Clothing Description |
|---|---|---|
| 48797 | Warrant | |

### Crimes and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 002 | 006 | DE:21:4177:00A4:M: | Driving a Vehicle Under the Influence When Alcohol Concentration is .10 or More |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Highway/Roadway/Alley | Adult Arrest 01/13/2004 | ☐Alcohol ☐Drugs ☐Computer | |

Suspected Hate/Bias ☐Yes ☒No - N/A   Crime Code 5404 - Driving Under the Influence/Liquor

Burglary Force Involved ☐Yes ☐No

### Investigative Narrative

On the night of the Robbery writer was unable to perform any field sobriety test's on the Def due to his injuries sustained by the dog bite. A blood kit (# R-0752) was completed at Kent General Hospital ER room. Writer received the results from the Delaware State Police Crime Lab on 2-27-04 which resulted in a BAC of 0.14. Writer obtained a DUI traffic warrant for the Def. Writer arrested the Def on 3-03-04 at the Delaware Correctional Center.

| Reporting Officer | Supervisor Approval | | |
|---|---|---|---|
| PFC SHERWOOD - 78585 | JON LITTLEFIELD OJDVJKL Date 03/09/2004 0055 | | |
| Solvability Factors | ☐Witness ☐Suspect Located | ☐M. O. ☐Suspect Described | ☐Trace Stolen Property ☐Suspect Identified | ☐Suspect Named ☐Suspect Vehicle Described | Status Closed |