### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, | : |
| | :    C.A. No. 04-175-JJF |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| DOVER POLICE DEPARTMENT, and GREGORY HOPKINS, | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, DANIEL A. GRIFFITH, hereby certify this 26th day of September, 2007, that the attached, Defendant Officer Gregory Hopkins' Legal Brief in Opposition to Plaintiff's Motion to Amend Complaint, was e-filed with the Court and mailed via regular mail to the following individuals:

    Brian R. Lemon, Esquire
    Scott E. Swenson, Esquire
    The Nemours Building
    1007 North Orange Street
    PO Box 2207
    Wilmington, DE  19899-2207
    *Counsel for Plaintiff*

                                      **MARSHALL, DENNEHEY, WARNER,**
                                             **COLEMAN & GOGGIN**

                                        *s/ Daniel A. Griffith*
                                        _____
                                        DANIEL A. GRIFFITH, ESQ.
                                        Delaware Bar ID No. 4209
                                        1220 North Market Street, 5th Floor
                                        P.O. Box 130
                                        Wilmington, DE  19899-0130
                                        (302) 552-4300
                                        *Counsel for Defendant Officer Gregory Hopkins*

15/394098.v2