IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY HOPKINS, )<br>)<br>Defendant. ) | Civil Action No. 04-175-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of **PLAINTIFF JOSEPH CURRY'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND ITEMS TO DEFENDANT GREGORY HOPKINS** was served as follows on March 28, 2008:

**Facsimile and U.S. Mail**

Daniel A. Griffith
1220 N. Market Street
Suite 608
Wilmington, DE 19801

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Brian R. Lemon*
Brian R. Lemon (#4730)
Scott E. Swenson (#4766)
The Nemours Builiding
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 888 6319
Facsimile: (302) 658 5614
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above **NOTICE OF SERVICE** has been sent by the means indicated below:

**Facsimile and U.S. Mail**

Daniel A. Griffith
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Wilmington, Delaware, this 28th day of March, 2008.

/s/Brian R. Lemon
Brian R. Lemon (#4730)