IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 04-175-JJF |
| GREGORY HOPKINS, | ) |
| Defendant. | ) |

**CERTFICATE OF SERVICE**

I, Daniel A. Griffith, Esquire, do hereby certify that on this __21st__ day of April, 2008, a copy of the foregoing *Defendant, Gregory Hopkins' Answer To Plaintiff's First Amended Complaint With Separate Defenses* was served via LexisNexis file and serve to the following:

Ms. Joseph Lawrence Curry
SBI 223-705 Pretrial C-1
1181 Paddock Road
Smyrna, DE   19977

William Pepper, Esquire
Schmittinger & Rodriguez
414 South State Street
P. O. Box 497
Dover, DE   19903

/s/ Daniel A. Griffith
Daniel A. Griffith (I.D. No. 4209)