THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No: 04-175-JJF |
| v. | ) |
| | ) |
| GREGORY HOPKINS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Daniel A. Griffith, Esquire, do hereby certify that on this 29th day of April, 2008, a copy of the foregoing **Defendant, Gregory Hopkins' Responses To Plaintiff's First Request For Admissions** was served via U. S. Postal Service, postage prepaid, to the following:

> Brian R. Lemon, Esquire
> Scott E. Swenson, Esquire
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE   19801

> /s/ Daniel A. Griffith
> Daniel A. Griffith (I.D. No. 4209)

*1790402*