THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No: 04-175-JJF |
| v. | ) |
| | ) |
| GREGORY HOPKINS, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

I, Daniel A. Griffith, Esquire, do hereby certify that on this 29th day of April, 2008, a copy of the foregoing *Defendant, Gregory Hopkins' Responses To Plaintiff's First Set Of Requests For Production Of Documents* was served via U. S. Postal Service, postage prepaid, to the following:

Brian R. Lemon, Esquire
Scott E. Swenson, Esquire
The Nemours Building
1007 North Orange Street
Wilmington, DE   19801


/s/ Daniel A. Griffith
Daniel A. Griffith (I.D. No. 4209)

1790402