IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>GREGORY HOPKINS, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-175-JJF |

### NOTICE OF SERVICE OF SUBPOENA

TO:   COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, plaintiff Joseph Lawrence Curry provides notice of service of subpoena on the following person or entity as indicated on June 4, 2008:

Dover Police Department. A copy of the subpoena is attached hereto as Exhibit A.

Dated: June 4, 2008

/s/ Brian R. Lemon
Brian R. Lemon (#4730)
Scott E. Swenson (#4766)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Brian R. Lemon, hereby certify that on June 4, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

I hereby further certify that on June 4, 2008, I caused a copy of the foregoing document to be served on the following counsel of record by the manner so indicated:

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford, Taylor & Preson
1220 N. Market Street
Suite 608
Wilmington, DE  19801


            /s/*Brian R. Lemon*
            Brian R. Lemon (#4730)