# EXHIBIT D

 **CONNOLLY BOVE LODGE & HUTZ LLP**

ATTORNEYS AT LAW

WILMINGTON, DE

Brian R. Lemon
TEL (302) 888-6319
FAX  (302) 658-6246
EMAIL blemon@cblh.com
REPLY TO Wilmington Office

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

April 4, 2008

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford Taylor & Preston
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Re:    **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

Pursuant to our telephone conversation of August 24, 2007, and our letter of October 10, 2007, whereby you agreed to accept service upon the Dover Police Department and its officers, please find attached subpoenas to the Dover Police Department, Officer Gott and Officer Taylor.

Sincerely,

Brian R. Lemon

Enclosures

cc:    Scott E. Swenson, Esquire
       Mr. Joseph Curry