# EXHIBIT F

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**Brian R. Lemon**
TEL (302) 888-6319
FAX (302) 658-6246
EMAIL blemon@cblh.com
REPLY To Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

May 6, 2008

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford Taylor & Preston
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Re: **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

You requested a one week extension of time to produce documents responsive to the subpoenas the Plaintiff served on the Dover Police Department and Officers Gott and Taylor. The Plaintiff agreed, provided the video of Mr. Curry's chase and subsequent arrest was produced by the original April 25th deadline. It was not. Our agreement was also that documents responsive to the subpoenas would be produced to us by May 2nd. To date, no documents have been produced. Please produce the responsive documents without further delay.

Sincerely,

Brian R. Lemon

cc: Scott E. Swenson, Esquire
Mr. Joseph Curry

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

Brian R. Lemon
TEL (302) 888-6319
FAX (302) 658-6246
EMAIL blemon@cblh.com
REPLY To Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

May 13, 2008

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford Taylor & Preston
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Re:   **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

This letter follows up on our letter of May 6, 2008, to which you have not responded, and my voicemail of May 12th. You still have not produced documents responsive to the subpoenas the Plaintiff served on the Dover Police Department and Officers Gott and Taylor. The Defendant also has still not produced the video of the chase and subsequent arrest of the Plaintiff. Please produce the responsive documents, and the video, without further delay.

Also, please call me to discuss an alternative deposition date for Officer Hopkins. We propose starting at 9:00 a.m. on June 13, 2008.

Sincerely,

Brian R. Lemon

cc:   Scott E. Swenson, Esquire
      Mr. Joseph Curry

WILMINGTON, DE          WASHINGTON, DC          LOS ANGELES, CA

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

Brian R. Lemon
TEL (302) 888-6319
FAX (302) 658-6246
EMAIL blemon@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

May 16, 2008

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford Taylor & Preston
1220 N. Market Street
Suite 608
Wilmington, DE 19801

    Re:   <u>Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)</u>

Dear Daniel:

    This letter is in furtherance of our letters of May 6th and May 13th. You agreed to accept service of subpoenas the Plaintiff served on the Dover Police Department and Officers Gott and Taylor. The subpoenas called for the production of documents on April 25th. Three weeks have passed without any response. Unless this issue is resolved, the Plaintiff will file a motion to compel discovery on May 23, 2008.

                          Sincerely,

                          Brian R. Lemon

cc:     Scott E. Swenson, Esquire
         Mr. Joseph Curry