# EXHIBIT G



# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Brian R. Lemon
TEL (302) 888-6319
FAX (302) 658-6246
EMAIL blemon@cblh.com
REPLY To Wilmington Office

June 3, 2008

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford Taylor & Preston
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Re:   **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

This letter is in furtherance of our letters of May 6th, May 13th and May 16th. You agreed to accept service of subpoenas the Plaintiff served on the Dover Police Department and Officers Gott and Taylor. The subpoenas called for the production of documents on April 25th. We received the video of the plaintiff's chase and arrest, but still have not received documents responsive to those subpoenas. Please provide responsive documents without further delay.

Also, the parties agreed to postpone the depositions of Officers Gott and Taylor because no documents had been produced. Please provide dates these officers will be available for their depositions.

Sincerely,

Brian R. Lemon

cc:   Scott E. Swenson, Esquire
      Mr. Joseph Curry