IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH LAWRENCE CURRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-175-JJF |
| | ) | |
| GREGORY HOPKINS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION:**
**PLAINTIFF'S COMBINED MOTION FOR DEFAULT JUDGMENT AND OTHER SANCTIONS FOR DISCOVERY VIOLATIONS AND MOTION TO COMPEL**

Pursuant to the Procedure for Filing non-case dispositive motions in non-patent cases, the Plaintiff hereby notices its Motion to Compel, or in the Alternative, for a Finding of Contempt, for September 13, 2008, at 2:00 p.m.

| Date: June 20, 2008 | Respectfully submitted, |
|---|---|
| | **CONNOLLY BOVE LODGE & HUTZ LLP** |
| | |
| | /s/ Brian R. Lemon |
| | Brian R. Lemon (#4730) |
| | Scott E. Swenson (#4766) |
| | The Nemours Building |
| | 1007 North Orange Street |
| | P.O. Box 2207 |
| | Wilmington, Delaware 19899-2207 |
| | Telephone: 302-888-6319 |
| | Facsimile: 302-658-5614 |
| | blemon@cblh.com |

## CERTIFICATE OF SERVICE

I, Brian R. Lemon, Esq., hereby certify that on June 20 2008, a copy of the foregoing:

**NOTICE OF MOTION:
PLAINTIFF'S COMBINED MOTION FOR DEFAULT JUDGMENT AND OTHER SANCTIONS FOR DISCOVERY VIOLATIONS AND MOTION TO COMPEL**

was caused to be served upon the following:

**BY U.S. MAIL AND FACSIMILE**

    Daniel Griffith, Esquire
    Whiteford Taylor & Preston
    1220 N. Market Street
    Suite 608
    Wilmington, DE 19801

                           */s/ Brian R. Lemon*
                           Brian R. Lemon (# 4730)