# EXHIBIT A

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

BRIAN R. LEMON
TEL (302) 658-9141
FAX (302) 658-6246
EMAIL BLemon@cblh.com
REPLY To Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

November 13, 2007

**VIA HAND DELIVERY**
Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899

Re: **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

We received Mr. Macconi's letter of October 23, 2007, regarding documents produced in the above-captioned case. We informed your office that the DVD enclosed with that letter was unreadable and that a copy of the video showing Mr. Curry's arrest was not provided. Please provide these videos as soon as possible. Please find enclosed a check for $52.00 to reimburse your copying fees.

Sincerely,

Brian R. Lemon

Enclosure
cc: Scott E. Swenson, Esquire
    Mr. Joseph Curry