# EXHIBIT B

Case 1:04-cv-00175-JJF   Document 161-3   Filed 06/20/2008   Page 1 of 2

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Scott E. Swenson
TEL (302) 658-9141
FAX (302) 658-6246
EMAIL SSwenson@cblh.com
REPLY To Wilmington Office

December 17, 2007

**VIA HAND DELIVERY**
Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899

Re:    **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

I write to follow-up our letter of November 13, 2007, respectfully requesting a copy of the video of Mr. Curry's arrest, as the files on the disc we previously received from Mr. Macconi of your office were unreadable. Please provide this video as soon as possible. As ever, we will reimburse your reasonable fees.

Sincerely,

Scott E. Swenson

cc:    Brian R. Lemon, Esquire
       Mr. Joseph Curry

WILMINGTON, DE                    WASHINGTON, DC                    LOS ANGELES, CA