# EXHIBIT C

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Brian R. Lemon
TEL (302) 888-6319
FAX (302) 658-6246
EMAIL blemon@cblh.com
REPLY To Wilmington Office

March 11, 2008

**VIA FACSIMILE AND HAND DELIVERY**
Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899

Re:   **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

I write to follow-up our letter of December 14, 2007, and November 13, 2007, to which you have not responded. Please provide a copy of the video of Mr. Curry's arrest, as the files on the disc we previously received from Mr. Macconi of your office were unreadable. Please provide this video as soon as possible. As ever, we will reimburse your reasonable fees.

Sincerely,

Brian R. Lemon

cc:   Scott E. Swenson, Esquire
John A. Macconi, Jr., Esquire
Mr. Joseph Curry