# EXHIBIT D

## CONNOLLY BOVE LODGE & HUTZ LLP

ATTORNEYS AT LAW

WILMINGTON, DE

Brian R. Lemon
TEL (302) 888-6319
FAX (302) 658-6246
EMAIL blemon@cblh.com
REPLY To Wilmington Office

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

April 30, 2008

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford Taylor & Preston
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Re: **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

Last week you requested a one week extension of time to produce documents responsive to the subpoenas served on April 4, 2008. We agreed, provided you produce the video of Mr. Curry's arrest by April 25th. We first requested that you produce this video more than seven months ago, and this letter is the sixth letter requesting the video, yet we still have not received it. Please send it immediately.

Given the circumstances, it is possible that the May 16th deposition of Officer Hopkins will need to be left open.

Sincerely,

Brian R. Lemon

cc:   Scott E. Swenson, Esquire
      Mr. Joseph Curry

WILMINGTON, DE                    WASHINGTON, DC                    LOS ANGELES, CA