# EXHIBIT G



# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

Brian R. Lemon
TEL (302) 888-6319
FAX (302) 658-6246
EMAIL blemon@cblh.com
REPLY To Wilmington Office

WILMINGTON, DE
The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

May 2, 2008

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford Taylor & Preston
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Re:   **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

On April 28th, responses to the Plaintiff's document requests, requests for admissions and interrogatories were due. To date, we have not received any of the Defendant's responses, or any responsive documents. Please produce all outstanding discovery immediately. In light of this delay, we will be unable to take the deposition of Officer Hopkins on May 16th as scheduled. We will provide an alternative date once we have received all of the requested discovery.

Sincerely,

Brian R. Lemon

cc:   Scott E. Swenson, Esquire
      Mr. Joseph Curry

WILMINGTON, DE          WASHINGTON, DC          LOS ANGELES, CA