# EXHIBIT J

# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

Brian R. Lemon
TEL (302) 888-6319
FAX (302) 658-6246
EMAIL blemon@cblh.com
REPLY To Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

May 6, 2008

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford Taylor & Preston
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Re:   **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

You requested a one week extension of time to produce documents responsive to the subpoenas the Plaintiff served on the Dover Police Department and Officers Gott and Taylor. The Plaintiff agreed, provided the video of Mr. Curry's chase and subsequent arrest was produced by the original April 25th deadline. It was not. Our agreement was also that documents responsive to the subpoenas would be produced to us by May 2nd. To date, no documents have been produced. Please produce the responsive documents without further delay.

Sincerely,

Brian R. Lemon

cc:   Scott E. Swenson, Esquire
      Mr. Joseph Curry

WILMINGTON, DE           WASHINGTON, DC           LOS ANGELES, CA