# EXHIBIT K

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

Brian R. Lemon
TEL (302) 888-6319
FAX (302) 658-6246
EMAIL blemon@cblh.com
REPLY To Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

May 16, 2008

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford Taylor & Preston
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Re:   **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

This letter is in furtherance of our letters of May 6th and May 13th. You agreed to accept service of subpoenas the Plaintiff served on the Dover Police Department and Officers Gott and Taylor. The subpoenas called for the production of documents on April 25th. Three weeks have passed without any response. Unless this issue is resolved, the Plaintiff will file a motion to compel discovery on May 23, 2008.

Sincerely,

Brian R. Lemon
/cws

cc:   Scott E. Swenson, Esquire
      Mr. Joseph Curry