# EXHIBIT M

**WHITEFORD, TAYLOR & PRESTON L.L.P.**

|  | 1220 NORTH MARKET STREET<br>SUITE 608<br>WILMINGTON, DE  19801<br><br>MAIN TELEPHONE (302) 345-4145<br>FACSIMILE (302) 661-7650 | BALTIMORE, MD<br>COLUMBIA, MD<br>FALLS CHURCH, VA<br>TOWSON, MD<br>WASHINGTON, DC<br>WILMINGTON, DE* |
|---|---|---|
| ROSEMARY CHESTANG<br>SECRETARY<br>DIRECT LINE  302-353-4145<br>RCHESTANG@WTPLAW.COM | | WWW.WTPLAW.COM<br>(800) 987-8705 |

June 12, 2008

Brian Lemon, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P. O. Box 2207
Wilmington, DE    19899

    Re:    **Curry v. City of Dover Police Department**

Dear Mr. Lemon:

    With regard to our earlier conversation relative to the captioned matter, please be advised that Mr. Griffith is requesting a postponement of the deposition of Officer Hopkins, which was scheduled to be taken tomorrow, June 13, 2008.

    If you have questions or further information for this office, please do not hesitate to contact us.  Thank you for your kind consideration and cooperation.

                                      Sincerely,

                                      /s/ Rosemary Chestang

                                      Rosemary Chestang
                                      Secretary

rc