# EXHIBIT N

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

Brian R. Lemon
TEL (302) 888-6319
FAX (302) 658-6246
EMAIL blemon@cblh.com
REPLY To Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

June 12, 2008

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford Taylor & Preston
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Re:   **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

We received the letter from your secretary of June 12, 2008, requesting a postponement of Officer Hopkins' deposition. This letter was received less than 20 hours before the scheduled deposition of Officer Hopkins.

Officer Hopkins' deposition was originally noticed for May 16, 2008. Because the Defendant did not timely respond to discovery, the deposition was rescheduled for June 13, 2008. We are willing to reschedule Officer Hopkins' deposition again if and only if the deposition occurs between June 16 and June 19. The Plaintiff will consider any failure to attend a deposition during this time a violation of Fed. R. Civ. P. 37(d).

Sincerely,

Brian R. Lemon
/CWS

Brian R. Lemon

cc:   Scott E. Swenson, Esquire
      Mr. Joseph Curry