# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Scott E. Swenson
TEL (302) 252-4233
FAX (302) 252-4209
EMAIL SSwenson@cblh.com
REPLY TO Wilmington Office

July 3, 2008

***Via Electronic Filing and E-Mail***
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, Delaware 19801

Re:   **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Judge Farnan:

This letter is to notify Your Honor that, pursuant to the Court's Order of July 2, 2008 (D.I. 163) granting the parties' stipulated motion to extend fact discovery and extend the responsive period for the Plaintiff's outstanding motions (D.I. 158, 160), the Plaintiff need not be heard on its Motion to Compel, or in the Alternative, for a Finding of Contempt (D.I. 158) as of the noticed date, July 11, 2008. The Plaintiff will re-notice the motion and set a new date for its hearing if and when such action becomes necessary.

Should Your Honor have questions or concerns, please do not hesitate to contact my colleague, Brian Lemon, or myself.

Respectfully submitted,

/s/ Scott E. Swenson

Scott E. Swenson (#4766)

SES/

cc:   Daniel A. Griffith, Esq.
      Brian R. Lemon, Esq.
      Mr. Joseph Curry

620755

WILMINGTON, DE              WASHINGTON, DC              LOS ANGELES, CA