IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-175-JJF |
| ) | |
| GREGORY HOPKINS, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of **NOTICE TO TAKE THE DEPOSITION OF THE DESIGNATED INDIVIDUAL(S) OF THE DOVER POLICE DEPARTMENT PURSUANT TO FED. R. CIV. P. 30(b)(6)** was served as follows on August 4, 2008:

**Facsimile and U.S. Mail**

Dover Police Department
400 South Queen Street
Turner Building
Dover, Delaware 19904

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Brian R. Lemon
Brian R. Lemon (#4730)
Scott E. Swenson (#4766)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 888 6319
Facsimile: (302) 658 5614
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above **NOTICE OF SERVICE** has been sent by the means indicated below:

**Facsimile and U.S. Mail**

Dover Police Department
400 South Queen Street
Turner Building
Dover, Delaware 19904

Wilmington, Delaware, this 4th day of August, 2008.

/s/Brian R. Lemon
Brian R. Lemon (#4730)