**EXHIBIT I**

Case 1:04-cv-00175-JJF    Document 169-2    Filed 08/25/2008    Page 1 of 3

# CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Brian R. Lemon
TEL (302) 888-6319
FAX (302) 658-6246
EMAIL blemon@cblh.com
REPLY To Wilmington Office

June 26, 2008

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford Taylor & Preston
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Re: **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

This letter memorializes the oral agreement reached by the parties.

In an effort to solve the disputes between the parties without intervention by the Court, the parties agree:

(1) To stipulate that the Defendant's responses to the Plaintiff's motions (D.I. 158 and D.I. 160) are not due until August 18, 2008;

(2) To stipulate that the Plaintiff's replies are not due until August 25, 2008;

(3) To stipulate that the Plaintiff may continue to take fact discovery until August 15, 2008;

(4) That Defendant's counsel will produce all outstanding documents by July 7, 2008, including, but not limited to:
  i. Documents relating to insurance policies;
  ii. The Defendant's IA and personnel files on an attorney's eyes only basis;

(5) That the Defendant will reply to the Plaintiff's third set of interrogatories by July 7, 2008;

(6) That the Defendant will provide a complete response to the Plaintiff's Interrogatory No. 6;

(7) That Officer Taylor will attend a deposition in Plaintiff's counsel's offices before July 31, 2008;

(8) That Officer Gott will attend a deposition in Plaintiff's counsel's offices before July 31, 2008;

(9) That Officer Hopkins will attend a deposition in Plaintiff's counsel's offices before July 31, 2008;

(10)  That any discoverable documents found to exist but that were not previously produced will be produced by August 6, 2008;

(11)  That the Plaintiff will withdraw its motions (D.I. 158 and D.I. 160) by August 18, 2008, upon completion of all the above.

(12)  That the parties waive any objections to the timeliness of discovery taken or requested prior to August 15, 2008.

Please respond and let us know whether the Defendant agrees that the above represents the entire agreement between the parties.

Sincerely,

Brian R. Lemon

cc:  Scott E. Swenson, Esquire
     Mr. Joseph Curry