**EXHIBIT J**

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**WILMINGTON, DE**

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Brian R. Lemon
TEL (302) 888-6319
FAX (302) 658-6246
EMAIL blemon@cblh.com
REPLY TO Wilmington Office

July 9, 2008

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford Taylor & Preston
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Re: **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

This letter regards the agreement between the parties memorialized in our letter of June 26, 2008. That agreement called for the Defendant to produce certain documents by July 7, 2008. That agreement also required the Defendant to answer the Plaintiff's third set of interrogatories, as well as provide a complete answer to certain other interrogatories, by July 7, 2008. To date, the Plaintiff has received neither the documents nor the interrogatory responses.

Specifically, the outstanding requests are:

(1) That Defendant's counsel will produce all outstanding documents by July 7, 2008, including, but not limited to:
  i. Documents relating to insurance policies;
  ii. The Defendant's IA and personnel files on an attorney's eyes only basis;
(2) That the Defendant will reply to the Plaintiff's third set of interrogatories by July 7, 2008;
(3) That the Defendant will provide a complete response to the Plaintiff's Interrogatory No. 6;

Please provide your responses without further delay.

Sincerely,

Brian R. Lemon

cc: Scott E. Swenson, Esquire
    Mr. Joseph Curry

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

Brian R. Lemon
TEL (302) 888-6319
FAX (302) 658-6246
EMAIL blemon@cblh.com
REPLY To Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

July 30, 2008

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford Taylor & Preston
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Re:  **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

This letter is a follow up to our letter of July 9, 2008. The Plaintiff has not received the Defendant's internal affairs and personnel files as we discussed. The Defendant's deposition can not be taken until these documents are produced. Please produce these documents, as well as the other outstanding discovery, without further delay.

Sincerely,

Brian R. Lemon

cc:  Scott E. Swenson, Esquire
     Mr. Joseph Curry

WILMINGTON, DE         WASHINGTON, DC         LOS ANGELES, CA

# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Brian R. Lemon
TEL (302) 888-6319
FAX (302) 658-6246
EMAIL blemon@cblh.com
REPLY To Wilmington Office

August 13, 2008

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford Taylor & Preston
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Re:   **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

This letter follows up on our letters of July 9 and July 30, 2008. The Plaintiff has not received the Defendant's internal affairs and personnel files as the parties agreed. The Plaintiff can not take the deposition of the Defendant until these documents are produced. Please produce these documents without further delay so that the Defendant may be deposed.

Sincerely,

Brian R. Lemon

cc:   Scott E. Swenson, Esquire
      Mr. Joseph Curry