**EXHIBIT W**

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Brian R. Lemon
TEL (302) 888-6319
FAX (302) 658-6246
EMAIL blemon@cblh.com
REPLY To Wilmington Office

June 26, 2008

**VIA FACSIMILE AND U.S. MAIL**
Daniel A. Griffith, Esquire
Whiteford Taylor & Preston
1220 N. Market Street
Suite 608
Wilmington, DE 19801

Re:   **Curry v. Hopkins (C.A. 1:04-CV-00175-JJF)**

Dear Daniel:

We received your e-mail of June 24, 2008, and the attached draft of your cross-motion to compel discovery.

You have offered to make Officer Hopkins available for a deposition on July 8, 2008, and Officer Taylor available for a deposition on July 10, 2008. We are not available on July 8, 2008, but can take Officer Taylor's deposition on July 10. Please provide an alternative date for Officer Hopkins' deposition. We are available any day in July after July 14th, except for July 15th.

Unless we hear otherwise from you, Officer Taylor's deposition will begin at 9:30 a.m. on July 10, 2008.

We note that the Dover Police Department, Officer Taylor and Officer Gott have still not responded to the subpoenas the Plaintiff served on April 4, 2008. As such, these parties have waived their right to object to producing documents responsive to the document requests found in those subpoenas. To avoid having to continue Officer Taylor's deposition, please produce all documents responsive to these subpoenas at least 48 hours in advance of Officer Taylor's deposition.

Sincerely,

Brian R. Lemon

cc:   Scott E. Swenson, Esquire
      Mr. Joseph Curry