IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No: 04-175-KAJ |
| v. | ) |
| | ) |
| GREGORY HOPKINS, | ) |
| | ) |
| Defendant. | ) |

**CERTFICATE OF SERVICE**

I, Daniel A. Griffith, Esquire, do hereby certify that on this 5th day of September, 2008, a copy of the foregoing *Defendant, Officer Gregory Hopkins' Opposition To Plaintiff's "Combined Motion For Default Judgment And Other Sanctions For Discovery Violations And Motion To Compel* was served via LexisNexis file and serve to the following:

Brian R. Lemon, Esquire
Scott E. Swenson, Esquire
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801


/s/ Daniel A. Griffith
Daniel A. Griffith (I.D. No. 4209)