# EXHIBIT A

| Page: 1 | Report Date: 01/13/2004 | Agency: Dover PD | | Complaint: 50-04-001042 |
|---|---|---|---|---|
| Reported Date and Time: TUE 01/13/2004 0127 | | Initial Crime Report | | Occurred: TUE 01/13/2004 0125 |

Location:
1131 N DUPONT HWY    Dover, DE 19901
DOVER DOWNS SLOTS PARKING LOT

M.O. and Incident Overview:
DEF SHOVED ELDERLY VIC TO THE GROUND REMOVED HER HAND BAG WITH FORCE, CONTAINING $140.00 U.S.C AND CONTENTS, THE DEF ENGAUGED IN A VEHICLE PURSUIT WITH PATROL OFFICERS, STRIKING ONE PATROL CAR INJURING OFFICER AND RESISTING ARREST WHEN FLEEING.

| Grid: 250-000 | Sector: | County: Kent | Domestic Related: ☐Yes ☒No | 4-F-14 Sent? ☐Yes ☒No | Gen Broadcast Sent? ☐Yes ☒No |

## Victim Information

| Victim Number: 001 | Name: DOVER PD |
|---|---|

| Type: Government | Sex: | Race: | Ethnic Origin: | Age: | D.O.B.: |

| Address: 400 S QUEEN ST Dover, DE 19901 | Resident Status: | Business Telephone: (302) 736-7111 | Employer/School: | Work Telephone: |

| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments: |

Injuries: | Description of Injuries:

---

| Victim Number: 002 | Name: |

| Type: Society/Public | Sex: | Race: | Ethnic Origin: | Age: | D.O.B.: |

| Address: | Resident Status: | Home Telephone: | Employer/School: | Work Telephone: |

| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments: |

Injuries: | Description of Injuries:

---

| Victim Number: 003 | Name: HOPKINS, GREG |

| Type: Law Enforcement Officer | Sex: Male | Race: White | Ethnic Origin: Unknown | Age: | D.O.B.: |

| Address: 400 S QUEEN ST Dover, DE 19901 | Resident Status: Full Time | Home Telephone: (302) 736-7111 | Employer/School: | Work Telephone: |

| Reporting Person? ☒Yes ☐No | Victim Injured? ☒Yes ☐No | Victim Deceased? ☐Yes ☒No | Officer Comments: |

Injuries: Apparent Minor Injury | Description of Injuries: SWOLLEN RIGHT HAND, NUMB RIGHT ARM

---

| Victim Number: 004 | Name: COX, MINNIE |

| Type: Individual | Sex: Female | Race: Black | Ethnic Origin: Unknown | Age: 72 | D.O.B.: 06/02/1931 |

| Address: 504 LORRING DR DISTRICT HIEGHTS, MD 20747 | Resident Status: Non Resident | Home Telephone: (301) 735-8895 | Employer/School: | Work Telephone: |

| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments: |

Injuries: | Description of Injuries:

**DEPOSITION EXHIBIT**
Plaintiff's 2
ECH 7-16-06

## Suspect/Defendant Information

| Sequence: 01 | Type: Defendant | SBI Number: 00223705 | Name: CURRY, JOSEPH L | | Nick Name: |

| Sex: Male | Race: White | Ethnic Origin: Non-Hispanic | Age: 33 | D.O.B.: 07/06/1970 | Height: 6' 00" | Weight: 220 | Skin Tone: Medium | Eye Color: Brown |

| Hair Color: Brown | Hair Length: | Hair Style: | Facial Hair: | Voice Speech: | Teeth: | Build: | Glasses: |

| Disguise: | Disguise Color(s): | Resident Status: Non Resident | Unusual Characteristics: | Armed With: Unarmed |

| Address: 160 KENTON RD DOVER, DE 19901 | Home Telephone: | Employer/School: WILKINSON ROOFING HOCKESSON, DE | Work Telephone: (410) 620-3383 |

| Arrest Number: 021 | Arrest Type: Warrant | Suspect's Clothing Description: |

## Crimes and Associated Information

| Victim Number: 01 | Crime Seq: 005 | Statute: DE:11.0811:00A1:M | Crime Description: Criminal Mischief Under $1000 Damage Property |

| Page: 3 | Report Date: 01/13/2004 | Agency: Dover PD | | | Complaint: 50-04-001042 | |
|---|---|---|---|---|---|---|
| Sequence 002 Continued | | Witness Information | | | | |
| Address 400 S QUEEN ST Dover, DE 19901 | | Home Telephone (302) 736-7111 | Employer/School | | | Work Telephone |
| Sequence 003 | Type Witness | Name ROMANOWSKI, MICHAEL | | Sex Unknown | Race Unknown | Age     D.O.B. |
| Address 1131 N DUPONT HWY Dover, DE 19901 | | Home Telephone (302) 674-4600 | Employer/School | | | Work Telephone |

### Investigative Narrative

Your affiant CPL CASE can truly state that:

. That your affiant is a sworn Dover Police officer assigned to the C.I. unit as a detective.

. That on the above date and time aff. responded to a report of an strong armed robbery.

. That aff. contacted the victim Cox b-f who is 73 years old.

. That Cox states as she was walking with her daughter to their vehicle which was in the Dover owns Slots parking lot, when a small white car, with a sole white male operator, pulled up suddenly very close to them.

. That the white male exited the vehicle, shoved Cox to the ground and with force pulled her blue hand bag containing $140.00 u.s.c. from her grasp, got back into the vehicle and fled.

. That Williams, Ms. Cox daughter, observed the license plate on the vehicle to be DE#260812 and that the vehicle fled in a n/bound direction on U.S. 13.

. That a description of the vehicle and suspect were relayed to Dover Patrol Officers and within minutes k-9 Officer Hopkins observed the suspect vehicle with the sole white male operator on College Rd.

. That Officer Hopkins attempted to perform a traffic stop of the vehicle by engaging his emergency lights and siren, and the suspect refused to stop and a vehicle pursuit was initiated

That during the vehicle pursuit in the area of RT#42 and RT#300 n/west of the Dover City limits, the suspect vehicle was boxed in and Officer Hopkins came to a stop in front of the suspect vehicle.

. That before officers could exit the patrol cars, the suspect revved his motor and rammed head on into Officer Hopkins patrol unit, striking the marked police car, damaging the front end and during the impact caused injury to Officer Hopkins which resulted in swelling in the right hand and numbness in the right arm of Officer Hopkins.

. That the suspect was able to force his vehicle out and the vehicle pursuit continued.

Reporting Officer | Supervisor Approval

| age: 1 | Report Date: 02/11/2004 | Agency: Dover PD | | Complaint: 50-04-001042 |
|---|---|---|---|---|

## Supplemental Report - #1

| Original Occurrence Dates and Times: TUE 01/13/2004 0125 | | Grid 250-000 | Sector |
|---|---|---|---|

Original Location:
131 N N DUPONT HWY    Dover, DE 19901
DOVER DOWNS SLOTS PARKING LOT

### Original Victim Information

| ctim Number | Name | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 | DOVER PD | | | | | | |
| pe Government | Sex | Race | | Ethnic Origin | | Age | D.O.B. |
| Address 00 S QUEEN ST Dover, DE 19901 | | Resident Status | Business Telephone (302) 736-7111 | Employer/School | | | Work Telephone |
| porting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments | | | | |

### Original Suspect/Defendant Information

| quence 01 | Type Defendant | SBI Number 00223705 | Name CURRY, JOSEPH L | | | Nick Name | |
|---|---|---|---|---|---|---|---|
| x Male | Race White | Ethnic Origin Non-Hispanic | Age 33 | D.O.B. 07/06/1970 | Height 6'00" | Weight 220 | Skin Tone Medium | Eye Color Brown |
| Hair Color Brown | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
| Address 460 KENTON RD DOVER, DE 19901 | | Home Telephone | Employer/School WILKINSON ROOFING HOCKESSON, DE | | | | Work Telephone (410) 620-3383 |
| rest Number 9021 | Arrest Type Warrant | Suspect's Clothing Description | | | | | |

### Original Crime and Associated Information

| ctim Number 01 | Crime Seq 005 | Statute DE:11:0811:00A1:M: | Crime Description Criminal Mischief Under $1000 Damage Property | | |
|---|---|---|---|---|---|
| Location Type Highway/Roadway/Alley | | Status Adult Arrest 01/13/2004 | Involvement ☐Alcohol ☐Drugs ☐Computer | | General Offense |
| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 2903 - Damage/Public Property | | | | |
| Burglary Force Involved ☐Yes ☐No | | | | | |

### Investigative Narrative

I ABOVE DATE AND TIME WRITER WAS ON PATROL AND LOOKING FOR A WHITE CHEVY DE REG 260812 THAT AS INVOLVED IN A ROBBERY AT DOVER DOWNS. WRITER OBSERVED THE VEHICLE TURNING WEST BOUND ONTO OLLEGE RD FROM MCKEE RD. WRITER CONFIRMED THE REGISTRATION ON THE VEH. WRITER ACTIVATED EMERGENCY LIGHTS AND THE VEHICLE THEN FLED ONTO KENTON RD NORTH BOUND. WRITER OBSERVED THAT HERE WAS A WHITE MALE OPERATOR WITH SHORT HAIR AND DID NOT APPEAR THAT THERE WAS ANYONE ELSE N THE VEHICLE. THE PURSUIT WENT TO RT 42 WEST OF KENTON TO RT 300 THEN BACK ON RT 42 TO CHESWOLD. AFTER CROSSING THE RAILROAD TRACKS IN CHESWOLD EAST BOUND, THE VEHICLE APPEARED TO OSE POWER. THE VEHICLE TURNED SHARPLY STRIKING A RED VEHICLE IN CHESWOLD. THE SUSPECT THEN LED FROM THE CHEVY AND WAS APPREHENDED BY K-9 TONY AFTER BEING TOLD TO STOP. THE SUSPECT CURRY AS THE ONLY ONE IN THE WHITE CHEVY DE REG 260812. DURNING THE PURSUIT. DEF CURRY WAS TAKEN TO H AND TREATED FOR THE DOG BITE TO HIS BACK AND ARM.

| orting Officer PC HOPKINS - 37267 | | | Supervisor Approval JON LITTLEFIELD OJDVJKL Date 02/11/2004 0257 | | |
|---|---|---|---|---|---|
| rability Factors | ☐Witness ☐Suspect Located | ☐M.O. ☐Suspect Described | ☐Trace Stolen Property ☐Suspect Identified | ☐Suspect Named ☐Suspect Vehicle Described | Status Closed |

| Page: 1 | Report Date: 03/09/2004 | Agency: Dover PD | Complaint: 50-04-001042 |

## Supplemental Report - #3

| Original Occurrence Dates and Times: TUE 01/13/2004 0125 | Grid 250-000 | Sector |

Original Location:
1131 N N DUPONT HWY   Dover, DE 19901
DOVER DOWNS SLOTS PARKING LOT

### Original Victim Information

| Victim Number: 001 | Name: DOVER PD |
| Type: Government | Sex | Race | Ethnic Origin | Age | D.O.B. |
| Address: 400 S QUEEN ST, Dover, DE 19901 | Resident Status | Business Telephone: (302) 736-7111 | Employer/School | Work Telephone |
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments |

### Original Suspect/Defendant Information

| Sequence: 001 | Type: Defendant | SBI Number: 00223705 | Name: CURRY, JOSEPH L | Nick Name |
| Sex: Male | Race: White | Ethnic Origin: Non-Hispanic | Age: 33 | D.O.B.: 07/06/1970 | Height: 6' 00" | Weight: 220 | Skin Tone: Medium | Eye Color: Brown |
| Hair Color: Brown | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
| Address: 3460 KENTON RD, DOVER, DE 19901 | Home Telephone | Employer/School: WILKINSON ROOFING HOCKESSON, DE | Work Telephone: (410) 620-3383 |
| Arrest Number: 49021 | Arrest Type: Warrant | Suspect's Clothing Description |

### Modified Suspect/Defendant Information

| Sequence: 001 | Type: Defendant | SBI Number: 00223705 | Name: CURRY, JOSEPH L | Nick Name |
| Sex: Male | Race: White | Ethnic Origin: Non-Hispanic | Age: 33 | D.O.B.: 07/06/1970 | Height: 6' 00" | Weight: 220 | Skin Tone: Medium | Eye Color: Brown |
| Hair Color: Brown | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
| Disguise | Disguise Color(s) | Resident Status: Non Resident | Unusual Characteristics | Armed With: Unarmed |
| Address: 3460 KENTON RD, DOVER, DE 19901 | Home Telephone | Employer/School: WILKINSON ROOFING HOCKESSON, DE | Work Telephone: (410) 620-3383 |
| Arrest Number: 48797 | Arrest Type: Warrant | Suspect's Clothing Description |

### Crimes and Associated Information

| Victim Number: 002 | Crime Seq: 006 | Statute: DE:21:4177:00A4:M: | Crime Description: Driving a Vehicle Under the Influence When Alcohol Concentration is .10 or More |
| Location Type: Highway/Roadway/Alley | Status: Adult Arrest 01/13/2004 | Involvement: ☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code: 5404 - Driving Under the Influence/Liquor |
| Burglary Force Involved ☐Yes ☐No |

### Investigative Narrative

On the night of the Robbery writer was unable to perform any field sobriety test's on the Def due to his injuries sustained by the dog bite. A blood kit (# R-0752) was completed at Kent General Hospital ER room. Writer received the results from the Delaware State Police Crime Lab on 2-27-04 which resulted in a BAC of 0.14. Writer obtained a DUI traffic warrant for the Def. Writer arrested the Def on 3-03-04 at the Delaware Correctional Center.

| Reporting Officer: PFC SHERWOOD - 78585 | Supervisor Approval: JON LITTLEFIELD OJDVJKL Date 03/09/2004 0055 |
| Solvability Factors: ☐Witness ☐Suspect Located | ☐M.O. ☐Suspect Described | ☐Trace Stolen Property ☐Suspect Identified | ☐Suspect Named ☐Suspect Vehicle Described | Status: Closed |