# EXHIBIT H

Case 1:04-cv-00175-JJF   Document 171-10   Filed 09/05/2008   Page 1 of 3

### Griffith, Daniel A.

| | |
|---|---|
| **From:** | Griffith, Daniel A. |
| **Sent:** | Tuesday, June 24, 2008 3:14 PM |
| **To:** | 'Scott Swenson'; 'BLemon@cblh.com' |
| **Subject:** | Curry v. Hopkins |
| **Attachments:** | BALTIMORE-#1800359-v1-defendants_cross-motion_to_compel_discovery.DOC |

Brian and Scott:

    The manner in which the tenor of this litigation has turned is, to put it mildly, distasteful. I have been making a good-faith effort to comply with your relentless discovery requests, despite the facts that, among other things (1) they are duplicative and cumulative of things I've provided to Mr. Curry well before your appointment as his counsel; (2) they self-evidently seek non-discoverable information; (3) I represent only Officer Hopkins yet am endeavoring in good faith to provide information/depositions from non-parties not under my control, such as the Dover Police Department, Officer Gott and Officer Taylor. In contrast, you have told me some time ago that you have a volume of records that you have gathered since your appointment that you would be providing to me (presumably in compliance with your Rule 26 obligations). You also promised to let me know your position regarding my request for a follow-up deposition of Mr. Curry limited to issues which have arisen based on developments since his prior deposition. I have heard nothing since then (approximately a month ago).

Against this background you have moved for Default Judgment, an Order of Contempt and other sanctions (including counsel fees in a *pro bono* case).

I do not take these motions – or the necessity of having to defend them – lightly. My immediate, hair-trigger reaction was to draft a cross-motion for sanctions and to compel discovery, a copy of which I am attaching.

In addition, I have spoken with Officer Hopkins, who has committed to having his deposition taken July 8th. I have also spoken to Officer Taylor, who has agreed to appear for his deposition July 10th. I will secure Officer Gott's attendance on that date as well.

Since these matters formed the thrust of your motions, I will refrain from filing my attached motion if you will withdraw your pending motions based upon my representation that the depositions of Officers Hopkins, Gott and Taylor will take place on July 8th and 10th. I would also like some response to my request for the medical records you've gathered and my request for a follow-up deposition of Mr. Curry.

Dan


Daniel A. Griffith, Esquire
**WHITEFORD, TAYLOR & PRESTON, LLC**
1220 North Market Street
Wilmington, DE 19801
302-482-8754
dgriffith@wtplaw.com

www.wtplaw.com


9/3/2008

9/3/2008