IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH LAWRENCE CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No: 04-175-KAJ |
| v. | ) |
| | ) |
| GREGORY HOPKINS, | ) |
| | ) |
| Defendant. | ) |

**CERTFICATE OF SERVICE**

I, Daniel A. Griffith, Esquire, do hereby certify that on this __5th__ day of September, 2008, a copy of the foregoing <u>*Defendant, Gregory Hopkins' Responses To Plaintiff's Third Set Of Interrogatories*</u> was served via LexisNexis file and serve to the following:

Brian Lemon, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P. O. Box 2207
Wilmington, DE    19899

Scott E. Swenson, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P. O. Box 2207
Wilmington, DE    19899

/s/ Daniel A. Griffith
Daniel A. Griffith (I.D. No. 4209)